# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal Action No. 20-103 (RDM) |
| GEORGE NADER, | **UNDER SEAL** |
| *Defendant*. | |

## SEALED ORDER

Upon consideration of the parties' sealed joint status report, Dkt. 18, the Court hereby **ORDERS** that, on September 7, 2021, the plea agreement and accompanying statement of offense shall be unsealed for the limited purpose of permitting the government to produce those documents to the remaining defendants in Case No. 19-cr-374, as set forth in the Court's recent scheduling order in that case. It is further **ORDERED** that the case and the plea agreement and statement of offense shall remain sealed on the public docket. The Court, however, directs the parties to consider when it would be appropriate to unseal those documents for all purposes. Because it is premature at this juncture to set a sentencing date in 2022, it is further **ORDERED** that the parties shall file a further joint status report on or before August 16, 2021.

**SO ORDERED**.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date: January 14, 2021