UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, <br><br> v. <br><br> GEORGE NADER, <br><br> *Defendant.* | Criminal No. 20-cr-103 (RDM) <br><br> **UNDER SEAL** |

## ORDER

Upon consideration of the parties' Joint Status Report and the entire record herein, it is this 17th day of August, 2021, hereby ORDERED that the parties shall file a sealed Joint Status Report on or before September 16, 2021.

**SO ORDERED**.

RANDOLPH D. MOSS
United States District Judge

Date:  August 17, 2021