AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>*Plaintiff*<br>v.<br>George Nader<br>*Defendant* | )<br>)<br>) Case No. 20-cr-103 (RDM)<br>)<br>) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

George Nader.

Date: 03/21/2022

/s/ Courtney R. Forrest
*Attorney's signature*

Courtney R. Forrest (Bar No. 996740)
*Printed name and bar number*
KaiserDillon PLLC
1099 14th Street, NW
8th Floor West
Washington, D.C. 20005
*Address*

cforrest@kaiserdillon.com
*E-mail address*

(202) 688-1909
*Telephone number*

(202) 280-1034
*FAX number*