<pre>
 1                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA
 2
      UNITED STATES OF AMERICA,      ) Criminal Action
 3                                   ) No. 1:20-CR-103
                      Plaintiff,     )
 4                                   ) **SENTENCING**
      vs.                            )
 5                                   ) **Washington, D.C.**
      GEORGE NADER,                  )
 6                                   ) **July 18, 2023**
                      Defendant.     ) **Time:  10:05 a.m.**
 7      _____

 8                     TRANSCRIPT OF SENTENCING
           HELD BEFORE THE HONORABLE JUDGE RANDOLPH D. MOSS
 9                    UNITED STATES DISTRICT JUDGE
        _____
10
                        A P P E A R A N C E S
11
      For Plaintiff:          VICTOR R. SALGADO
12                            DOJ-CRM
                              1301 New York Avenue, NW
13                            10th Floor
                              Washington, DC 20005
14

15    For Defendant:          JONATHAN JEFFRESS
                              STEPHEN GILSON
16                            KAISER DILLON, PLLC
                              1099 14th Street, Suite 800 West
17                            Washington, DC 20005

18    Also Present:           ROBERT WALTERS, Probation Officer

19      _____

20

21

22

      Court Reporter:         Tamara M. Sefranek, RMR, CRR, CRC
23                            Official Court Reporter
                              United States Courthouse, Room 6714
24                            333 Constitution Avenue, NW
                              Washington, DC  20001
25                            202-354-3246
</pre>

1              (The following proceedings were had under seal:)

2              THE COURTROOM DEPUTY:  Calling Criminal Case 20-103,

3     United States of America v. George Nader.

4              Counsel, please state your name for the record,

5     starting with government counsel.

6              MR. SALGADO:  Good morning, Your Honor.  Victor

7     Salgado for the government.  And, for the record, with me at

8     counsel table is Special Agent David Elias with the FBI.

9              THE COURT:  All right.  Good morning.

10             MR. JEFFRESS:  Good morning, Your Honor.  John

11    Jeffress and Steve Gilson on behalf of Mr. Nader.  And with us

12    are our paralegals, Devon Lussier and Jules Bernstein; and then

13    Mr. Nader, who is present.

14             THE COURT:  Good morning to all of you.  What I'm

15    going to do is I'm going to seal the proceeding at the

16    beginning here, but I am likely to unseal the case -- the

17    proceeding before I actually impose sentence because I think

18    that that's the sort of thing that ought to be done on the

19    public record.  And to the extent, in explaining my decision, I

20    need to refer to anything that is sensitive or under seal, I'll

21    find some obscure way to do so.

22    ███████████████████████████████████████████████████████████,

23    when I'm imposing sentence, I can say I've also considered the

24    matters that we've previously discussed, something obscure like

25    that.  Okay?

```
1              All right.  So we are here today for the sentencing

2      of George Nader who has pleaded guilty to Count 1 of the

3      information, conspiracy to make conduit contributions, cause

4      false statements, and cause false entries in records, in

5      violation of 18 U.S.C. Section 371.

6              I have received and reviewed the presentence report

7      and the recommendation from the probation office, the

8      sentencing memoranda submitted by the government and by

9      Mr. Nader, along with the exhibits and other materials that

10     both the government and Mr. Nader have submitted in support of

11     the memorandum or along with their sentencing materials.

12             Mr. Salgado, are there any additional materials that

13     the government would request that I consider today?

14             MR. SALGADO:  Judge, we filed a motion for a downward

15     departure.

16             THE COURT:  Yes.

17             MR. SALGADO:  Then we also attached some exhibits to

18     our initial sentencing memorandum which I forwarded to the

19     Court.

20             THE COURT:  Yes.  I've read all of that.

21             MR. SALGADO:  I believe that's the totality of our

22     materials.

23             THE COURT:  Mr. Jeffress, is there anything else that

24     you're going to ask me to consider today?

25             MR. JEFFRESS:  Not that Your Honor doesn't already
```

SEALED PROCEEDINGS

```
 1    have; no, Your Honor.
 2              THE COURT:  Is anybody expecting a factual hearing on
 3    anything today?  Mr. Salgado?
 4              MR. SALGADO:  Judge, if I may approach?
 5              THE COURT:  Yes.
 6              MR. SALGADO:  Judge, we do not.  ███████████████
 7    ████████████████████████████████████████████████████████████
 8    ████████████████████████████████████████████████████████████
 9    ████████████████████████████████████████████████████████████
10    ████████████████████████████████████████████████████
11    ███████████████████████████████████.
12              So with the proviso that, if he opens the door, we
13    may have to present some facts for the Court's consideration.
14    At this time we do not anticipate having any factual
15    presentations, Your Honor.
16              THE COURT:  Okay.  Mr. Jeffress, are you expecting a
17    hearing on anything today?
18              MR. JEFFRESS:  No, Your Honor.
19              THE COURT:  All right.  Mr. Nader, today's proceeding
20    is going to involve four steps.  You can sit.  I know you're
21    probably just anxious to get to the bottom line.  It's
22    important we go through all these steps because, if there's any
23    disagreement on anything, I need to understand what the
24    disagreement is, and I need to resolve any legal or factual
25    disagreements that may exist.
```

1           So the first step in the process is for me to

2    determine whether you've reviewed the presentence report and to

3    resolve any outstanding questions relating to the presentence

4    report.  The second step is for me to determine what guidelines

5    apply in your case based on the offense and the criminal

6    history and considering any mitigating or aggravating factors

7    that could warrant a departure, including the substantial

8    assistance departure.

9           The third step is for me to hear from the government,

10   from counsel for you, and if you wish to be heard, to hear from

11   you, and anyone else you want me to hear from.

12          The final step is for the Court to fashion a just and

13   fair sentence in light of the factors that Congress has

14   specified in a statute, which you've probably discussed with

15   your counsel, which is at 18 U.S.C. Section 3553(a).  As part

16   of that last step, I'll actually impose sentence.

17          So let's start with the presentence report.  The

18   final presentence report and sentencing recommendation were

19   filed in this matter on September 24, 2020.

20          Does the government have any objection to any of the

21   factual matters set forth in the presentence report?

22          MR. SALGADO:  No, Your Honor.

23          THE COURT:  And does the defense have any objection

24   to any of the factual matter?

25          MR. JEFFRESS:  Your Honor, we noted a number of

1     objections for the Court's consideration at the end of the --

2              THE COURT:  Most of those, I take it, were really a

3     question of just relevance rather than disagreement of the

4     facts, but just saying you don't think they're relevant to this

5     case; is that fair?

6              MR. JEFFRESS:  That's right.  I don't think the Court

7     needs to resolve them.  I don't think they're material

8     objections that need to be resolved by the Court.

9              Just one thing, one observation, Your Honor.  We have

10    tried to get sentencing information just under the, sort of,

11    3553 command that the Court consider the sentences of other

12    co-defendants or of similarly situated defendants.  It appears

13    that's all under seal with respect to the co-defendants in this

14    case who were convicted.

15             We don't know what -- we've been unable to learn what

16    happened with any of them.  That's fine.  I think it's all

17    under seal and so forth.  But just -- if there was relevant

18    information in there that reflects on this sentence or so

19    forth, I think that's something we would have used.  We asked

20    the government for it.  The government said there have been no

21    co-defendants sentenced in this case.  So we just don't --

22             THE COURT:  That is an accurate statement.  I have

23    not sentenced any of the co-defendants in this case.

24             MR. JEFFRESS:  Okay.  Thank you, Your Honor.

25             THE COURT:  All right.  So, Mr. Nader, are you fully

1    satisfied with the assistance of your lawyer in this case?

2              THE DEFENDANT:  Yes, Your Honor.

3              THE COURT:  You may need to have the microphone a

4    little closer to you.

5              And have you had enough time to review the

6    presentence report?

7              THE DEFENDANT:  Yes, Your Honor.

8              THE COURT:  All right.  You can have a seat.  I will,

9    then, go ahead and accept the facts as set forth in the

10   presentence report as my findings of fact for purposes of the

11   sentencing today.

12             Turning to some of the sentencing criteria or rules,

13   the statutory maximum sentence for a violation of 18 U.S.C.

14   Section 371 is five years imprisonment.  With respect to the

15   guidelines, the parties in the plea agreement have agreed on --

16   which are the applicable guidelines -- the only count is a

17   violation of 18 U.S.C. Section 371, but under Section 1B1.2(d)

18   of the guidelines, a conviction on a count charging a

19   conspiracy to commit more than one offense shall be treated as

20   if the defendant had been convicted of a separate count of

21   conspiracy for each offense that the defendant conspired to

22   commit.

23             Everyone here agrees that there are three different

24   offenses for purposes of calculating the guidelines:

25   Conspiracy to make conduit contributions, conspiracy to cause

1    false statements, and conspiracy to cause false entries in

2    records.

3              As part of Mr. Nader's plea agreement, the parties

4    agree that under Section 2X1.1(a), that in calculating the base

5    offense level for the violation of 18 U.S.C. Section 371, the

6    Court should look to the guidelines for the substantive

7    offenses.  The parties agree that for conspiracy to make

8    conduit contributions, the base offense level is 8 pursuant to

9    2C1.8(a); that for causing the submission of false statements,

10   they agree that the base offense level is 6 pursuant to 2B1.1;

11   and that for causing false entries in records, the parties

12   agree that the base offense level is 14 under 2J1.2.

13             Then, with respect to making conduit contributions,

14   the parties agree that there is an 18-level enhancement for

15   this object of the conspiracy because the amount involved was

16   over $3.5 million but less than $9.5 million.

17             The parties also agree that there is an additional

18   4-level enhancement because the offense involved an illegal

19   transaction made by or received from a government of a foreign

20   country.  That leads to a total offense level of 30.

21             With respect to the submission of false statements,

22   the parties agree that there is an 18-level enhancement for the

23   same reason as -- with respect to the other object of the

24   conspiracy in light of the dollar figure involved.  The parties

25   agree that there's a 2-level enhancement because the offense

1    involves sophisticated means, which leads to a total offense

2    level of 26.

3              And there are no enhancements the parties point to

4    with respect to the object of causing false entries in records,

5    and so that would be a 14.

6              With respect to grouping, the presentence report

7    indicates that objects 1 through 3 should be grouped because

8    they involve the same victim and two or more acts or

9    transactions connected by a common criminal objective or as

10   part of a common scheme or plan.  And pursuant to

11   Section 3D1.3(a), the prevailing guideline is 2C1.8 because

12   that is the one that led to the highest offense level of 30.

13             The government has represented that Mr. Nader has

14   demonstrated acceptance of responsibility that entitles him to

15   a two-level reduction under 3E1.1(a) and that, because he

16   entered into a plea in a timely manner that saved the

17   government the cost of preparing for trial, that he's entitled

18   to an additional one-level reduction under 3E1.1(b).  So that

19   all leads to an offense level of 27.

20             With respect to Mr. Nader's criminal history, in 1991

21   he was convicted for transporting in foreign commerce sexually

22   explicit material involving minors.  And because of the age of

23   that conviction, it doesn't result in any criminal history

24   points.

25             The second is a 2000 conviction in the Czech Republic

1    for endangering the moral education of youth, sexual abuse, and

2    endangering morality, and that also results in zero points.

3            And there's a third conviction, 2019 conviction, for

4    possession of child pornography and for transportation of a

5    minor with intent to engage in criminal sexual activity subject

6    to a prior offense.  And that results in three criminal history

7    points, which would -- or does place Mr. Nader in criminal

8    history category 2.

9            And with an offense level of 27 and a criminal

10   history category of 2, the guidelines recommend a sentence of

11   between 78 and 97 months.  But under Section 5G1.1(a), because

12   the statutory maximum is 60 months, the guidelines -- the

13   guideline recommendation in this case would be 60 months.

14           Any disagreement or clarification with respect to any

15   of that, Mr. Salgado?

16           MR. SALGADO:  No, Your Honor.

17           THE COURT:  Mr. Jeffress?

18           MR. JEFFRESS:  No, Your Honor.

19           THE COURT:  Okay.  So in addition, under 18 U.S.C.

20   Section 3583(b)(2), the Court shall impose a term of supervised

21   release of not more than three years, and the guidelines

22   recommend a period of supervised release of between one and

23   three years.

24           The maximum fine is $250,000, or twice the pecuniary

25   gain or loss of the offense.  And the guidelines recommend a

1    fine of between $25,000 and $250,000, and there's a mandatory

2    $100 special assessment.

3            Anything else, Mr. Salgado, with respect to the

4    sentencing criteria?

5            MR. SALGADO:  No, Your Honor.

6            THE COURT:  Mr. Jeffress?

7            MR. JEFFRESS:  No, Your Honor.

8            THE COURT:  Okay.  So the next question is whether

9    the Court should grant a departure in this case, and the

10   parties are in agreement that I should grant a departure.  They

11   may be in disagreement as to what the size of that departure

12   should be.  I am inclined to grant a departure.

13           I'm happy to hear from the parties now, if you

14   prefer, with respect to the departure, or if you just want to

15   add that to your general allocution with respect to sentencing,

16   I can just fold it in and figure out the size of the departure

17   to grant in light of everything else.  That's up to you;

18   however you want to proceed.  Mr. Salgado?

19           MR. SALGADO:  Thank you, Your Honor.  I just want to

20   correct the record ███████████████████████████████████

21   █████████████████████████████████████████████████.  And

22   this is very brief.

23           ██████████████████████████████████████████████████

24   ███████████████████████████.

25           THE COURT:  If you're going to raise the question

```
1    about the cooperation involving the Office of the Special
2    Counsel -- is that what you want to address?  Because I'm aware
3    of the issue there, and I don't think you need to address that.
4            MR. SALGADO:  That was one of the things I was going
5    to raise.
6            THE COURT:  Okay.
7            MR. SALGADO:  I'll skip it since Your Honor is
8    tracking on that.
9    ███████████████████████████████████████████████████
10   ███████████████████████████████████████████████████████
11   █████████████  ███████████████████████████████████
12   ██████████████████████████████████████████████████████████
13   ███████████████████████████████████████████████████████
14   ████████████████████████████████████.  That's just outright
15   false.
16           None of the charges in the District of Massachusetts
17   have anything to do with ████████████████████████████████
18   ████████████████████.  So that's clarification number one.
19           THE COURT:  What is the status of that case?  Has
20   that gone forward with respect to Mr. Dekermenjian?
21           MR. SALGADO:  And Mr. Khawaja, yes.
22           THE COURT:  Well, Mr. Khawaja, I assume, has not gone
23   forward.
24           MR. SALGADO:  Mr. Diab is also a defendant in that
25   case, along with the company --
```

1          THE COURT:  Did it go to trial, or has it gone to

2     trial?

3          MR. SALGADO:  Not yet.  Not yet, Your Honor.





1

2

3

4

5

6                                      .

7          So I just wanted to clarify those three points,

8                                      , and with that

9     I'll sit down.

10          THE COURT:  Well, let me ask you one question.  I'll

11    give you a chance to respond, Mr. Jeffress.

12

13

14

15          MR. SALGADO:

16          .

17          THE COURT:

18

19

20          MR. SALGADO:  That's correct, Your Honor.

21          THE COURT:

22

23

24

25



1          MR. SALGADO:

8          .

19          .

20          MR. SALGADO:  That's a fair point, Your Honor.  I

21  will add one additional data point, which is that, again, we

22  can't call Judge Brinkema into this courtroom, but the

23  government did represent to the Court, to Judge Brinkema,

25          .

1 ████████████████████████████████████████

2 ████████████████████████████    Specifically the

3 portion of the government's briefing where it mentioned that

4 was in Exhibit 2 to the sentencing memoranda --

5          THE COURT:  In your exhibits that you attached?

6          MR. SALGADO:  Correct.

7          THE COURT:  Can you point me to that?

8          MR. SALGADO:  I'm sorry?

9          THE COURT:  Can you point me to what you're talking

10 to in the exhibits which I just received?

11          MR. SALGADO:  It is -- apologies, Your Honor --

12 Exhibit 1.  That's in the first block quote in paragraph 3,

13 Your Honor.

14          THE COURT:  I'm sorry.  Paragraph 3 of which filing?

15 So it's page 2?

16          MR. SALGADO:  Page 3, paragraph 3.

17          THE COURT:  Okay.

18          MR. SALGADO:  The block quote.  I'm not going to read

19 the entirety of the quote, but at the very end, Mr. Prabhu told

20 Judge Brinkema: ████████████████████████

21 ███████████████████████████████████████

22 █████████████████████████████████.

23          THE COURT:  ████████████████████████████

24 ██████

25          MR. SALGADO:  ████████.

```
 1              THE COURT:  Okay.
 2              MR. SALGADO:  And then the following block quote,
 3      Your Honor -- this relates to the proceedings in this matter:
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16              THE COURT:  Okay.
17              MR. SALGADO:  So, Judge, Judge Brinkema -- again, we
18      weren't part of those proceedings; we cannot ask Judge
19      Brinkema.
20
21
22
23
24          .
25              And based on what we just read into the record, Your
```



1   Honor, ███████████████████████████████████████

2   ████████████████████████████████████████████████

3   ████████████████████████████████████████████████████

4   ███ .

5           THE COURT:  All right.  Although the defense, I know,

6   has argued that they think Judge Brinkema assumed that I would

7   just impose a concurrent sentence.

8           MR. SALGADO:  I'm sorry, Your Honor?

9           THE COURT:  The defense has argued, however, in their

10  view, they think Judge Brinkema assumed that I would enter a

11  concurrent sentence with whatever she did.

12          MR. SALGADO:  I don't see that in the transcripts,

13  Your Honor.

14          THE COURT:  All right.  Mr. Jeffress?

15          MR. JEFFRESS:  Your Honor, first, on what we -- on

16  supposedly correcting the statements that we've made about

17  ████████████████████████████████████████████████

18  ████████████████████████████████████████████████

19  ████████████████████████████████████████████████

20  ████████████████████████████████████████████████

21  ████████████████████████████████████████ .

22          I don't know where he's getting this from.  These are

23  all things taken directly from our notes, and also that the

24  AUSA Prabhu mentioned before Judge Brinkema out in that court

25  where ████████████████████████████████████████

SEALED PROCEEDINGS



1

2                 .

3             THE COURT:  Although, Mr. Salgado is right in that

4    the government

5        .

6             MR. JEFFRESS:

7

8

9             You know, just to correct a couple of the smaller

10   things.

11

12

13                                      .

14

15

16

17              .  So if it's just an issue about the timing, then

18   perhaps I agree with them;

19

20        , but we don't say that here.  So I really don't understand

21   what he's talking about.

22

23

24

25                          .



1

2            . But if you

3 look at page 31, the quote is wrong.  It's more than what we

4 have in here.

5           It says:

6

7

8

9            .

10           Actually, what it said was:

11

12

13

14

15

16

17            .

18

19

20

21            .

22

23

24

25



1

2

3

4

5

6

7

8       Okay.  Mr. Prabhu did say at some point that, okay,

9  you know, very late in the game, without any agreement from us,

10 without anything in the plea agreement, without having even

11 talked to PIN about it as far as we know, he said this at

12 sentencing, basically at the last minute, that

13                                    .  And we objected.  That

14 was never the agreement.

15

16

17

18

19

20

21

22

23       This whole thing, Judge -- and it fell some on me --

24 is us trying to fix the mistake from this conflict which led to

25 the rejection of a concurrent time plea agreement.  I would

1    never have agreed ever that this -- I would come here and not

2    think -- and I had an agreement with Mr. Romano, who will be

3    here later today, and the other prosecutors, until

4    Mr. Salgado came, that it would be concurrent.

5              I never would have done anything contrary to that

6    because that would have meant that we are letting ███████

7    conflict of interest and how they acted in that case in not

8    doing -- violating their duty of loyalty to Mr. Nader affect

9    his case.  That's contrary to the Sixth Amendment.  That's

10   contrary to what the Supreme Court has said in Lafler and the

11   other cases the Court is now well familiar with.  So I would

12   never have done that.

13             Because I was hoping -- and it was on track until the

14   prosecutors switched -- to just get the same result with less

15   conflict and go that way.

16             Mr. Romano -- who will be here later today -- wrote

17   an email, a total email that we now have at the Department of

18   Justice saying, you know what, guys, I know Mr. Nader's counsel

19   is going to come to us -- this is after ███████ withdrew in the

20   spring of 2020, to not Mr. Salgado, but to Mr. Keller, his

21   supervisor, and to Mr. Mann, the other attorney working on it;

22   this email is in the record saying, hey, guys -- and I'm

23   paraphrasing because I don't have it in front of me.  Saying

24   Nader's counsel is going to come ask us for concurrent time,

25   echoing back to the deal that he knew was on the table because

SEALED PROCEEDINGS

1    he was part of it back when ████ said no.

2            He said -- and just looking at this, I mean, he's

3    looking at ten years mandatory over there.  The clear intent is

4    that he's saying we should do it.  And you can read it for

5    yourself, you can judge for yourselves.  He's saying they're

6    going to come ask for concurrent time.

7            I, trusting them, that they were going to honor what

8    they were telling me, did not do that.  Okay?  I said, okay,

9    guys, this was the deal then.  Why would you ever change it?

10   Just because ████ -- which they knew ████ had a conflict.

11   They were talking about it; Mr. Mann was talking about it.  We

12   don't have to go through all this accusing everyone of

13   conflicts and all the complications this has caused for

14   everybody; we'll just get the same result.

15           So I would never have done anything inconsistent with

16   that.  And Judge Brinkema -- finally, Your Honor, Judge

17   Brinkema says in here that Mr. Nader should apply for a

18   prisoner transfer.  The exact quote is -- and I have to look at

19   the whole picture -- okay.  You've served 28 months, Mr. Nader.

20   This is on the bottom of page 40 of the transcript.  That means

21   you've almost reached the halfway point.

22           Given the type of people who appear to be pushing for

23   you, which includes officials, everything, it appears to me --

24   would not surprise me if the Department of Justice, through the

25   BOP, may very well, once you've passed that 50 percent mark,

1    may do something.  And then she says, you know, certainly it

2    looks like we have support from various people.

3         Why would she think that Mr. Nader can apply for a

4    prisoner transfer treaty or anything else after 30 months if

5    she thought in any part of her mind that he was going to get

6    additional time here?  That doesn't make any sense.

7         THE COURT:  I think you're reading an awful lot into

8    that.  Frankly, Judge Brinkema is an extremely experienced,

9    skillful judge, and if she wanted to say to me in the

10   transcript, I'm imposing the sentence, I'm expecting it to be

11   concurrent, Judge Moss will make whatever decision he wants,

12   but imposing the sentence, I want Judge Moss to know that my

13   understanding is that this is concurrent, and he can do what he

14   wants.  She would have said that.

15        I think you're reading too much -- both sides might

16   be reading too much into what Judge Brinkema was thinking.  I

17   suspect Judge Brinkema was thinking that I would do what I

18   thought was the right thing, and it was not really before her.

19        MR. JEFFRESS:  Okay.  That's fair.  If we have any

20   indication, her saying that he can apply for a prisoner

21   transfer treaty after 30 months indicates that he can apply for

22   a prisoner transfer treaty after 30 months.

23        THE COURT:  Can I ask a question.  I'm sorry.  I

24   don't want to interrupt, but I have a question.

25        When was it that Judge Brinkema initially entered

```
1    sentence?

2              MR. JEFFRESS:  The first one that -- when he received

3    the ten years?

4              THE COURT:  Yes.

5              MR. JEFFRESS:  Yeah.  I --

6              MR. SALGADO:  June 2020, Your Honor.

7              THE COURT:  June 2020?

8              MR. JEFFRESS:  Thank you.  So that he was in for,

9    what, another year and a half before --

10             MR. SALGADO:  ███████████, Your Honor, was in July of

11   2021, over a year later.

12             THE COURT:  I'm sorry.  Say that again.

13             MR. SALGADO:  ███████████ hearing was a year later in

14   July of 2021.

15             THE COURT:  The reason I'm asking that is that she

16   imposed sentence in 2020, and I know the defense here says,

17   well, the time for this Court to enter sentence was delayed by

18   all the back and forth about whether it was going to be

19   concurrent or not.

20             MR. JEFFRESS:  No.  In that case --

21             THE COURT:  No, no, no, in this case.  In the case in

22   front of me.

23             MR. JEFFRESS:  Yes, yes.

24             THE COURT:  But even in an ideal world, I would not

25   have imposed sentence until many months after she imposed
```

 1    sentence.  So even had I imposed a concurrent sentence, it

 2    likely would have been only partially concurrent because --

 3    first of all, when she imposed a sentence of ten years -- I've

 4    been thinking this through.  She imposed a sentence of ten

 5    years, I then impose a sentence, hypothetically, of five years,

 6    a year later, hypothetically.  She then ███████ -- and I say it

 7    will run concurrently.

 8            She then ████████████████████████████ -- ███

 9    ████████████████.  That sentence would have expired

10    before the sentence I imposed, in any event.  It would only

11    have been partially concurrent.

12            MR. JEFFRESS:  That's the other thing that's wrong

13    about what Mr. Salgado was saying.  If you look at the

14    pleadings that we filed, the status reports that we filed

15    before Your Honor all leading up to this, everyone was saying,

16    Judge, let's put off sentencing; ███████████████████████

17    ████████████.  So then when we come to Your Honor, ██

18    ██████████████████████████████████████████████

19    ██████  for Your Honor to consider.

20            THE COURT:  Right.

21            MR. JEFFRESS:  If Your Honor wasn't going to ████████

22    ███████████, which is what he's saying now, that makes zero

23    sense.  And these are status reports filed by the government.

24    So what is this?

25            THE COURT:  Right.  But that, I think, adds to my

1    point.  If everyone was agreeing that I should wait to impose

2    sentence -- so let's say it was two years or two and a half --

3    I mean, if I waited until 2021 or sometime after 2021 ████████

4    ███████████████████████████████, it might have --

5    well, I think we know he served almost half of his sentence by

6    then.  If I then imposed a concurrent sentence of five years at

7    that point, it would have only been partially concurrent.

8              MR. JEFFRESS:  If it's concurrent sentence of five

9    years, that's right.  I mean, the 60 months is the key.  I

10   mean, I think the clear intent from the probation office's

11   recommendation and the way she phrased that, you know,

12   obviously, dating back to when the government was offering a

13   concurrent time sentence, was for these sentences to all be

14   administered by Judge Brinkema in the Eastern District of

15   Virginia at one time.

16             We have a very strong case.  Your Honor can say what

17   you want about how it played out, but I think if you look at

18   what she thought of Mr. Nader, ████████████████████████

19   ███████████, if this case had been folded into that case, which

20   is what the government proposed to █████ when they sent over

21   the informations venued in the Eastern District of Virginia for

22   ███████████ and for ██████████████, this Court would have never met

23   Mr. Nader.

24             Mr. Nader would have been sentenced for all of that

25   conduct at one time.  And I think it's very clear from the

 1    ███████████████████████   that she would have given the exact same

 2    sentences at both --

 3              THE COURT:  I think that is a gross overstatement to

 4    say that it's very clear from that transcript.

 5              MR. JEFFRESS:  It might have even been a better

 6    sentence because it would have involved ████████████████

 7    █████████████████████████████████.  █████████████████████

 8    ██████████████.  ███████████████████████████████████████

 9    ███████████████████████.

10              It could have even been a better sentence than 60

11    months because ████████████████████████████████████████████

12    ██████████████████████████████.

13              THE COURT:  That seems to me to be a stretch.

14              MR. JEFFRESS:  Your Honor, she was -- she said that

15    she did not find him to be -- she did not see any need for

16    individual deterrence based here on the changes that Mr. Nader

17    had made in his life and the government's failure to find

18    anything of recent vintage.  She said all of that to him,

19    and she --

20              THE COURT:  She didn't say on the record, for

21    example, you know, I think that a perversion of the democratic

22    process isn't such a big deal.  I don't think it's such a big

23    deal that he was trying to interfere with our elections, I

24    don't think it's such a big deal that he was helping a foreign

25    country undermine our electoral system.  She didn't say that.

1        So the notion that she would have said, oh, you know,

2    I don't care about that other case because I'm so high on this

3    man, I think he's so wonderful, I would have given him even

4    less time, that's just a stretch.

5        MR. JEFFRESS:  I think it's more of the way she views

6    ███████████.  I mean, look, I was going to get into this then.

7    But his ███████████████████████████████████████████████

8    ████████████████████████████████████████████████

9    █████████████████████████████████████████████████████

10   █████████████████████████████████████████████

11   ███████████████████    I can't tell you.  But they know what to

12   think of that.  So they use that fact with their guy to get

13   them to plead.

14       Mr. Nader was the first one, and then the dominos

15   started going after that.  So that is a very traditional

16   analysis for giving the ████████████████████████████████████

17   ██████.

18       THE COURT:  Right.

19       MR. JEFFRESS:  I think that's what she was looking

20   at.

21       THE COURT:  I think it's an entirely legitimate

22   argument to make to me, the notion that Judge Brinkema did

23   that.  I've read the transcript word for word.  I think it's

24   just a stretch to say that that's what she was doing.

25       MR. JEFFRESS:  It may not cut either way in Your

```
1    Honor's mind.  It definitely doesn't cut in their direction,
2    anything she said.
3              THE COURT:  I'm happy to not speculate too much about
4    what Judge Brinkema was thinking and just try and make my best
5    assessment of the case.
6              MR. JEFFRESS:  Did Your Honor want to --
7              THE COURT:  We got on a little bit of -- ███████████
8    ███████████████████████.
9         MR. JEFFRESS:  ███████████████████████████████████
10   ████████████████████████████████████████████████████████
11   █████████████████████████████████████████████████████
12   ████████████████████████████████████████████████████
13   ████████████████████████████████████████████████████████.
14             We don't know whether he would have been federally
15   charged or not, but Mr. Prabhu ████████████   ████████████
16   ███████████████████████████████████████████.  So I
17   don't know where Mr. Salgado is getting that from either.
18             His effort to now try and undermine ███████████████
19   ████████████████████████████████████████████████████████
20   ████████████████████████████████████████████████████████
21   ████████████████████████████████████.  That is just
22   going back and saying things for the sake of trying to get
23   Mr. Nader a longer sentence without any truth or factual
24   investigation to them.  We object.
25             THE COURT:  Okay.  Fair enough.  So let's not go
```

1    further down this road now.  You-all can come back to this if

2    you want to in your general allocution and arguments, but I

3    will -- as I said, I am going ████████████████████.  And I

4    think it's probably better for me to make the determination

5    with respect to ████████████████████ in the context

6    of hearing your other arguments with respect to sentencing.

7            I do want to note, as the parties are aware, that the

8    probation office has recommended a sentence of 60 months of

9    imprisonment to run concurrently to the sentence of

10   imprisonment in the Eastern District of Virginia, 12 months of

11   supervised release, a $100,000 fine, and a special assessment

12   of $100.  That recommendation is based only on the factual

13   circumstances set forth in the presentence report.

14           Let me ask probation -- if you wouldn't mind coming

15   up just for a second.  The only thing I'm curious about is your

16   views with respect to -- I'm curious about everything you

17   think, but most curious about your views on the concurrent

18   sentence issue which has been a hard-fought question here.

19           THE PROBATION OFFICER:  Your Honor, as I'm sure

20   you're aware, this is Officer Willett's case, and she was

21   double-booked, so I'm sitting in.

22           THE COURT:  Yes.

23           THE PROBATION OFFICER:  I did read through and I saw

24   that she recommended a concurrent sentence.  Knowing Ms.

25   Willett, I would assume she put lots of thought into it.  I, as

1    the person sitting in, would support whatever it is that she

2    decided.

3              THE COURT:  Let me ask you about your experience in

4    other cases where you're dealing with conduct that is entirely

5    distinct.  And this case is a case -- one case was a child

6    pornography case and the other -- and this case is a campaign

7    finance case.

8              What is your general take?  I just apply the 3553(a)

9    factors in deciding the extent to which to give either a fully

10   concurrent, a partially concurrent, or a nonconcurrent

11   sentence?

12             THE PROBATION OFFICER:  I honestly think a partially

13   concurrent may suffice.  I mean, if I'm not mistaken, he's

14   currently serving ten years with EDVA and has lifetime

15   supervision.  So he's on supervision for the rest of his life.

16   He'll be under the care, purview, thumb, however you want to

17   say it, of the federal courts and probation for the rest of his

18   life.

19             But I don't think it would be unfair to do partially

20   concurrent to address that there is a distinct difference

21   between the two conducts and then run some of it partially

22   consecutive -- I'm sorry -- partially consecutive to address

23   the difference in the conduct, but then concurrent considering

24   he's serving ten years with lifetime supervision after that.

25             THE COURT:  Just so you know, his ten-year sentence

1     was reduced to five years ███████████████████████.

2     I'm not sure it makes a difference to what you're saying to me,

3     but I just wanted to make sure you were aware of that.

4                THE PROBATION OFFICER:  Either way.  That's, of

5     course, the purview of that court to do that.

6                I think the principle still stands, you could run

7     some concurrent, some consecutive, specifically addressing that

8     this is distinct conduct, but he still is serving another -- a

9     lengthy sentence with a lifetime term of supervision.

10               THE COURT:  Okay.  That's helpful.  Thank you.

11               MR. SALGADO:  Judge, can I make an observation on

12    this point just very briefly?

13               THE COURT:  Okay.  That's fine.

14               MR. SALGADO:  Judge, Ms. Willett prepared the PSR in

15    September of 2020.  This is three months after Mr. Nader had

16    been sentenced in EDVA to ten years.  When she sat down and

17    wrote the PSR and the recommendation, she thought Mr. Nader was

18    going to stay in jail for ten years.  She did not know that

19    eight months later -- ten months later, in July 2021, that

20    ten-year sentence would get reduced to five.

21               You know, the point that was just highlighted by

22    probation in these proceedings minutes ago saying that

23    Mr. Nader was going to spend ten years in jail, that's just not

24    true.  So that is somewhat changed circumstances.

25    Unfortunately, Ms. Willett is not here to address that.

1          But I would ask the Court to consider that as part of

2     its analysis.

3          THE COURT:  Okay.  Thank you.

4          The Court has to now consider the relevant factors

5     that Congress specified in 18 U.S.C. Section 3553(a), and I

6     have to ensure that I impose a sentence that is sufficient, but

7     not greater than necessary, to comply with the purposes of

8     sentencing.  Those purposes include the need for the sentence

9     imposed to reflect the seriousness of the offense, to promote

10    respect for the law, and provide just punishment for the

11    offense.  The sentence should also afford adequate deterrence

12    to criminal conduct, protect the public from future crimes of

13    the defendant and promote rehabilitation.

14         In addition to the guidelines and policy statements,

15    the Court must consider the nature and circumstances of the

16    offense, the history and characteristics of the defendant, the

17    need for the sentence imposed, the guidelines range, the need

18    to avoid unwarranted sentence disparities among defendants with

19    similar records who have been found guilty of similar conduct,

20    and the types of sentences available.

21         Now, this is your chance, Mr. Salgado, to more

22    generally address the sentencing factors.

23         MR. SALGADO:  Thank you, Your Honor.  Judge, before I

24    dive into the factors, I just want to make one observation on

25    Mr. Jeffress's prior statement.

1          Mr. Nader's ████████████████████████████████

2     ████████████████ .  ███████████████████████████████

3     ██████████████████████████████████████████████████

4     ████████ .  So he was later sentenced in June by Judge

5     Brinkema.  And, again, I wasn't part of the case, but there was

6     a possibility █████████████████████████████ .  And I

7     suspect that's why ███████████████████████████████

8     ████████████████████████████████████ .

9          But I represent to the Court that, between the time

10    of his sentencing in June 2020 and July 2021, ██████████

11    ████████████████████████████ .  So for what it's worth, I

12    bring it to the Court's attention

13          THE COURT:  Although, it does strike me that

14    Mr. Jeffress is correct that getting an initial plea from one

15    of the most significant individuals involved in an alleged

16    conspiracy to funnel foreign contributions and conduit

17    contributions to candidates is helpful ██████████████████

18    ████████████████████████████████████ .

19          And that it is -- it would not be surprising if the

20    other defendants who did plead guilty did so because they

21    thought, what's the point, this doesn't look very good for us.

22    We now know that there's somebody who actually was involved in

23    the source of the foreign funds coming into U.S. elections who

24    has pled guilty.

25          And if you're advising your client, that's certainly

1    something you would want to advise them about, and you might

2    urge them to plead guilty in light of the fact that things are

3    falling apart at that point.  So having that first person

4    plead, and a senior person in the conspiracy plead, is a big

5    event and is something that is worthy of fairly substantial

6    credit.

7          MR. SALGADO:  Judge, I'm not sure this matters, but

8    Mr. Nader was charged -- there were two conspiracies charged in

9    the indictment.

10          THE COURT:  I understand.  I understand there was,

11    like, an upstream and downstream conspiracy, one way to think

12    about it.  But, still, that puts a heck of a lot of pressure --

13    if Mr. Khawaja was in the country, it would certainly put a lot

14    of pressure on him.  But indirectly on Mr. Dekermenjian and --

15    you're right, they're separate conspiracies, but they're not

16    isolated conspiracies.

17          MR. SALGADO:  Judge, you know, the starting point for

18    Mr. Nader was, in EDVA, 15 years.  That got chopped down to 10,

19    and that got further chopped down by Judge Brinkema to 5.

20    That's a, what, 75 percent reduction, if my math is right.

21    Yeah, 75 percent -- 67 percent.  Judge, it all goes into the

22    basket.

23          THE COURT:  Right.

24          MR. SALGADO:  And Your Honor may weigh it as the

25    Court deems fit.

1          THE COURT:  Although, if anyone ought to be weighing

2     whether Mr. Nader's ███████████████████████████████

3     ██████████████████ .  ████████████████████████████

4     ████████████ .  This is the case that was in front of me

5     where I have, I don't know, five or six -- do you know the

6     number off the top of your head? -- guilty pleas in the case in

7     which I think that Mr. Nader presumably has at least partial

8     responsibility for that result.

9          MR. SALGADO:  Fair point, Your Honor.  I may address

10    that point as I go along in the factors.

11         THE COURT:  Okay.

12         MR. SALGADO:  Judge, I'll start with the nature of

13    the offense.  I have surveyed the history of FECA enforcement.

14    I believe that this is the largest conduit contribution scheme

15    charged to date by leaps and bounds.  We're talking millions of

16    dollars, $4.9 million, from the UAE government, transferred

17    into the U.S. electoral system under the guise of a false

18    licensing.

19         THE COURT:  How much was it an issue in the -- is it

20    Maria or Marina Shea case -- remember, from years ago? -- it

21    was a conduit contribution case, Judge Friedman.

22         MR. SALGADO:  Yes.  That was cited, I believe -- Paul

23    Friedman.  I just looked at these documents within the last 72

24    hours.  I don't recall that, Your Honor, but I can look that

25    up.

1          THE COURT:  Okay.

2          MR. SALGADO:  It certainly was not $4.9 million from

3     a foreign government.

4          And that's important, Your Honor.  Because, as we

5     note in the brief, one of -- at the heart of congressional

6     intent in enacting FECA was to ban foreign influence and

7     foreign money coming into the United States.

8          So the fact that this is the largest conduit

9     contribution scheme charged to date, coupled with the fact that

10    the money was from a foreign government, I think, makes this --

11         THE COURT:  Can I ask you a question about the scheme

12    and your understanding of this, which is if the purpose of the

13    scheme was for UAE to be able to purchase influence over who

14    they -- someone who they thought was going to be the President

15    of the United States, but if that person was not knowing, how

16    is the scheme supposed to have worked?  How was the UAE

17    supposed to have obtained influence if, as far as the Hillary

18    Clinton campaign knows, the contributions are coming from

19    Mr. Broidy, Mr. Dekermenjian?  How does that buy influence?

20         MR. SALGADO:  Your Honor, Khawaja was the putative

21    bundler, right?

22         THE COURT:  I'm sorry?

23         MR. SALGADO:  Khawaja was the putative bundler of the

24    funds.

25         THE COURT:  Right.  So that might buy influence for

1    Mr. Khawaja.  But how does it buy influence for the UAE?

2            MR. SALGADO:  Mr. Nader would go to the events, and

3    he would talk to senior Clinton campaign officials, including

4    Huma Abedin, including Dennis, I believe his last name is

5    Cheng, I believe John Podesta is in the mix as well.

6            THE COURT:  That's not the most effective purchase of

7    influence, paying $4.9 million to have some guy who is at a

8    fundraiser have a conversation with Huma Abedin.

9            MR. SALGADO:  Your Honor, having investigated foreign

10   influence obligations for the last five years, all I can say is

11   that these operations are subtle, they are patient, and they

12   are incremental in their progress.  Step by step, little steps,

13   foreign governments go a long way unless the DOJ catches them

14   and the Court holds them accountable.

15           THE COURT:  Right.  I suppose the answer may also be,

16   it was not necessarily that UAE thought that Hillary Clinton

17   would be receptive to whatever they want because they had

18   funneled the money, but just that they preferred Hillary

19   Clinton to Donald Trump, but they were, nonetheless, not

20   entitled to that because we don't allow foreign governments to

21   influence our elections in the same way -- it may be that

22   Russia preferred Donald Trump, but we wouldn't permit Russia to

23   influence our elections either.

24           MR. SALGADO:  ███████████████████████████████████████

25   ████████████████████████████████████████████████████████████

```
 1                                                                    .
 2     We know from the text messages, this is in the statement of
 3     offense, Mr. Nader reporting back to a senior UAE government
 4     official, I'm making progress in both camps.
 5              We're here today on one side of that influence
 6     operation, but there was another side of the ledger that
 7     rounded out the strategy here, which was to gain a foothold
 8     into senior spaces of both camps.
 9              THE COURT:  My understanding, though, is that the
10     Nader portion of the conspiracy only involved the Clinton
11     campaign and did not -- or surrogates for the Clinton campaign,
12     but did not involve the Trump campaign, correct?  That
13     Mr. Khawaja may have been doing that separately, but that
14     Mr. Nader was only involved in efforts to support Hillary
15     Clinton.
16              MR. SALGADO:  That's correct, Your Honor, with one
17     important caveat, which is when Mr. -- when Mr. Trump succeeded
18     in the presidential election and became then president-elect,
19     Mr. Khawaja donated one million dollars to the inaugural
20     committee.
21              Obviously, money is fungible, right?  He had gotten
22     4.9 from Nader, 3.5 were spent in the Hillary Clinton campaign,
23     and the inference that that money that went to the committee,
24     the inaugural committee, was linked to Mr. Nader came from
25     Mr. Nader himself because he went as a guest to the
```

SEALED PROCEEDINGS

```
 1    inauguration in January of 2017 with Khawaja.  And, of course,

 2    Khawaja had gotten those tickets because of the substantial

 3    contribution, donation that he had done, that he had made to

 4    the inaugural committee.

 5             THE COURT:  It sounds like you're saying, as to this,

 6    you don't really know.  You speculate it's possible the money

 7    came from Mr. Nader, but you don't know for the Trump.

 8             The only reason I ask about this is just that

 9    there's, obviously, an even greater level of cynicism when one

10    is making illegal campaign contributions to both sides of the

11    aisle, not that it really fundamentally changes the nature of

12    the charge.

13             MR. SALGADO:  Judge, if and when Mr. Khawaja comes

14    back and maybe he takes the stand, maybe he'll tell us why he

15    gave that ticket that was obtained directly in return, directly

16    in exchange for the million dollar contribution, to Mr. Nader.

17             THE COURT:  What is the status of the extradition?

18             MR. SALGADO:  Still pending, Your Honor.

19             THE COURT:  I seem to remember one of the lawyers in

20    the case saying to me, Judge, we should just delay the case for

21    a couple of months because Mr. Khawaja is going to be here

22    soon.

23             MR. SALGADO:  Judge, we're perplexed and trying our

24    best.

25             THE COURT:  Okay.
```

 1          MR. SALGADO:  But I want to make sure that the record

 2    is clear here.  Mr. Nader sent $4.9 million -- by the way, it

 3    was supposed to be 10, but 4.9 made its way to the United

 4    States; 3.5 got funneled into the Clinton campaign and related

 5    committees.  And, remember, there's that text message --

 6    right? -- where Mr. Nader tells Mr. Khawaja, don't -- make sure

 7    my name doesn't come up in any of the contributions.  Use your

 8    creative and resilient way in funneling the money, right?  So

 9    he knows what he's doing.

10          And once Donald Trump beats Hillary Clinton, both

11    Khawaja and Nader shift gears, and one million dollars goes to

12    the inaugural committee.  And Mr. Khawaja gets three tickets,

13    right?  High commodity; hottest ticket in town.  One goes to

14    Dekermenjian, the other one doesn't go to any of Khawaja's

15    relatives, any of Khawaja's associates.  It goes to the man who

16    gave him the money.

17          I think that's the fair inference here.  Otherwise,

18    why else would Mr. Nader have gone to the inauguration himself

19    with Mr. Khawaja but for the fact that he had something to do

20    with the money, right?

21          I feel like we're getting a little astray here.  Does

22    that answer your questions, Your Honor?

23          THE COURT:  Yes.

24          MR. SALGADO:  Again, foreign operations, Your Honor,

25    they're subtle, they're patient, and they're incremental in

1   their progress.  I just want to highlight that for the Court,

2   to the extent that the Court has any questions about what

3   exactly was Mr. Nader and, more importantly, the UAE getting in

4   return for this money.

5           THE COURT:  Can I ask -- I'm a little concerned about

6   the fact that the proceeding is sealed today.  A lot of what

7   we're talking about here is of substantial public interest

8   where there's not a basis for sealing, for example, what you

9   were just discussing.

10          I'm wondering if maybe what it makes sense for me to

11  do, actually, ███████████████████████████████

12  ███████, let Mr. Jeffress do that, and then to open the

13  proceeding.  I apologize.  I know you're partway through your

14  allocution, to throw you off like that.

15          But as I'm sitting here, I'm listening to this, I'm

16  thinking this is something of public importance, and it's a

17  sealed proceeding, and it shouldn't be.  So if you wouldn't

18  mind maybe talking about ███████████████, and if you both want

19  to talk about any private health issues while we're under seal

20  still, we can do that, and then I'm going to open the

21  proceeding up.

22          MR. SALGADO:  Judge, I've already clarified the

23  record ██████████████████████████.  To the extent that

24  Mr. Jeffress makes any misrepresentations, I'd like to respond,

25  but I don't have anything else to say █████████████.

```
1              THE COURT:  Let me hear from Mr. Jeffress.

2    Mr. Jeffress, if you also want to talk about any private health

3    issues, you're welcome to do so at this point, too.

4              MR. JEFFRESS:  Okay.  Your Honor, first ███████

5    ██████████████████████████████████████████████████████████████████

6    ██████████████████████████████████████████████████████████████████

7    ████████████████████████████████████████████████████████████████

8    ████████████████████████████████████████████████████████████

9    ██████████████████████████████████████████████████████████████████

10   ████████████████████████████████████████████████████████

11   ████████.  That's right there.

12             It's very unusual, I think, to take a ██████████████

13   ██████████████████████████  ██████████████████████████

14   ████████████████████████████████████████████████████████████

15   ██████████████████████.

16        ████████████████████████████████████████████████████████

17   ██████████████████████████████████████████████████████████

18   ██████████████████████████████████████████  I really don't

19   think that that pardon should ██████████████████████████████████

20   ████████████████████████████.

21             Your Honor's already commented on, I think,

22   Mr. Nader's critical role in getting Mr. Dekermenjian -- if I'm

23   saying that right -- to plead.  The straw donors, Mr. Nader did

24   not know them.  He met them once at a party.

25             Mr. Dekermenjian was, obviously -- he was a key
```

1    figure in this; he was critical.  He's the one that wrote up

2    the fake invoice, and that was his idea, actually.  He was

3    Mr. Khawaja's lawyer, and he was part and parcel of all of

4    this.

5            Mr. Nader's ███████████████ was a direct factor, I

6    can personally tell you, in his decision to plead because I was

7    talking to his lawyers.  They said, you know, what's your guy

8    doing?  I was, like, he's -- you let them know in the way you

9    let them know that ████████████████████████████████.

10           I'm sure that the government also in some way let

11   them know, and I think everything being under seal let them

12   know.  That was why he pled.  He pled in -- I think he pled in

13   two different cases.  It's all under seal now.  I can't see it.

14   But I think he's got, from what I can tell, two matters.  So

15   there's that.

16   ███████████████████████████████████████████████████████████

17   ███████████████████████████████████████████████████████████

18   ████████████████████████████████████████████████████████

19   ██████████████████████████████████████████████████████

20   ████████████████████████████████████████████████████████

21   ████████████████████████████████████████████████████████

22   ██████████████████████████████████.  I've never seen

23   that before in my life.  I didn't even know that that existed.

24   ████████████████████████████████████████████████

25   ███████████████████████████████████████████████████████████.

SEALED  PROCEEDINGS



1   ████████████████████.

2   ██████████████████████████████████

3   ███████████████████████████████████

4   ██████████████████████████████

5   ███████████████████████████████████

6   ████████████████████████████████

7   ███████████████████████████████████

8   ██████████████████████████

9   ████████████████████████████████████

10  ███████████████████████████████████

11  █████████████████████████████████

12  █████████████████████████████████

13  █████████████████████████████████

14  █████████████████████████████████.

15  ███████████████████████████████████

16  ██████████████████████████████████

17  ████████████████████████████████

18  ████████████████████████████████

19  ███████████████████████████████████

20  ██████████████████████████████████

21  ██████████████████████.

22         There were things -- then I think the Court should

23   also consider the fact that Mr. Prabhu said multiple times ██

24   █████████████████████████████████

25   ███████████████████████████████████████



There was a long delay from June --

And Mr. Prabhu specifically said on the record several times

. And that is due to his counsel's conflict of interest.

Like, if I had had this case,

1    That's the one thing I agree with him. ████████████

2    ████████████████.

3         If you look at that transcript, he is very -- █████

4    ████████████████████████████████████████████████

5    ████████████████████████████████████████████████

6    ████████████.  I mean, not as much as we wanted.

7         The fact is, ████████████████████████████████

8    ████████████████████████████████████████████████

9    ████████████████████████████████████████████████

10   ████████████████████████████████████████████

11   ████████████████████████████████████████████████

12   ████████████████████████████████████████████████

13   ████████████████████.  He never lied; he never minimized;

14   he never did any of that. ████████████████████████████

15   ████████████.

16        I'll talk more about how I think the EDVA case was

17   actually all about ████████████████████████████

18   ████████████████████████████████████████████

19   ████████████.  That's what it was designed to do.  So Mr. Nader

20   got five years.  That's why PIN was so readily offering us

21   concurrent time because they knew it was all about that in the

22   first place.

23        In terms of the specifics of ████████████████, the

24   things that remain under seal, I think that's all I have to

25   say.

```
1          THE COURT:  Okay.  Thank you.  Anything else before
2    we go on the public record?
3          MR. SALGADO:  I was hoping no, Your Honor, but just
4    two points.  Regarding the Broidy plea document -- I have it in
5    front of me.  Obviously, I haven't noticed it up as an exhibit.
6    ████████████████████████████████████████████████████
7    ██████████████████████████████████████████████████████████.
8    I thought I heard this, but I could be wrong.
9          I just want to clear the record, regardless, ███████
10   ██████████████████████████████████████████████, just to be
11   clear.  But, more importantly, Your Honor, the plea was entered
12   in the fall of 2020 against Mr. Broidy.
13         Your Honor is aware that, as early as October of
14   2019, the Public Integrity Section had enough information to
15   draft up an information, which they sent to the defendant.
16   Right? ████████████████████████████████████.
17         To stand before the Court and say that this reference
18   to ███████████████████████████████████████████████████
19   █████████████████████████████████████████████████
20   ████████████████████████████████████.
21         I wish I could say more.  Obviously, the facts
22   involved here involve a different investigation, one that is,
23   arguably, moot now in light of the pardon.  But I will point
24   the Court's attention to the timeline, which is in October
25   2019, before ████████████████████, PIN drafted an information
```

1   regarding ███████████████████████████. A year later this

2   clause is inserted in the plea agreement. There is no relation

3   between this clause ██████████████████████. ███████████

4   ████████████████████████████████████████.

5          The second point I'll make, Your Honor -- and I have

6   to tread carefully here. In the brief and again just now,

7   Mr. Jeffress just continues to talk about the conflict and how

8   we -- I believe the word he used was cynical. The government

9   protracted the conflict litigation by 18 months on purpose.

10         Your Honor, I understand that ██████████████████

11  █████████████████████████████████████████████████████████████

12  ████████, but it's the same facts. And Your Honor has the

13  benefit of the ██████████████.

14         ████████████████████████████████████████

15  █████████████████████████████████████████████████████████████

16  ███████████████████████████████████████████████████

17  ████████████████████████████████████████████████████

18  ███.

19         So for Mr. Jeffress to stand before this Court and

20  keep complaining about the conflict, it just is bewildering,

21  quite frankly. I don't want to talk about the conflict

22  anymore. Your Honor knows all the facts, the procedural

23  history, and the resolution and why there was a resolution.

24         THE COURT: Does this need to be under seal?

25         MR. SALGADO: I'm sorry?

1            THE COURT:  Does this still need to be under seal?

2            MR. SALGADO:  ███████████████, yes, Your Honor.

3            THE COURT:  I agree with you.  I've heard enough

4       about it at this point.  I don't need to hear any more on that.

5            MR. SALGADO:  I'll stop there.

6            MR. JEFFRESS:  One thing, Your Honor.  What

7       Mr. Salgado just said about ███████████████████████

8       ██████████, the information they wrote up about the FARA

9       case -- which they didn't write in October in 2019; they wrote

10      it in August of 2019, because I saw it at that meeting.

11      ████████████████████████████████████████████

12      ████████████████████████████████████████████████

13      ████████████████████████████████████████████

14      ████████████████████████████████████████████████

15      ████████████████████████████████████████████████

16      ████████████████████████████████████████████

17      ████████████████████████████████.

18            Just to clarify, that's why -- ████████████████

19      ████████████████████████████████████████████

20      ████████████████████████████████████████████████

21      ████████████████████████████████████████.

22      ████████████████████████████████████████████

23      ████████████████████████████████████████████

24      ████████████████████████████████████████████

25      ████████████████████████████.  It's written into Mr. Broidy's plea

1    agreements.  It's very simple.

2              I don't understand exactly the objection that's being

3    made here, but whatever it is, it's wrong.

4              THE COURT:  Thank you.  I have another matter.  I may

5    take a break to handle the other matter, and then we can come

6    back to this.

7              So why don't we go ahead and take a break on this

8    matter.  I'm going to handle the other matter, and then as soon

9    as we're done with the other matter -- it should only take

10   about 15 minutes, I think -- we can reconvene here.  So I'm

11   going to step off the bench for a minute.

12             (Recess taken at 11:20 a.m. until 11:45 a.m. and

13             continued under seal as follows:)

14             THE COURT:  All right.  ███████████████████

15   ███████████████████████████████████████████

16   ████████████████████████████████████████████

17   █████████████.

18        █████████████████████████████████████

19   ██████████████████████████████████

20   █████████████████████████████████████

21   ████.  Ordinarily, I tend to defer fairly substantially to the

22   government's views with respect ████████████████████

23   █████████████████████████████

24   █████████.

25             I do still place substantial weight on the



1   government's views with respect to ███████████████

2   ████████████████████████████████████████████████

3   ██████████████████████████████████████, that

4   Mr. Nader and his decision to plead guilty early in the case,

5   there's a good chance that that played a role in

6   Mr. Dekermenjian's decision to plead guilty, and

7   Mr. Dekermenjian's decision to plead guilty likely played a

8   role -- a significant role with respect to others, and the

9   other conspiracy or portion of the conspiracy pleading guilty.

10  ████████████████████████████████████████████

11  ████████████████████████████████████████████

12  ████████████████████████████████████████

13  ████████████████████.  I don't really remember -- I may be

14  wrong about this, but I just don't remember off the top of my

15  head a case in which the government has made ████████████

16  ████████████████████████████████████████████

17  ████████████████.

18          On the other hand, ████████████████████████

19  ████████████████████████████████████████████████

20  ████████████████████████████████████████████

21  ████████████████████████████████████████████

22  ████████████████████████████████████████████

23  ████████████████████████████████████████████████

24  ████████████████████████.

25          That all leads me to think or to conclude that a --

1    that I should ████████████████████████████████████

2    ████████████████████████████████████████████████

3    ████████████████████████████████████████████████

4    ████████████.   The parties remain free to, obviously, argue

5    that there should be an upward or a downward variance for other

6    purposes.

7              But I'm going to start off with 40 months as my

8    guidelines benchmark in light of ██████████████████████

9    ██████████████████████████.

10             So with that, I will -- unless there's anything that

11   anyone else wants to raise that should be under seal, I'm going

12   to unseal the matter, and then we can proceed from there.

13             (End of sealed portion of the proceedings.)

14             THE COURT:  All right.  We're here today for the

15   sentencing of the defendant, George Nader, who has pleaded

16   guilty to Count 1 of the information, conspiracy to make

17   conduit contributions, cause false statements, and cause false

18   entries in records.

19             With respect to the guidelines and how they apply in

20   this case, everyone is in agreement that the guidelines

21   recommend a sentence of 60 months in this case, and I would be

22   happy to hear from the parties with respect to the relevant

23   sentencing criteria.

24             And so why don't I start with the government.

25   Mr. Salgado?

 1          MR. SALGADO:  Thank you, Judge.  Your Honor, the

 2     government would like to start by addressing the first factor,

 3     the nature and circumstances of the offense.  The government

 4     notes that, based on its surveying of matters and the history

 5     of FECA enforcement matters and the history of FECA, this

 6     conspiracy appears to be the largest conduit contribution

 7     scheme ever charged to date by leaps and bounds.

 8          The money transferred from the UAE government into

 9     the electoral system added up to $4.9 million under the guise

10     of a fake, a false licensing agreement.  And the defendant,

11     along with his co-defendant, Andy Khawaja, and with the

12     assistance of a derivative conduit contribution scheme, managed

13     to funnel the foreign money into our electoral system.

14          So that's our starting point as far as the nature of

15     the offense, Your Honor.  And we recognize that, even though

16     the defendant has pled guilty to 18 U.S.C. 371, really what the

17     offense -- the gravamen of the offense is that he took foreign

18     government money and injected it into our electoral system.

19     And that, Your Honor, strikes at the core of congressional

20     intent in enacting FECA.

21          We've cited some case law in our brief where Judge

22     Kavanaugh talks about --

23          THE COURT:  Justice.

24          MR. SALGADO:  Then Judge Kavanaugh, now Justice

25     Kavanaugh, talks about congressional intent.  And this

1    defendant, along with Khawaja, at the behest of foreign

2    officials, powerful foreign officials, did an end run on those

3    controls.

4         And in doing so, of course, he not only violated 371,

5    but also several titles -- I'm sorry -- several statutes in

6    Title 52.  30121, that's the prohibition on foreign money.

7    30116, that's the prohibition on excess contributions, of

8    course.  30122, of course, that's contemplated in the plea

9    agreement.

10        The point is, Your Honor, that this is the largest of

11   its kind, and it involved foreign money.  That puts it in a

12   species of its own on two counts; no pun intended.

13        The defendant's response to this, Your Honor, is that

14   he tried -- he had good intentions; that he was seeking peace

15   in the Middle East, and he went about it the wrong way.  He

16   did -- he tried to do too good of a job, essentially.  And we

17   see that at page 55 of the defendant's brief:  "In his effort

18   to help achieve what he hoped would be the outcome most likely

19   to advance peace in his home region, he worked with Andy

20   Khawaja to conceal campaign contributions from the UAE."

21        And then we have a problem, because in that very same

22   page, Mr. Nader states:  Though Mr. Nader does not seek to

23   minimize his culpability, it is clear from both Mr. Nader's

24   plea and the statement of facts accompanying Rudy

25   Dekermenjian's plea, that Mr. Khawaja was the leader of the

1     scheme.

2               Judge, Mr. Khawaja wasn't an advisor to --

3               THE COURT:  I'm sorry.  What were you reading from

4     there?

5               MR. SALGADO:  Page 55 of the defendant's brief.

6               THE COURT:  Okay.  I see it.  Okay.  Thank you.

7               MR. SALGADO:  Mr. Khawaja, Your Honor, was not the

8     senior advisor to the royal family of the United Arab Emirates.

9     Mr. Khawaja didn't have access to UAE funds.  Mr. Khawaja

10    didn't transfer the money from the UAE into the United States.

11              THE COURT:  How did Mr. Khawaja and Mr. Nader come to

12    meet?

13              MR. SALGADO:  They were introduced, I believe, in

14    March of 2016.  Mr. Khawaja and Mr. Dekermenjian were traveling

15    in the Middle East.  Obviously, they both have -- Mr. Khawaja

16    and Mr. Nader have Lebanese background.  And I -- the name of

17    the person who introduced them while Mr. Khawaja was traveling

18    in the Middle East escapes me at the time, but they were

19    introduced.

20              THE COURT:  Okay.  Thank you.

21              MR. SALGADO:  And, again, they were introduced just

22    months before the start of this conspiracy.

23              So for Mr. Khawaja -- I'm sorry.  For Mr. Nader to

24    argue to this Court that this was Mr. Khawaja's hustle and not

25    his, it just -- once again, notwithstanding his proviso that he

1    doesn't intend to lessen his culpability, that's exactly what

2    he's doing.  He's not taking this seriously, and this --

3              THE COURT:  But I take it that the government is not

4    seeking an enhancement, nor is the defense seeking a downward

5    variance or departure based on Mr. Nader's role in the

6    conspiracy?

7              MR. SALGADO:  So there is a four-level enhancement

8    already on account of the foreign government.

9              THE COURT:  Right.  I mean, on the grounds that he

10   was a leader or a manager.

11             MR. SALGADO:  That was not part of the plea

12   agreement.

13             THE COURT:  Right.

14             MR. SALGADO:  Probation has not identified it.

15   Nonetheless, the Court is free to consider it as part of its

16   3553 analysis.  And, in fact, the government respectfully

17   requests that the Court do so.

18             THE COURT:  I'm sorry.  Doesn't that violate the plea

19   agreement for you, you requesting me to do that?  I mean,

20   didn't you agree to the plea -- to the guidelines calculation

21   as part of the plea agreement?

22             MR. SALGADO:  On the guidelines calculation, but not

23   on the variance allocution.

24             THE COURT:  But there's -- that's a different

25   question.  If you're just saying that I should consider his

 1    role as part of a variance, that's fine.  That's different than

 2    saying I consider an enhancement for that purpose, though.

 3              MR. SALGADO:  No, no.  I'm asking the former, Your

 4    Honor, not the latter.

 5              THE COURT:  Okay.  Fair enough.

 6              MR. SALGADO:  And, of course, you know, the facts are

 7    we know more about this case than we did back in July of 2020

 8    when the plea agreement was drafted, right?

 9              But in any event, this theme of lessening his

10    culpability is not new.  Right?  This brings me to the

11    characteristics of the defendant.

12              On page 61, incredibly, he states that the only

13    reason why he was prosecuted for the EDVA sex offenses is

14    because the government wanted him to cooperate in this case and

15    other cases.

16              On page 23 -- and I quote -- he says:  "The fact is

17    that Mr. Nader would never have been charged with transporting

18    the handful of questionable images embedded in his WhatsApp

19    messages, which he was never required to do and did not plead

20    to were it not for his potential as a cooperator in the PIN

21    matters, as well as other white collar investigations."

22              The EDVA prosecution was initiated, at least in part,

23    as a means for the government to work around the immunity

24    agreement Mr. Nader had negotiated with the special counsel's

25    office and obtain his badly sought cooperation in those

1    matters.

2           Judge, in our sentencing memorandum, we highlighted a

3    statement that the defendant made to the probation office in

4    EDVA calling the prosecution a political witch hunt.

5    Mr. Jeffress had to apologize and retract that statement.

6           But all of this goes, Your Honor, to his inability to

7    see the seriousness, the gravity of his offenses, and that goes

8    straight to the second factor, which is his characteristics as

9    a defendant.  There is nothing, by the way, in his background

10   that justifies this type of behavior.

11          To the contrary, he engaged in this type of behavior

12   purposefully, deliberately to further advance his career.

13   Right?  One that, by the way, was, as defense has noted in its

14   brief and the letters, was already quite -- already quite

15   stellar as it is in the space of international diplomacy,

16   shadow diplomacy as he puts it.

17          So what's due in light of his refusal to accept

18   culpability to see his crimes for what they are?  This brings

19   me, Your Honor, to the third factor; the need for specific

20   deterrence.

21          He is now 64 years old, I believe.  And if the Court

22   were to sentence him in a way that would let him leave the

23   country within a year, two years, nothing prevents him from

24   reconnecting with the foreign government, continuing his work,

25   and maybe he -- he'll be smarter about influence operations in

1     the future.

2             But I would not make that argument today but for the

3     fact that I have seen at repeated instances this defendant's

4     refusal to accept responsibility, his refusal to see that what

5     he did was a big, big deal.  And it should be taken seriously.

6     So I'd ask Your Honor that the Court reach an inference that

7     Mr. Nader, in light of his refusal to accept culpability, may

8     go ahead, go back to UAE, and go back to his old ways.

9             But that's not the strongest argument, Your Honor.

10    The strongest argument for an upward variance is general

11    deterrence.  If anything, the most lamentable part of this case

12    is that it has exposed our vulnerabilities.  The fact that a

13    foreign government can inject millions and millions of dollars

14    into a presidential campaign for the purpose of obtaining,

15    getting a foothold into its highest echelons is troublesome.

16            We have an election coming up.  We have elections

17    every two years.  Our world is more interconnected than it was

18    before, and our country is evermore exposed.  The only thing

19    that stops these types of operations from gaining traction,

20    from making progress, Your Honor, is, of course, the executive

21    branch, the Department of Justice remaining vigilant, but also

22    the Court holding violators accountable for their crimes.

23            Here we have a sexual abuser of minors engaging in a

24    very egregious affront, offense to our democracy.  And if this

25    Court doesn't send a message, who knows what's next?  Who knows

1    what country?

2              We'd ask Your Honor to hold this defendant

3    accountable.  Initially, we'd ask for a 10 percent downward

4    departure.  In light of the 40 months that he's now facing,

5    we'd ask for an upward variance as close to the 60 months as

6    possible, Your Honor.  The facts warrant it.  We need to send a

7    message, and that's why we're here today.

8              THE COURT:  So probation recommended a fine of

9    $100,000.  What's your view on that?

10             MR. SALGADO:  What's that?  I'm sorry.

11             THE COURT:  Probation recommended a fine of $100,000.

12   What is your view?

13             MR. SALGADO:  That's fine, Your Honor.  You know,

14   quite frankly, this defendant has plenty of money.  I don't

15   think money is an issue.  It's not going to make a dent.  It's

16   not going to send the right message.  What will send a message,

17   Your Honor, is incarceration.  So we -- we're fine with the

18   $100,000 fine.

19             THE COURT:  Are you requesting that I impose it?

20             MR. SALGADO:  Yes, Your Honor.  Thank you.

21             THE COURT:  Anything else?  Okay.  Thank you.

22   Mr. Jeffress?

23             MR. JEFFRESS:  I think Mr. Salgado forgot to say that

24   they take no position as to whether the sentence should run

25   concurrently or consecutively, as he's obligated to do.

1          THE COURT:  He said that in the papers, and I

2    understand that to be the case.

3          MR. JEFFRESS:  Okay.  Your Honor, just to be clear,

4    in terms of acceptance of responsibility for this case -- I,

5    obviously, was involved in the plea negotiations -- Mr. Nader

6    has never had the slightest problem accepting responsibility in

7    this case.  He knows fully that what he did here was wrong.

8          He has come to appreciate much more, since he found

9    out more about campaign finance and everything else, how

10   incorrect it was, but there's never been any issue with

11   acceptance of responsibility.  Here, the government did not

12   oppose acceptance of responsibility; gave the third point,

13   everything else.

14         What he's referring to is to the EDVA case, which

15   I'll talk more about in a second.

16         THE COURT:  Although, it did strike me, frankly, a

17   little bit the way it seemed to strike Mr. Salgado when I was

18   reading the papers.  The assertion of saying he was doing this

19   for the right purpose; he just regrets the fact that he

20   violated the law in the context of doing it.

21         MR. JEFFRESS:  Yeah.  I'll --

22         THE COURT:  That seemed a little weak to me in terms

23   of an acceptance of responsibility.

24         MR. JEFFRESS:  What you're getting at is not whether

25   he did it.  What you guys are getting at is motive; why he did

1    it.  He did it.  He violated U.S. campaign finance law.  He's

2    fully cooperated with everyone in that.  He pled guilty as soon

3    as he had conflict-free counsel and I engaged with the

4    government.  He did it.  Mr. Nader has always admitted that up

5    front.

6            The question is why he did it.  The government has

7    got some insinuation in their plea papers, for instance, or in

8    their sentencing memo that he did it for money.  That's the

9    last thing Mr. Nader was interested in.  He's not interested in

10   money.  He doesn't care about money.  He never has.  That's not

11   what drives him.  And, in fact, it leaves him vulnerable to

12   other people who all they care about is getting his money or

13   money from the people he worked with.

14           Just so Your Honor understands fully, the reason why

15   Mr. Nader was so promising as a cooperator -- and I'll get into

16   this more -- is because he is adjacent to two of the wealthiest

17   people in the world.  He is adjacent to MB Zayed and MBS.  He

18   was an advisor to both of them.

19           So the reason why his cooperation was so badly sought

20   after is that there were many people, especially in the former

21   President's circle who tried to make pitches for that money and

22   did various illegal things in the context.  ███████████████

23   ███████████████████████████████████████████████████████████

24   ███ .

25           These people all wanted -- the Court asked how Andy

1    Khawaja met Mr. Nader.  The way that they met, actually, is

2    Andy Khawaja went to the UAE and tried to pitch the UAE on

3    investing in an internet company that he was trying to start

4    that would have been sort of like the Amazon of the Middle

5    East.  That's how they met.

6         It's not like Mr. Nader went to this guy and said

7    let's do this campaign finance scheme.  They met because he was

8    pitching business over there.  That's why Mr. Nader's

9    ██████████████████████████████████████████, because he

10   was repeatedly in these encounters because he was adjacent to

11   these two men who are on the receiving end of all sorts of

12   investment pitches or offers for services and everything else.

13        That is the nature of business in the Middle East;

14   some good, some very positive, and then some bad, like

15   ██████████████████████.  So just -- that's why he's sort of

16   in this posture, why they wanted his cooperation so badly.

17   I'll get to that more in a second.

18        This is a very unusual sentencing.  I think this

19   is -- █████████████████████████████████████████████,

20   ████████████████████████████████████████████████████

21   ███████████████████████████████████████████

22   ██████████.  ███████████████████████████████

23   ████████████████████████████████████████████████

24   ███████████████████████████████████████████

25   █████████████████████████████████████████████████

1     ███████████████████████████ .

2              THE COURT:  Can I -- I'm sorry.  Just a second here.

3     I just want to remind you that we are on the public record.

4              MR. JEFFRESS:  Okay.  At the end of the day, I think

5     there's only one fundamentally fair thing.  And that is for

6     Mr. Nader now to return home to his loved ones at the

7     expiration of his EDVA sentence, which will expire in

8     September.

9              It's important for the Court to realize that that

10    will already be six months later than he should have been

11    released under the EDVA sentence, but was not because of this

12    case.  If he had -- as Mr. Sickler, in the expert report that

13    we submitted to the Court stated, if he had received -- if he

14    had received concurrent time from Judge Brinkema back in the

15    day for this case or if he had been sentenced well before this

16    time to concurrent time, he would have already been home.

17             He would have been eligible for the home confinement

18    or whatever portion under the BOP's pre-release programs, and

19    he would have been out six months ago.  So this has already

20    cost him six months of his life -- or it will by September cost

21    him six months of his life just for -- because this case has

22    been pending for so long.

23             So he's already paid some penalty here ███████████████

24    ██████████████████ .  He's already paid some penalty here for

25    having counsel who had a conflict of interest and did not take

1    a plea that they should have taken.  That has already been

2    visited on him to the tune of six months.

3            Now, given all the facts and circumstances, that is

4    enough.  Mr. Nader has had to live every day --

5            THE COURT:  Just to remind me again -- I know we've

6    been through this a lot -- was the plea that you think he

7    should have accepted the 15-year or the 10-year?

8            MR. JEFFRESS:  So he keeps saying that the 15 to the

9    10 was some sort of favor to us.  That was not.

10           THE COURT:  My question was, which was the two that

11   was turned down?  Was it the 15-year?

12           MR. JEFFRESS:  The 15-year was turned down.

13           THE COURT:  So it was the 15-year sentence that was

14   turned down?

15           MR. JEFFRESS:  Yes.  He wasn't guilty of it.  I said

16   to the judge, there are too many proof problems with this.

17   We're not going to take it.  So he lowered it to ten for the

18   possession, which the images are not the typical child

19   pornography at all.  They're not what people who are interested

20   in sex with children look at, but they fit the definitions of

21   bestiality and stuff like that.

22           And, obviously, with his prior, this is not a risk we

23   could take.  So we accepted -- we accepted possession for a

24   different thing that happened in 2012.  And then they also

25   brought back up a case that had been closed by the FBI, had

1   been reviewed for eight years, and then closed by the FBI,

2   which was the sex trafficking count from 2000.

3           THE COURT:  I have to say, whether it was closed or

4   not, you know, just in terms of the questions of an

5   individual's character, it is pretty horrendous conduct of --

6           MR. JEFFRESS:  It is.

7           THE COURT:  -- raping a 14-year-old child repeatedly.

8           MR. JEFFRESS:  The stuff that took place in 2000 and

9   Mr. Nader served time in the Czech Republic for, yes; that's

10  correct, Your Honor.

11          THE COURT:  Also, as I understand it, there was a

12  14-year-old child who Mr. Nader had sex with in the United

13  States as well.

14          MR. JEFFRESS:  He said it happened one time in the

15  United States, that's right.

16          THE COURT:  I thought the victim indicated that it

17  happened every other day or so.

18          MR. JEFFRESS:  First he said once, and then he said

19  every other.

20          THE COURT:  Whether it's once or multiple times, it's

21  still -- I don't think that it -- I don't think one can

22  minimize that and say, well, it's some old thing from the past.

23  I mean, I think it's a pretty fundamental issue going to

24  someone's character.

25          MR. JEFFRESS:  But it was from the year 2000.  So it

1    was from 20 years ago.  They changed -- there was a statute of

2    limitations on it, and then they changed that statute of

3    limitations in 2004.  And that was an issue that -- it would

4    have been barred by the statute of limitations if Congress had

5    not changed it in 2004.

6         And that was the issue that we litigated in front of

7    Judge Brinkema.  She said no, they were allowed to change it.

8    It doesn't violate ex post facto even though, at the time it

9    happened, it would have been barred by the applicable statute

10   of limitations.

11        Judge, it's old conduct.  And the point is, it was

12   reviewed by the FBI for prosecution domestically from around --

13   they closed it out in 2009.  They said, basically, the statute

14   of limitations expired -- that was their take at the time --

15   and we're not going to prosecute this case.  Okay?  So that's

16   what happened there.

17        I think I'll get into why that was brought back up,

18   which is exactly what I said in the sentencing memo, which was

19   because of Mr. Nader's promise as a cooperator.

20        Judge, I want to talk a little bit first about what

21   Nader's been through for the last four years.  He has --

22        THE COURT:  You're welcome to come back with that.

23   I'm a lot less concerned about what the prosecutor's motives

24   are than what the just thing is.  And whether their motives

25   were to convince Mr. Nader to cooperate or not, I mean, maybe

 1    has some marginal relevance.

 2             What's more relevant is the characteristics of the

 3    individual, what they did -- the individual did in this case,

 4    whether the individual has done things that might mitigate

 5    their exposure in this case or done things that would justify a

 6    downward departure.  There's been a lot in this case on both

 7    sides sort of pointing the fingers at each other with respect

 8    to what their motivations were.  That carries less weight with

 9    me.

10             MR. JEFFRESS:  Okay.  But this goes to what I have

11    been saying, and I can't tell -- his colleagues offered us a

12    concurrent time plea under which --

13             THE COURT:  Concurrent time plea of 15 years in jail.

14             MR. JEFFRESS:  No, no.  A concurrent time plea of

15    five years in jail running --

16             THE COURT:  I've heard a lot of the evidence on this.

17    I mean, I don't think -- I don't think it's accurate to say --

18    you may have had a private conversation where that was, sort

19    of, the expectation.

20             MR. JEFFRESS:  No, no.  They offered us a ten-year

21    possession offense with the promise of ████████ .

22             THE COURT:  Right.

23             MR. JEFFRESS:  And that this case would run -- would

24    get a concurrent time sentence of up to five years, which is

25    the statutory max.

 1              THE COURT:  Fair enough.  But the other sentence

 2     would be ten years.

 3              MR. JEFFRESS:  The other sentence would be ten years,

 4     with the idea that everyone had that at some point it would be

 5     ██████████████ .

 6              THE COURT:  But not necessarily to five years.

 7              MR. JEFFRESS:  That's what Judge Brinkema decided to

 8     do.

 9              THE COURT:  I mean, we've been around and around so

10     much on this.  I understand that -- I take it that the

11     government is not arguing to me one way or the other with

12     respect to concurrent sentence or not.  As I've expressed to

13     you before, what the government -- well, let me say this.

14              What's most important to me is Mr. Nader's

15     culpability and whether ███████████████  or things have

16     occurred that should mitigate that culpability.

17              MR. JEFFRESS:  Okay.  Well, let's talk about what he

18     has been through for the last four years and what kind of

19     punishment that's been.

20              He has had to live most every day of the last four

21     years in fear; fear of being assaulted or killed by a fellow

22     inmate at the jail, especially given his age and his status,

23     you know, known status.

24              THE COURT:  I think you said he had been attacked

25     twice; is that right?

1          MR. JEFFRESS:  Twice.

2          THE COURT:  What happened?

3          MR. JEFFRESS:  One time he was actually coming to the

4     phone to talk to me, and he got punched in the face.  The other

5     time, I think it was something similar, but these both happened

6     at ADC prior to the time he was put into solitary confinement.

7     He was --

8          THE COURT:  Do you know why he was punched in the

9     face?

10         MR. JEFFRESS:  He stands out there, Judge.  He's an

11    older guy.  He's a guy whose arrest generated worldwide

12    publicity, a guy who people knew had access to wealth.  People

13    wanted to shake him down.

14         For someone like this, jail is a very, very difficult

15    place to be.  You are constantly afraid for your physical

16    safety.  You are constantly afraid that people are going -- are

17    conspiring against you.  That is why, I think part of why, ADC

18    put him in solitary confinement in January of 2020 after his

19    plea, because his plea generated more publicity.

20         THE COURT:  Right.

21         MR. JEFFRESS:  He was then in solitary confinement

22    for 30 months; that's 30 months.  During this entire time, in

23    addition to being assaulted and being in solitary confinement,

24    he also had to live, as of March 2020, with the fear of

25    contracting COVID.

1      I know this Court is very familiar with the special

2  dangers of contracting COVID in an incarceration setting.  You

3  cannot socially distance yourself.  I mean, if you're in

4  solitary confinement, you're given some distance, but you

5  cannot socially distance yourself from other inmates.

6      THE COURT:  But you just sort of said in passing, of

7  course, you're in solitary -- if you're in solitary

8  confinement, by definition, you're isolated from inmates.

9      MR. JEFFRESS:  You still get it from the guards.  He

10  still gets out two hours a day.  In solitary confinement, they

11  still let you out two hours a day when you're allowed to, sort

12  of, congregate with other people to a certain extent.

13      He has heart disease, he has hypertension, he has

14  diabetes.  It is uncontested that, when he was arrested in June

15  of 2019, he was coming to the United States after emergency

16  open heart surgery to get cardiac aftercare at Mount Sinai

17  Hospital.

18      THE COURT:  He had a triple bypass surgery; is that

19  what happened?

20      MR. JEFFRESS:  It was triple or quadruple.

21      THE DEFENDANT:  Quadruple.

22      THE COURT:  Quadruple bypass.  Okay.

23      MR. JEFFRESS:  In April of 2019.  Recovered some over

24  there and then was coming here for cardiac aftercare at Mount

25  Sinai, which he has never gotten to this day.

1          If you catch COVID -- and he's had to live with this,

2     Judge.  If he caught COVID with those comorbid conditions, that

3     was probably it for him.  So he's had to live with that every

4     day of being in jail.  It is enough punishment.  I would not

5     want my worst enemy to go through what he has been through in

6     these jails.

7          THE COURT:  What is his current medical condition?

8     Any update on that?

9          MR. JEFFRESS:  Your Honor, he's had to go to the

10    intensive care unit twice since he's been incarcerated.  He

11    still has diabetes.

12         THE COURT:  What was that for, when he went to the

13    intensive care unit?

14         MR. JEFFRESS:  Once he had a very serious fainting

15    spell and had to go for a couple days.

16         THE COURT:  Was that because of the hypertension

17    medication which lowers your --

18         MR. JEFFRESS:  This was right around the time that

19    ████  was saying they were going to withdraw and stuff like

20    that.  I think it was, basically, from the stress of

21    everything.  I'm not sure.

22         THE COURT:  Okay.  So fainting spell.  What was the

23    other one?

24         MR. JEFFRESS:  These are discussed in the presentence

25    report, Your Honor.  I'm sorry.  He had a stroke.

SEALED PROCEEDINGS

1              THE COURT:  Stroke?

2              MR. JEFFRESS:  Yes.

3              THE COURT:  When did he have a stroke?

4              MR. JEFFRESS:  While he was at ADC.

5              THE COURT:  Are there any long-term consequences from

6      the stroke?

7              MR. JEFFRESS:  36 months -- I think, cognitively, no,

8      I'm not noticing anything.  Obviously, he's been under

9      tremendous stress, not knowing what the rest of his life was

10     going to be like, not knowing -- having these concerns about

11     his physical safety in a jail.

12             These places are not meant for long-term confinement.

13     You're deprived of any of your relative -- visits with your

14     relatives, visits with everybody else, both from the outside

15     and you're not able -- given the transient nature of a jail and

16     the dangerous nature of a jail, you're also not able to make

17     any friends or human connection on the inside.

18             THE COURT:  Why was he held in the jail after his

19     sentencing?

20             MR. JEFFRESS:  For this.

21             THE COURT:  For the sentencing in this case?  I have

22     people who go into the Bureau of Prisons and get sent back for

23     sentencing if they have another conviction.

24             MR. JEFFRESS:  Not if there's a hold on him.  He's

25     been pretrial on this case since December of 2020 now.

1          THE COURT:  Okay.

2          MR. JEFFRESS:  BOP won't designate him until he's

3    sentenced twice.  That's why them messing around for 18 months

4    about whether there was a concurrent time plea offer, which

5    they well know there was, cost him another 18 months in jail

6    instead of at BOP.

7          Your Honor, this expert report we submitted from

8    Mr. Sickler, it goes into all the differences; they are major.

9    The differences between staying at a local jail and being at

10   BOP, especially in -- or at Butner -- which Mr. Nader would

11   be -- are massive.  You can have a life in these places.

12         He's not felt the sun on his face, his feet in the

13   grass, feet in the sand, he's not been outside other than when

14   he's been transported to court, back and forth to court.

15   That's what the reality of living in a jail is like.

16         Mr. Nader is now 64 years old.  They say common --

17   what I've heard is that jail takes -- well, life expectancy --

18   the Center for Disease Control says the average life expectancy

19   for a male is now 73.2 years.  They say jail takes two years

20   off your life for every year that you're in there.

21         THE COURT:  I'm sorry.  Every year you're in jail

22   takes --

23         MR. JEFFRESS:  Yes.

24         THE COURT:  Takes two -- what did you say, two years

25   off your life?

1           MR. JEFFRESS:  Yeah.  There's a name for that.  But

2    it shortens your life expectancy.  You're not getting fresh

3    air, you're not getting outside, your nutrition is extremely

4    poor, you're not getting exercise, you're not having human

5    connection with other people.

6           It is the worst thing that you can do to someone to

7    leave them in a jail like that.  This is the United States of

8    America, but we still --

9           THE COURT:  Is that figure you just gave me drawing a

10   distinction between prison and jail?

11          MR. JEFFRESS:  Yes.

12          THE COURT:  So the two years is if you're in jail, it

13   takes -- one year in jail takes two years off your life?

14          MR. JEFFRESS:  That's what they said.  And I believe

15   it.

16          He has aged -- look at the picture in the presentence

17   report.  He has aged tremendously in just -- he's aged much

18   more than four years in terms of his physical appearance in the

19   four years that he's been there, and it's because -- I mean,

20   even BOP is not great, but it's much, much better than the

21   situation that he's been in, especially with COVID and with

22   being in solitary confinement, which are -- basically, at the

23   end of the day, these are how third world countries treat their

24   inmates.

25          BOP is one thing, but local and county jails are not

1     meant for confinement nearly this long.  They're not meant for

2     confinement past a year.

3              Now, I want to talk to Your Honor about Mr. Nader's

4     history and characteristics.  I know Your Honor has read about

5     it from the presentence report and our sentencing memo.  It is

6     a remarkable history.

7              His professional life, it's been largely dedicated

8     towards helping other people.  He's accomplished much good for

9     other people and for his home region, which is the Middle East.

10             You know, the formative event for Mr. Nader's youth

11    and what pushed his career in the direction that it went was

12    the maiming of his younger brother, Tony Nader, who remains --

13    Mr. Nader remains in touch with him.  Sometimes he calls me to

14    check in on Mr. Nader and stuff.

15             He's still physically disabled, lost his left hand

16    and his ear, and he's also still mentally traumatized.

17             THE COURT:  I thought it was his eye, not his ear.

18             MR. JEFFRESS:  Is it his eye?  I'm sorry, Your Honor.

19    You're right.  That is correct.  Your Honor knows the story

20    that his friend picked up a toy, the friend was killed, he was

21    maimed.

22             I think that pushed Mr. Nader, who was then 16,

23    towards a career and a life of trying to work to bring

24    stability and peace to the region.  And his work, whatever you

25    want to say, it has literally helped millions of people,

1    ranging from the individual hostages who were released because

2    of his efforts to the vast number of people who he has helped

3    through his negotiation -- attempted negotiation of peace

4    agreements in his work in the region.

5            This has all been missed, I think, while he's been

6    incarcerated here, and as the UAE has become an increasingly

7    important U.S. ally and force for progress in the region.  I

8    mean, UAE was the country at the origin of the conduit

9    contributions here, but they're a very strong U.S. ally and

10   they are a very important U.S. ally.  He is missed there.

11           I constantly receive communications from them saying

12   we want him back, when can he get back.  And he's got important

13   work to do there.  So there is an opportunity cost for having

14   him incarcerated here.

15           THE COURT:  I thought what he wanted to do was spend

16   his time working with dogs that were abandoned or finding a

17   home for animals?

18           MR. JEFFRESS:  He wants to do -- I think this has

19   been a traumatizing experience four years in this jail.  I

20   think it would be traumatizing for anyone.  I think that he

21   needs to get his mind together.  I think he needs to go back.

22   I think he needs to rest.

23           THE COURT:  I'm not minimizing taking care of animals

24   in any respect.  I just didn't know the UAE government was

25   saying they needed him.

1          MR. JEFFRESS:  There's a letter -- we didn't submit

2     it here, but we did submit it in EDVA.  There's actually a

3     letter from a high official saying they wanted him back.

4          I think, obviously -- I don't know how the Court

5     feels about UAE given their role in this case.  But overall, in

6     the global big picture of things, they are a force for good and

7     for progress in the Middle East.  He's an important part of

8     that.  And whether he goes back to that or not, that will be

9     his choice once he, sort of, gets it back together, and we'll

10    see.

11         Now, I know the Court has referred to the sort of sex

12    stuff that Mr. Nader was involved in as a younger man.  I

13    certainly think that that is relevant to the Court's

14    determination, as you said, but that is not the George Nader

15    that you see today.  That is not even the George Nader you

16    would have seen some years ago before he was locked up.

17         Judge Brinkema came very close to saying the same

18    thing ██████████████████████, saying we made a very strong

19    case, that he was not in need of individual deterrence given

20    his age and that he had, basically, again -- I have it right

21    here what she said.

22         Counsel -- "Counsel have made a strong argument that

23    the combination, Mr. Nader, of your age, your health, and

24    experience you've had in prison most likely indicate that there

25    is no danger of your individual repeat."

1          So she found that, in terms of specific deterrence,

2     that that was not necessary here.  That is in the case that's

3     about that stuff, right?  Not this case that's about campaign

4     finance violations, but in the case that's about --

5          THE COURT:  I guess that may be right.  I'm uncertain

6     in my own mind because my recollection is that Mr. Nader was

7     convicted, for example, in the Czech Republic on sex charges,

8     yet he still, when he came into the United States, had on his

9     phone images of children where, even if you might minimize them

10    as bad attempts at humor or something like that, were kind of

11    horrific assaults on these children.  I mean, making a -- or

12    having a young child penetrate an animal.

13         I mean, that's -- it may not be the typical -- these

14    particular images may not be the typical stuff that people who

15    are charged with sex crimes have, and they're shorter images;

16    they're not lengthy films or anything like that.  It's hard to

17    imagine that's not deeply scarring to the child involved in

18    that in ways that could ruin that child's life.  And that

19    happened after he had already spent a year in prison on sex

20    charges.

21         I'm not -- I don't know, and I think we never know

22    with a great deal of certainty, and I think age is a factor.

23    But I don't -- I can't say with any certainty that that type of

24    behavior would never occur again here.

25         MR. JEFFRESS:  That is the most distressing of those

1       images, the one the Court picked out.

2                    THE COURT:  Yes.

3                    MR. JEFFRESS:  And it was sent to him by someone

4       else, and he -- it's on his WhatsApp.  Some of these

5       were sent -- some of the images the EDVA picked out -- which,

6       by the way, they never made him plead to.

7                    But some of the images that they picked out were

8       things that were sent to him.  It was unclear whether he looked

9       at it or just quickly looked at it and responded with, like, an

10      emoji or something else.  But it's not something that he took

11      and saved on his device or saved on his computer.  It's not

12      something he forwarded to anybody else.  It's something someone

13      in the region sent to him, yes.  I mean, that was on his phone.

14                   THE COURT:  Presumably knowing that's somebody who

15      appreciated those images.  You wouldn't send someone those

16      images if you think that, presumably.  But also, where he

17      responds with emojis in a positive way to them, it's a little

18      hard to say that he was, sort of, an unwilling recipient of

19      that material.

20                   MR. JEFFRESS:  Your Honor's point is taken.  There's

21      also the fact that, if he knew that that stuff was on there,

22      why would he have brought it into the United States knowing

23      that it's illegal and knowing the experience he's had.  He

24      clearly just did not realize that that stuff was still -- that

25      had been sent to him by somebody else, embedded in his

1    WhatsApp, in whatever -- the thousandth message in his inbox.

2    It's not what you see where you have people transporting images

3    or the internet --

4              THE COURT:  My point just went to the question of the

5    risk of recidivism.  You may be right, and I certainly hope

6    you're right.  I just feel it's difficult to know with any

7    certainty.

8              MR. JEFFRESS:  What the Court can have confidence in,

9    there was -- in this effort to convict Mr. Nader ███████████

10   ████████████, there was an exhaustive investigation.  There was

11   an investigation of six different phones by the government,

12   there was an investigation to every aspect of Mr. Nader's life.

13   The FBI went both to California to look at this guy Stamm, who

14   it turns out Mr. Nader had had no in-person contact with since

15   the Czech Republic, it turns out, to their surprise.

16             Then also, they went over to Europe, and they went to

17   different places looking there, too.

18             The arrest also generated worldwide publicity, and

19   they found nothing else.  No one came forward to say I've been

20   taken advantage of by Mr. Nader.  This is despite everyone

21   knowing that he has access to large amounts of money.  You

22   would think that you would get a bunch of people coming out of

23   the woodwork like you have with all of these other people who

24   are convicted of similar things.

25             The reason why you don't is because he largely ceased

1    this conduct a long time ago.

2              THE COURT:  What is the source of those large amounts

3    of money?

4              MR. JEFFRESS:  He's adjacent -- as I said, I mean,

5    he's an advisor to two of the richest men in the world.

6              THE COURT:  He's paid large amounts by them?

7              MR. JEFFRESS:  Not really.  Money is not his thing.

8    I can keep saying this, but money is not --

9              THE COURT:  I understand.  But I think you said

10   people know that he has large of amounts of money and they take

11   advantage of him.  My question is, where does the money come

12   from?

13             MR. JEFFRESS:  I don't know.  He's the advisor --

14   close personal advisor to one of the -- I mean, to the richest

15   men in the world.  I think most people would be, like, that guy

16   has got access to money.

17             THE COURT:  Okay.

18             MR. JEFFRESS:  Okay.

19             THE COURT:  What is your view with respect to a fine

20   and his ability to pay?

21             MR. JEFFRESS:  Your Honor, if the Court thinks he's

22   got the resources to pay a fine -- I mean, we just got what we

23   ████████████████████████████████████████████████████████████

24   ████████████████████████████████████████████████████████

25   ██████████████████████████████████████████████.

1          THE COURT:  I just -- you know better than I do

2     whether he has the resources to pay a fine or not.

3          MR. JEFFRESS:  I really don't, actually.  I know

4     what's in the PSR.  I would say that -- but getting to the

5     bottom of his finances --

6          THE COURT:  The PSR, though, is not terribly

7     definitive on this question.

8          MR. JEFFRESS:  This is not a money case.  It is a

9     money case in that the UAE was -- was large amounts of money.

10     This was never about Mr. Nader's personal enrichment.  That's

11     not why he was doing this --

12          THE COURT:  Okay.

13          MR. JEFFRESS:  -- I do want to say a few words about

14     the EDVA case, Your Honor.  I understand what Your Honor is

15     saying, that you don't want to get into why people were doing

16     what.  What Your Honor also saw was that, basically, they were

17     saying, okay, we'll give you concurrent time for this, you'll

18     get ten years on this, ████████████████████████████.

19     They eventually said seven years; we said five years.

20          If it had been concurrent time, my opinion is it

21     would have been the same.  The idea here was that ████████

22     ██████████████████████████████████████.  How did

23     they know that?  Well, the Mueller -- you have to put yourself

24     back in 2018, right?

25          At that time the special counsel's office

1    investigation was thought of as, basically, possibly saving

2    democracy.  That was how hopeful people were for what Robert

3    Mueller was doing.  They thought Robert Mueller was going to be

4    the way that we would save the Republic, by investigating all

5    these Russia links and everything else, and that this was -- so

6    they very much wanted Mr. Nader's cooperation, and so they gave

7    him an immunity agreement.

8                (The following proceedings are under seal:)

9                THE COURT:  Can I just interrupt for a second here.

10   I think everyone who is in the courtroom here is either court

11   staff or affiliated with someone in the proceeding.  So I'm

12   going to seal this very short statement I want to make, which

13   is, I don't understand -- I have kept this case under seal for

14   years. ███████████████████████████████████████████████

15   ██████████████████████████████████████████████

16   ███████████.   We're now on the public record.  I've opened the

17   case up, ██████████████████████████████████████████████████

18   ████████████████████████.

19                So I don't know whether I need to unseal everything

20   in the case or whether there's really a legitimate basis for

21   sealing everything ████████████████████████████████████

22   ███████████████████████████████████.  ████████████████████

23   ████████████████████████████████████████████████████████████

24   ██████.

25                I guess my question is, should I just unseal the

1   whole case?

2          MR. JEFFRESS:  Can we order the transcript and then

3   get a chance to propose redactions to the Court?  Would that be

4   permissible?  If the Court doesn't want to do the --

5          MR. SALGADO:  The government was going to move to

6   unseal the proceedings at the start of the hearing.  ████████

7   ████████████████████████████████████████████████████████████

8   ████████████████████████

9          THE COURT:  ████████████████████████████████████████

10  ████████████████████████████████████████████████████████

11  ████████████████████████████████████████████████████████.

12  I want to note the fact that we are on the public record, and

13  folks should be careful about what they're saying on the public

14  record.  I'm going to now unseal, and we'll go back on the

15  public record.

16          (End of sealed portion of proceedings.)

17          MR. JEFFRESS:  They gave him a grand jury subpoena.

18  They let him go back.  The special counsel's office did not

19  make him stay here, they did not arrest him.  They seized his

20  phones and gave him a grand jury subpoena.

21          He went back to the UAE.  His lawyer at the time,

22  Steve Pelak, told him not to come back to the United States.

23  They said it's -- the political situation there is too risky.

24  You have liabilities from your past.  You just should stay over

25  here in UAE and Lebanon and never come back to the United

1    States.  That's what his lawyer, Steve Pelak, told him.

2              That's why he went to Elliott Broidy and asked for a

3    second opinion, asked for other lawyers to get a second

4    opinion.  That's how eventually he got to Latham.

5              Latham said, no, we will negotiate an immunity

6    agreement, and you will be immune for anything you say before

7    the grand jury and the special counsel's office.

8              Mr. Nader could have stayed.  He did not have to come

9    back here.  Comes back anyway and testifies four different

10   times in front of a grand jury at length on topics relevant to

11   the special counsel's office, which I think he should get

12   credit here for, certainly, under the 3553 factors.  I

13   understand the argument it doesn't fit into a 5K.

14             But he comes back, does his duty, testifies under

15   this immunity agreement here; did not have to.  He could have

16   stayed.  And that's what his lawyers told him to do, and that's

17   what his people back home told him to do, by they way.  They

18   said, if you're in danger, then you just stay here.  He goes,

19   no, I'll go back, I'll do the right thing, I'll testify in

20   front of the Mueller.

21             Once again, 100 percent truthful.  No indication that

22   he did not tell the truth about many different investigations

23   that they asked him about while he was under the grant of

24   immunity.

25             Judge, what happens is Mueller -- the grand jury

1    expires, and Mueller wraps up the investigation with no

2    charges.  There are spinoff investigations.  He refers various

3    things out to different portions of DOJ for prosecution.

4           So the new hope for, sort of, combatting corruption

5    that many people feel was going on in government was no longer

6    the Mueller investigation, but it was these spinoff

7    investigations.

8           Now, the problem for the government is they no longer

9    have Mr. Nader's cooperation.  Mr. Nader had a cooperation --

10   an immunity agreement.  They can't use that.  What they need is

11   for him to be here briefing without the benefit of an immunity

12   agreement.

13          That is a huge factor in why -- both why they decided

14   to prosecute him based on this old conduct and questionable

15   conduct, and that is why they were so readily giving us a

16   concurrent time plea offer.  Because this was very much a

17   transactional case.

18   ███████████████████████████████████████████████

19   ████████████████████████████████████████████████████

20   ████████████████████████████████████████████

21   █████████████████████████.  ████████████████████████

22   █████████████████████████████████████████

23   ██████████████████.

24          But to say that the EDVA case did not have some, at

25   least, political motive ████████████████████████████████

███████ , ████████████████████████████████ ,

I don't agree with that.

Now, the nature and circumstances offense here, I do think that -- let me just say one more thing about that.  That is a horrible precedent.  This is the one thing Latham was right about, and this is what they were sort of jumping up and down about.

They negotiate an immunity agreement, the government then takes conduct that they already know about -- okay.  So in other words, anything that Mr. Nader says -- they get him to come over here, testifies in front of the grand jury under this grant of immunity, but then when it's wrapped up and he's done everything he's supposed to, they still want to use him.

So then they go and they charge him with something they already knew about and had been closed in 2009.  That's not in the spirit of an immunity agreement.  Also, think about how that affects white collar lawyers advising people.  They say come back to the United States, you're going to testify under this grant of immunity, nothing is going to happen to you.

But if they have anything from their past the DOJ can dig up and use against them and arrest them for, then I'm telling that guy, don't come back here.  Are you crazy?  You can't trust them.  They're saying they're going to give you immunity, but there's other stuff in your past.  They could

1    charge you with any of that, and then you will be stuck here.

2          That's what happened here.  That is the one thing

3    that Latham & Watkins -- they were outraged by it, and they

4    were right.  That's not the right thing for the Department of

5    Justice to do.  Yet, that's exactly what they did to him.

6          Now, I want to talk about the nature and

7    circumstances of the offense.  Again, this was not about money,

8    not about -- and as the Court observed, actually, at the

9    outset, it's a very odd influence operation when the people

10   you're giving the money to, that presidential campaign, doesn't

11   know where money is coming from.

12         So how are you creating any kind of debt or influence

13   in that campaign or in that presidential administration if they

14   don't really know where the money came from in the beginning?

15   That's because that's not what it was about.  It was not about

16   using the money to purchase influence.  It was about trying to

17   get the person who they thought was the best potential

18   president, by far, candidate elected; much better for the

19   Middle East.

20         THE COURT:  That is equally -- not equally.  But that

21   is also disturbing to me.

22         MR. JEFFRESS:  Yes, I agree.

23         THE COURT:  That's the whole point of these rules and

24   that -- whether it's UAE or Russia, should not be dictating our

25   electoral process.  That's up to the American people.

1          MR. JEFFRESS:  Some of the best advice I've heard

2     about the Middle East is when you don't have strong

3     institutions -- and they don't -- you see everything in terms

4     of personalities.  Everything becomes about the individuals.

5          And that is very much, I think, how they look at

6     things over there.  They don't look at the institutions.  They

7     look at Hillary versus Trump, who is the best candidate.

8     That's sort of the mindset that goes into it.  It's not an

9     insidious thing to try and undermine our institutions or

10    anything like that.

11         It's like, we want her to win, so we're going to

12    support her.  She'll be the best person.  I'm not trying to

13    explain away or say he's not guilty for that reason.  I'm just

14    trying to explain, I think, the mental process.

15         It's not something where they were trying to harm the

16    United States.  It's someone who they wanted because they

17    thought she'd be better, and it's someone they thought --

18    because she'd be better for the Middle East.

19         What else did it give them?  It also gave them --

20    Mr. Nader was able to talk -- Mr. Nader was able to talk to

21    people like Huma Abedin.  He was able to talk to people like

22    that about Middle East policy.  That's informative.  That

23    helps.

24         You have channels of communication that can then be

25    used later if there's a Hillary Clinton -- you should redact

1     this stuff if you want, Your Honor.  But if that candidate had

2     won, then you can have diplomacy through these channels in ways

3     to strike in the Middle East.

4          And if this was -- and the UAE -- and the reason why

5     Mr. Nader wanted to do this so badly for the UAE -- well, the

6     UAE is his dream client -- are also good things.  The UAE is

7     the most progressive country in that region for women, for

8     peace, for all of those things.  That's why Mr. Nader was so in

9     love with them and still thinks that they're the best hope for

10    the Middle East, and the best hope for the United States'

11    progress in the Middle East.  So these are good motives.

12          You know, they did it in the completely wrong way,

13    and they did not respect the institutions, and they did not

14    respect the election laws, and everything you're saying is

15    right.  But was this an evil hatched plot to damage the United

16    States?  Absolutely not.  It was the opposite.  It was good

17    intentions that were just executed in completely the wrong way,

18    and everything Your Honor is saying about that is absolutely

19    right.

20          THE COURT:  There's a little bit of flavor, I have to

21    say, in having read through all the papers in this case of also

22    just wanting to associate with important people.

23          There's one document that's filed under seal where

24    Mr. Nader sort of name-drops Vladimir Putin and having a

25    conversation with Vladimir Putin.  There's a lot of, frankly,

1    just sort of name-dropping throughout all the papers of all

2    these important people who have said nice things about him or

3    people he knows.

4          It's kind of hard to come away from this not thinking

5    that part of this was that Mr. Nader wanted to cozy up to

6    important people and whether, for purposes of UAE or others,

7    just to be around people with big names and so you can go home

8    and say, oh, I just saw this person or -- sort of bragging

9    rights.

10          MR. JEFFRESS:  Sure.  This is a guy who grew up

11    reading about politics -- voraciously about politics and

12    everything else.  This is his dream job.  Like, this was the

13    world he wanted to live in and worked all his life to get to.

14          Another consequence of this and the EDVA prosecution

15    is that that career that he worked so hard for all those

16    decades, starting in the Middle East, all the work he did with

17    journalists and getting hostages released and everything like

18    that, that career is over.  He worked all his life for that,

19    and this prosecution has ended it.  That's yet another

20    consequence of this case and another form of punishment for

21    Mr. Nader.

22          Your Honor, also on the nature of the circumstances

23    of the offense, the probation report is absolutely correct that

24    this was not a sophisticated scheme and that Mr. Nader did

25    not -- the government seemed to back off from it, but that

1    Mr. Nader played an average role in the conspiracy.

2         You know, on paragraph 108, Ms. Willett said, "While

3    he communicated with Khawaja in coded language in an attempt to

4    conceal their wrongdoings, their communications were not

5    particularly sophisticated.  The conspiracy did involve the

6    funneling of money through Defendant Nader and to Allied

7    Wallet, but he did not -- Mr. Nader did not have a managerial

8    role over any of the other conspirators."

9         THE COURT:  That's because there were two

10   conspiracies here, as you point out.  He played a very

11   prominent role in the first conspiracy and not in the second.

12   The second one is the one where the other people were, who were

13   subject to management.

14        MR. JEFFRESS:  He was the money guy.  He was the one

15   that got the money.

16        THE COURT:  Right.

17        MR. JEFFRESS:  But it was not sophisticated.  They

18   left -- did not delete any of their communications.  The

19   government has them all.

20        THE COURT:  They did come up with a sham transaction

21   which was not unsophisticated.  Maybe it's not a super high

22   sophisticated, but it's not unsophisticated.  They came up with

23   a sham transaction.

24        MR. JEFFRESS:  Rudy Dekermenjian came up with a sham

25   invoice, that's right.  And that's it.  This is not a

1    particularly sophisticated influence -- especially considering

2    what you see elsewhere.

3           So going back to the price that Mr. Nader has paid.

4    He has been in jail every day for -- since June 3rd of 2019 in

5    facilities that are not made for detention beyond 12 months, at

6    the very maximum.  He has visibly aged much more than four

7    years would reflect.  He has dealt with all of the things that

8    I talked about before.

9    ███████████████████████████████████████████████████

10   ███████████████████████████████████████████

11   ████████████████████████████████████████████████

12   ████████████████████████████████████████.  Because he's

13   sitting there in his jail garb and with restraints on ████

14   ██████████████████████████████████████████████████

15   ████████████████████████████████████████.

16   ████████████████████████████████████████████

17   ███.  And, of course, that's very hard.  That's an extreme

18   punishment on its own.  The emotional, physical, and mental

19   experience of the last four years in jail cannot be overstated

20   and is a fully proper factor for the Court to consider under

21   the 3553 factors.

22           Judge, I know you said you've heard enough about the

23   conflict, but I'm going to say one more thing.  There was a

24   Sixth Amendment violation here.  To undo the taint of that

25   violation, I think the best thing is to look at what Judge

1    Brinkema said and say, what would she have done on that?  I

2    know you think there's room for disagreement on that.

3                But I think on the whole, it strongly supports that

4    she thought 60 months was sufficient ██████████████

5    ███████████████████████████████████████████████

6    ████████████████.  That would have been what the government's

7    recommendation would have been to her.

8                THE COURT:  The government's recommendation was still

9    more --

10               MR. JEFFRESS:  60 months concurrent.

11               THE COURT:  No.  The government did not recommend

12   that to Judge Brinkema.  Judge Brinkema disagreed with the

13   government with respect to ████████████████.

14               MR. JEFFRESS:  If -- if -- when they sent over those

15   informations with the EDVA caption on that, if Mr. Nader had

16   said yes, they had filed those over in the EDVA case over there

17   and Judge Brinkema had had the ten years with five years

18   concurrent and then had decided how much to cut, I think her

19   transcript and what she said still cuts that it would have been

20   five years.  He would have been home six months ago -- he would

21   have been home in March of 2023, so he would have been home --

22   it will be six months as of September, so right now it would be

23   four months ago.

24               I think the fundamental fairness and the Sixth

25   Amendment dictate that you don't blame the defendant for what

SEALED PROCEEDINGS

1    his -- ███████████████████████████████.  That's

2    what's happening here.  He's lost that opportunity because of

3    their conflict, and so now --

4            THE COURT:  You're assuming that judges are puppets

5    and that they just do what the lawyers tell them to do.  That's

6    just not the way it works.  I think you way overread into what

7    Judge Brinkema said and you overread into what I think about

8    this.

9            I'm delighted to hear the arguments from the parties,

10   but I decide what the right thing to do is in the end, and so

11   would Judge Brinkema.

12           MR. JEFFRESS:  I know.  Look, all we can do is

13   speculate because it's a counterfactual.  If she had been

14   there -- if the government had been saying, yeah, give him the

15   concurrent time, probation had been saying, yeah, give him the

16   concurrent time -- which they did here -- I think it would be

17   just as I said.  I think he would have -- ███████████

18   ████████████████████, given his age, given the harshness

19   of his time in jail, which has now been much longer than Judge

20   Brinkema had -- it's been over four years at these jails --

21   that is enough.  And that it would be time -- in her mind, that

22   would be enough.

23           Remember, if that had happened also, he wouldn't have

24   spent the last three years in these jails.  He would have spent

25   these last years in BOP under much more humane conditions --

1     under humane conditions.  That is another thing that is lost.

2     That's another form of punishment that's already been visited

3     on him.

4            I know Mr. Nader also wants to address the Court.  I

5     don't know if the Court has any questions for me.

6            THE COURT:  I'd be very happy to hear from him.

7            THE DEFENDANT:  Your Honor, I'm going to be brief.

8     There is -- I mean, the past four years have been the hardest

9     in my life.  I've always been a person who depends on my family

10    and close friend and making contribution -- making peace and

11    promoting, understanding, and diffusing tension from my early

12    years.

13           And this have been a tremendous challenge in my life,

14    and I have seen none of my family members and been deprived of

15    my person -- my contributions for the past four-plus years.

16    There is no words that -- there is now what I know in

17    retrospect, four years later.

18           In relation to how this part has been, the country

19    that I love the most, which is the United States, and I

20    believed in, the country what I was called for by the Mueller

21    report and by the -- when my friends back home soon after the

22    publicity and after my personal lawyer, a very good, solid

23    lawyer at that time, flew in and telling me, listen, you are a

24    target.  You are going to get in trouble no matter what

25    happens.  This is the country, it's traumatized, in turmoil.

1    This investigation is going to go like you never believe it.

2    And however -- and can you stay here, can you go to -- I fire

3    him.

4         I decided immediately to get somebody.

5    Unfortunately, I ended up with much worse in regard not to have

6    had the ███████ who had promised me, no, you come, and I

7    believed them.  Because I felt my duty to come to and

8    investigate -- to Mueller.

9         And as you -- as my lawyer will tell you, I was

10   credited -- mentioned hundred times, and each time -- you know,

11   they stop me first in New York, then they stopped me and took

12   the phones, the same phones.  And they went and they ask, do

13   you have on those phone any -- any, you know, background,

14   anything that could be controversial?  I said no.  Look.  I

15   didn't even bother to change the phone, to get rid of them

16   because I really didn't believe I had -- take an interest in

17   pursuing that stuff, not far enough.

18        But the point I want to make, and I won't make it too

19   long, that it really took me that time.  The hardest part is --

20   I ended up, unfortunately, was the wrong people and doing the

21   wrong thing.  While I was thinking I was doing my country a

22   favor, U.S., by helping that part of the region and seeking the

23   funds and seeking the support to help a great then-potential

24   president -- leader, et cetera.

25        This turn out -- the conduct, how I went about it,

1   totally wrong.  And I can't express to you enough what I now

2   know and appreciate how much damage I have done.  I cannot say

3   it enough.  And I mean it.

4         Because no matter what, I can be again, whether in a

5   year, whether two, whether tomorrow, to contribute, to be the

6   help to this U.S. with all this publicity, all this -- █████

7   ████████████████████████████████████████████████████████████

8   ████████████████████████████████████████████████████

9   ███████████, as my lawyer has made it very clear, and I was

10  working through various administration, from Bush to Clinton to

11  others.  Never mind -- [indiscernible].

12        I can't undo what happened.  The damage with the

13  people I have were terrible choices I made, being Andy or

14  Broidy.  When he made to me, clarified what I need to know, at

15  ████████████████████████████████████████████████████████████

16  ████████████████████████████████.  They never informed me about

17  what -- they kept focusing on the pornography stuff and kept

18  telling me that, because it was mentioned in the Mueller

19  report.  ██████████████████████████████████████████.  ████████

20  ████████████████████████████████████████████████.  Nothing

21  that can come to hunt you and prosecute you for, whatever.

22           ██████████████████████████████████████████████

23  ████████████████████████████████████████████████████

24  █████████████████████████████████████████████████████████████.

25  It turn out to be a nightmare, sir -- Your Honor.

1          And I had to live -- he mentioned the first three

2     years and now in a year, where even now in the new place,

3     you're not sleeping but couple hours, people are going crazy

4     day and night and day.  I mean, the condition I've been in has

5     been torturous beyond description, beyond belief.

6          Your Honor, I don't want to -- I can't thank you

7     enough for all the hard work you have put into this case and

8     for all -- I mean, what I have seen firsthand, how seriously

9     you've taken this issue.  I hope -- I hope you can come to

10    understand and to appreciate how sorrow and how -- because that

11    prosecutor, how easy for him to -- and he's never been -- ███

12    ████████████████████████████████████████████████████████████

13    ███████████████████████████████████████████████████████████

14    ████████████████████████.  And then this guy come and say no,

15    nothing happened, nothing about this, nothing about that.  And

16    I thank you for taking notice of that.

17          But I apologize, Your Honor.  I really, really

18    apologize.  That is -- for what I have done in relation to harm

19    that -- you know, the laws and the foundation.  I'm giving my

20    life for this country over -- I would hope I still have that

21    chance, to continue to be a decent, honorable, true citizen to

22    the American democracy and American principle, worldwide,

23    especially in the Middle East, which two of our -- in the

24    region.

25          Sir, I want to know -- Your Honor, you mentioned

1    both, and I swear to God, actually I had -- I was arguing, and

2    I told Mueller that -- the whole story, and they believe it.  I

3    was arguing with Mueller when I met him that the media of

4    Russia was all flirting Trump, Trump, Trump.  I said, you

5    mistaken.  Hillary is going to be the next one.  Everybody, we

6    really believed during that time.

7         I mean, even at night when I -- of the election, I

8    was with handful of people; we were at -- preparing the

9    celebration for -- in a compound in New York that Hillary -- I

10   was devastated.  But I argued with Putin.  Whatever wishful

11   thinking, he said -- I told that to Mueller.  You are wrong.

12        By the way, he speak good English, contrary to some

13   people.  Trump is going to be the next President.  And I came

14   and I told a lot of people, and I said, you're going to need me

15   because I will know how to fix you on relationship.  That was a

16   wishful thinking, because Hillary is going to be the person.

17   That was when -- in August of 2016.  I totally believe in -- I

18   truly believe I am -- the last thing, Your Honor, I want to

19   say, I was never, like, felt -- maybe that's a little bit

20   strange that I'm working on behalf of UAE to the -- I always

21   felt this is a service to America and the UAE.

22        You have no idea, even with the new leader in Saudi

23   Arabia, how much progress we made.  At the beginning, they made

24   a lot of question about that.  It's always how to get the

25   relation, the principle, the strategic relation is United

1    States and the Middle East.  Not China, not Russia, not India,

2    not anything.

3            And now more than ever, Your Honor, the countries are

4    drifting.  We are in real, real trouble there.  And I feel my

5    heart is torn to pieces.  But this is not an issue of -- I

6    mean, issue of concern right now.

7            I just want you to have a feel of where I come from

8    and how sorry -- I think about the awful mistake I've made and

9    not for you to have a concern whatsoever that could possibly be

10   repeated and under any circumstances whatsoever, Your Honor.

11           And thank you very much for your patience, for your

12   time, sir.

13           THE COURT:  Thank you.  Anything else, Mr. Jeffress?

14           MR. JEFFRESS:  No, Your Honor.

15           THE COURT:  All right.  Mr. Salgado?  Anything else

16   you want to add, Mr. Salgado?

17           MR. SALGADO:  Judge, I just want to reiterate the

18   government's concerns regarding specific deterrence.  I believe

19   in the last half hour or so the Court has heard statements

20   about the defendant's continued access to foreign governments,

21   and given his inability to fully accept the gravity of his

22   conduct, the government is concerned about his likelihood for

23   recidivism.

24           As far as sentencing disparities, Your Honor, there

25   were some cases cited in the defendant's brief.  We note that,

1    of course, none of those cases involved millions and millions

2    of dollars, none of those cases involved millions and millions

3    of foreign dollars, foreign money.  Most of those cases got

4    real time; at least Michael Cohen got three years or something

5    like that.  And none of those individuals, Your Honor, involved

6    sexual abusers of minors.

7          This is a unique situation, Your Honor; the largest

8    conduit contribution involving foreign money ever charged.  The

9    government would urge the Court to send the correct message to

10   potential offenders in the future.

11         THE COURT:  All right.  Thank you.  Give me just a

12   couple of minutes.  I just want to give this a little thought,

13   and I'll come out and impose sentence.

14         (Recess taken.)

15         THE COURT:  I have assessed the particular facts of

16   this case in light of the relevant 3553(a) factors, including

17   the guidelines, and I want to provide some remarks for the

18   record for Mr. Nader and, more generally, with respect to my

19   consideration of the relevant factors.

20         Let me start out with the nature of the offense.  As

21   a judge who has been sitting here listening and having all

22   these January 6th cases in front of me and in front of this

23   Court, it's hard not to draw some parallels because the cases

24   are all ones that are assaults on democracy in some respect and

25   our democratic institutions.  And, obviously, they're very

1    different in nature.

2          But respecting and complying with the campaign

3    finance laws is not just a matter of technical compliance with

4    some regulatory world.  It's about protecting our democratic

5    institutions and the democratic process.  And if we allow

6    foreign nations -- whether they be friendly or unfriendly -- to

7    influence our elections, we are in serious trouble in this

8    country.  We know there are plenty of foreign countries out

9    there who would like to influence our electoral process.

10          I agree with Mr. Salgado that general deterrence is

11    an important aspect of this and that it's very hard to catch

12    people when they do this.  When they're making conduit

13    contributions, all the FEC knows and all the justice department

14    knows is that some individual made a campaign contribution of

15    $2,000, and they don't know who gave them the money to do that,

16    and they don't know whether it's a foreign state or not.  And

17    so it's very hard to police these laws, and these laws are

18    incredibly important.  So it is important in sentencing, I

19    think, to send a strong message.

20          With respect to the characteristics of the offender,

21    quite frankly, I'm not sure I ever recall a case in which I

22    have seen someone who represents such extreme poles with

23    respect to the character of the offender.  On the one hand,

24    it's hard to imagine anything that is as troubling as, not just

25    once, but apparently repeatedly, sexually assaulting

1    14-year-old boys.  And I know that we're not talking about a

2    circumstance in which there was physical rape in the sense that

3    somebody was physically forced, but when you're dealing with a

4    14-year-old, it's not much different.

5          They're not someone who -- they're not at the age at

6    which they can consent, and they will be marred for life by

7    that type of conduct, which is horrific, to my mind.  And some

8    of the sexual images at issue here, although they were

9    characterized by the defense as bad attempts at humor, were

10   ones that undoubtedly deeply marred the children who were

11   involved in those images.

12         So that's one side of the spectrum.  On the other

13   side of the spectrum, we have somebody who is a -- not just a

14   promoter of international peace, but somebody who has devoted

15   his life to international peace, somebody who has helped obtain

16   the release of hostages and has made the world a better place.

17         And all I can think of with respect to this where

18   such entirely different pictures of a human being are not just

19   presented to the Court but are apparently part of this human

20   being who is here, is to think in some sense that those -- for

21   purposes of my sentencing -- largely cancel each other out and

22   that I have both extremely good and commendable behavior and

23   extremely despicable behavior.

24         I'm more concerned with respect to the proper

25   sentence to impose here with other characteristics of the

1    offender.  I am deeply concerned by Mr. Nader's health.  I'm

2    concerned that he has severe heart disease, that he's had

3    quadruple bypass surgery, hypertension, diabetes.  He

4    apparently had a stroke.  He's 64 years old.  He has been

5    living in very difficult circumstances for the past four years.

6           And I think that I do have to take into consideration

7    and will take into consideration the health risk that Mr. Nader

8    faces.  It both makes his incarceration more difficult, but it

9    also means that he's at risk during any period of

10   incarceration.

11          I've also considered, with respect to mitigation, the

12   remorse that Mr. Nader has shown and showed today.  The fact

13   that he was assaulted in prison twice, the fact that he was,

14   essentially, in solitary confinement for 30 months; the

15   conditions in the jail, particularly during times of COVID, but

16   more generally, and the additional toll of that lengthy period

17   of time in jail has taken on Mr. Nader.

18          And I think that I need to and I will consider all of

19   those mitigating factors in determining the proper sentence to

20   impose.  With respect to the types of sentences available, the

21   Court could impose a sentence of up to 60 months in prison,

22   which is what the probation office has recommended.  It's what

23   the government has recommended.  The defense seeks time served

24   at this point.

25          The big debate is about whether the Court should

1    impose a concurrent or a consecutive sentence, which is a

2    little bit of a misnomer at this point in the process because

3    Mr. Nader is almost done serving his original sentence.  If I

4    imposed a concurrent sentence, it would only mean he got,

5    essentially, two months of credit for it being concurrent.

6              And for that reason, I think the better way for me to

7    think about it is just whether there should be some downward

8    variance in light of the fact that Mr. Nader has just served a

9    lengthy term of incarceration, to recognize the possibility

10   that Judge Brinkema may have considered or may have believed

11   that this Court would impose a concurrent sentence.  I'm not

12   convinced by the defense's argument that that's what she did

13   think, but I recognize that there's at least a question about

14   that.

15             There also is the entire question with respect to

16   ██████████████  and the representation that Mr. Nader had at

17   the time, whether it was conflicted, whether it affected him

18   here, and whether, had it not been for that conflicted

19   sentence, you-all would have been sentenced in front of Judge

20   Brinkema, who might conceivably have imposed in the end just a

21   five-year sentence for everything.  I'm not convinced that that

22   is, in fact, what Judge Brinkema would have done.  I don't

23   think we know what she would have done, but she didn't face

24   that circumstance.

25             It's hypothetical, and I suspect that, had it been

SEALED PROCEEDINGS

1 clear at that time that -- ████████████████████████

2 that whatever I did was going to necessarily be concurrent, I

3 assume the government would have argued that to Judge Brinkema

4 and argued that she should have imposed a higher sentence to

5 take into consideration the conduct at issue here.

6    But at the end, it is a counterfactual, I think, as

7 Mr. Jeffress put it.  We don't know for sure what would happen,

8 but I do think it's fair for me to think of that at least as a

9 possibility.

10    By analogy, the Court can look to 5G1.3 of the

11 guidelines and, in particular, subsection (d), which says:  In

12 any other case involving an undischarged term of imprisonment,

13 the sentence for the instant offense may be imposed to run

14 concurrently, partially concurrently, or consecutively to the

15 prior undischarged term of imprisonment to achieve a reasonable

16 punishment for the offense.

17    And then in comment, Note 4A, the guidelines suggest

18 that the Court consider the 3584 and 3553(a) factors.  The type

19 and length of the prior undischarged sentence, the time served

20 on the undischarged sentence, and the time likely to be served

21 before release.  The fact that the prior undischarged sentence

22 may have been imposed in state court rather than in federal

23 court or at a different time before the same or different

24 federal court and any other circumstances relevant to the

25 determination of an appropriate sentence for the instant

1    offense.

2                And then 4B, it talks about the possibility of

3    imposing partially concurrent sentences.

4                And, as I said, I'm just thinking of this here purely

5    by way of analogy as whether the Court should consider the

6    sentence already imposed by Judge Brinkema as a mitigating

7    factor or as a basis for at least a partial downward variance.

8                The government has not argued to me that I should

9    impose a consecutive sentence, and the defense has argued that

10   I should do the equivalent of a concurrent sentence and simply

11   impose a term of sentence of time served here.

12               I think, quite frankly, if presented just

13   independently with the question here about whether I would

14   impose a concurrent or a consecutive sentence, that I would not

15   impose a purely concurrent sentence because the crimes at issue

16   here are so distinct from each other; there's no overlap with

17   respect to the crimes.

18               And I don't actually think that the sentence that

19   Judge Brinkema imposed after the Rule 35 hearing was in any way

20   excessive or extreme.  In fact, it was very consistent with a

21   type of sentence that one might expect for the crimes in which

22   Mr. Nader was charged in the Eastern District of Virginia.

23               And also, just considering the overall 3553(a)

24   factors, I wouldn't reach the conclusion that a purely

25   concurrent sentence is appropriate.

1        I will, however, take this into consideration in

2    considering whether to impose a variance and the extent to

3    which imposing a variance, and it will be a factor which I will

4    give some weight to in my consideration.  Let me see if I have

5    anything else I wanted to add.

6        Oh, in addition, by way of mitigation, I also note

7    that, with respect to the extreme conditions that Mr. Nader has

8    endured, that he hasn't seen his family now in many years.

9    This is a very tough sentence, figuring out the right thing to

10   do, in the same way that I indicated that Mr. Nader's personal

11   characteristics are at both ends of -- both extremes of the

12   continuum in certain respects.

13       Here I see both extremes of the continuum in that it

14   is really important to send a strong message that this type of

15   behavior cannot be tolerated, but also somebody who is in quite

16   frail health as far as the Court can determine, who is 64 years

17   of age, who has just finished or about to finish having served

18   a five-year term under harsh conditions.  And so I have to

19   strike a balance.  I start with 40 months, and I do conclude

20   that it would be appropriate to vary downward from that 40

21   months.

22       So what I'm going to do is impose a sentence which is

23   consecutive in that it will start to run, I suppose, from

24   September when Mr. Nader's term would otherwise expire -- or

25   that would expire on the EDVA charge and -- but as I indicated,

1      I will, nonetheless, take into consideration the other factors

2      that I -- I take into consideration the factors that ordinarily

3      weigh on the question of whether to impose concurrent or

4      consecutive for purposes of evaluating the proper variance to

5      adopt here.

6              Pursuant to the Sentencing Reform Act of 1984 and in

7      consideration of provisions of 18 U.S.C. Section 3553, as well

8      as the advisory sentencing guidelines, it is the judgment of

9      the Court that you, George Nader, are hereby committed to the

10     custody of the Bureau of Prisons for a term of 20 months on

11     Count 1.  You are further sentenced to serve a term of 36

12     months of supervised release as to Count 1.

13             Let me ask probation.  Given the fact that he's on

14     life supervised release, should I not impose supervised release

15     here?  Does he have life on the other?  I guess maybe I'll do

16     this, because I'm going to impose a fine.  It lets me deal with

17     the fine issue as well.

18             THE PROBATION OFFICER:  Yes, sir, Your Honor.  If you

19     don't impose supervised release, if there are any issues, you

20     won't have access.

21             THE COURT:  I'll impose a term of 36 months of

22     supervised release as to Count 1.  In addition, you are ordered

23     to pay a special assessment of $100 in accordance with

24     18 U.S.C. Section 3013.

25             While on supervision, you shall abide by the

1    following mandatory conditions, as well as all discretionary

2    conditions recommended by the probation office in Part D,

3    sentencing options of the presentence report, which are imposed

4    to establish the basic expectations for your conduct while on

5    supervision.

6         The mandatory conditions include:  You must not

7    commit another federal, state, or local crime; you must not

8    unlawfully possess a controlled substance; the mandatory drug

9    testing condition is suspended based on the Court's

10   determination that you pose a low risk of future substance

11   abuse.  You must cooperate in the collection of DNA as directed

12   by the probation officer.

13        You should comply with the following special

14   conditions:  You must provide the probation office access to

15   any requested financial information and authorize the release

16   of any financial information.  The probation office may share

17   financial information with the United States Attorney's Office.

18        You're ordered to pay a fine in the amount of

19   $100,000.  The financial obligations are immediately payable to

20   the Clerk of the Court, 333 Constitution Avenue, N.W.,

21   Washington, D.C. 2001.  Within 30 days of any change of

22   address, you shall notify the Clerk of the Court of the change

23   until such time as the financial obligation is paid in full.

24        The probation office shall release the presentence

25   investigation report to all appropriate agencies, to include

1     the United States Probation Office in the appropriate district

2     of residence and in order to execute the sentence of the Court.

3     Treatment agencies shall return the presentence report to he

4     probation office upon the defendant's completion or termination

5     from treatment.

6              What are the parties' views about whether I should

7     maintain any sealings in this case at this point?  Anything

8     that's under seal?

9              MR. JEFFRESS:  We'd ask that you would.  There's been

10    a lot of talk about his cooperation against various people who

11    are still out there.  Just the fact that he's cooperating, if

12    he's going to be in incarceration for another 20 months -- it's

13    going to be more than that; it's going to be 22 months --

14    that's a danger to him for having cooperated.

15             THE COURT:  That's fine.  I'm persuaded.  Everything

16    that's under seal will remain under seal.  If there's anything

17    else that needs to be under seal, you'll have to file a motion.

18             You can appeal your conviction to the U.S. Court of

19    Appeals for the D.C. Circuit if you believe that your guilty

20    plea was somehow unlawful or involuntary or if there's some

21    other fundamental defect in the proceedings that was not waived

22    by your guilty plea.

23             Pursuant to 18 U.S.C. Section 3742(a), you also have

24    a statutory right to appeal your sentence to the D.C. Circuit

25    under certain circumstances, including if you think the

1    sentence was imposed in violation of a law or was imposed as a

2    result of an incorrect application of the sentencing guidelines

3    or is more severe than the maximum established in the

4    guidelines range.

5         You may also appeal your sentence if you believe that

6    you received ineffective assistance of counsel at sentencing.

7    Pursuant to 28 U.S.C. Section 2255, you also have a right to

8    challenge the conviction entered or sentence imposed to the

9    extent permitted by that statute and your plea agreement.  Any

10   notice of appeal must be filed within 14 days of the entry of

11   judgment or within 14 days of the filing of a notice of appeal

12   by the government.

13        If you're unable to afford the cost for an appeal,

14   you may request permission from the Court to file an appeal

15   without cost to you.  On appeal, you may also apply for

16   court-appointed counsel.

17        Are there any objections to the sentence imposed that

18   have not already been noted for the record?  Mr. Salgado?

19        MR. SALGADO:  No, Judge.

20        THE COURT:  Mr. Jeffress?

21        MR. JEFFRESS:  No, Your Honor.

22        THE COURT:  Mr. Jeffress, do you have a request with

23   respect to any recommendations I should make to the Bureau of

24   Prisons?

25        MR. JEFFRESS:  Yes, please.  Your Honor, given

```
 1        Mr. Nader's health conditions, can we get a recommendation for

 2        FMC Butner?

 3                 THE COURT:  Any objection?

 4                 MR. JEFFRESS:  Second -- they tell us to give several

 5        options.

 6                 THE COURT:  Okay.

 7                 MR. JEFFRESS:  The second would be FCI Elkton in

 8        Ohio.  Those two, please.

 9                 THE COURT:  Okay.  I will make both of those

10        recommendations.

11                 MR. JEFFRESS:  Thank you, Your Honor.

12                 THE COURT:  Is there any recommendation,

13        Mr. Jeffress, with respect to any programming you'd like me to

14        make?

15                 MR. JEFFRESS:  Your Honor, just -- Mr. Nader -- no,

16        on programming.

17                 THE COURT:  Okay.

18                 MR. JEFFRESS:  Under the agreement that we have with

19        the United States Attorney's Office for the Eastern District of

20        Virginia and that plea agreement -- I'm not sure if it was

21        replicated here or not -- but he's allowed to, when he is done

22        here, self-deport immediately.  So I don't think that's

23        inconsistent with what Your Honor said about supervised lease.

24                 THE COURT:  Oh, fair question.  I assume he's not

25        actually giving up his U.S. citizenship, correct?
```

```
 1              MR. JEFFRESS:  No.  He's just allowed to self-deport.
 2              THE COURT:  I'll hear from probation about what to
 3    do.  I assume what would happen, if he wanted to leave the
 4    country, we just do a modification of the supervised release to
 5    allow him to leave.
 6              THE PROBATION OFFICER:  Yes, Your Honor.  I would
 7    recommend a hearing for that, keeping in mind that he now has a
 8    $100,000 fine, and we don't have jurisdiction outside of this
 9    country.
10              THE COURT:  Right.
11              THE PROBATION OFFICER:  That may come into play.
12    What would typically happen is the 36 months would be tolled,
13    and if he were ever to re-enter the country, he would be
14    required to check in and his supervision would start then.  Of
15    course, I would say have a hearing once he's released to
16    authorize that.
17              THE COURT:  Why don't we do that.  Why don't we
18    schedule a re-entry hearing.  And so I'll direct as part of the
19    judgment of the case, we will hold a re-entry hearing, and I'll
20    direct that the probation office file a report with the Court
21    within 60 days.
22              Is that the right amount of time after he's released?
23              THE PROBATION OFFICER:  Your Honor -- I will defer to
24    Your Honor and defense because I don't know what his housing
25    situation is here for 60 days.  I don't know if that's
```

1      something that would need to be addressed more quickly than 60

2      days if he doesn't have housing.

3                  THE COURT:  I'm happy to do it for 30 days.  Why

4      don't -- I'll direct that the probation office file a report

5      with the Court within 30 days, and then we'll schedule a

6      re-entry hearing after that.

7                  MR. JEFFRESS:  Thank you, Your Honor.

8                  THE COURT:  Mr. Jeffress, if, in fact, Mr. Nader

9      decides he does want to leave the country, you can let

10     probation know that and they can then include that in the

11     report and make a recommendation about how to proceed,

12     including telling us if the fine had been paid, which would

13     remove a hurdle.

14                 THE PROBATION OFFICER:  And, of course, while he's in

15     the Bureau of Prisons prior to release, BOP will be reaching

16     out to us and we'll start the process.  It may be upon release

17     he can come and see you and we can make that decision.

18                 THE COURT:  That's great.  I'm saying no later than

19     30 days, and if we can do it sooner, better.

20                 Were there other counts pending, Mr. Salgado?  Is

21     there an indictment in which you have to make a motion, or was

22     it just the information?  I can't remember.

23                 MR. SALGADO:  Judge, he was indicted in Case

24     No. 19-CR -00374, but he pled guilty to an information.

25                 THE COURT:  The question is whether the government

1     has to move to dismiss those other charges now.

2            MR. SALGADO:  So I believe that we do have to move to

3     dismiss the indictment against Mr. Nader.

4            THE COURT:  So I will then dismiss the charges

5     pending before this Court, including the charges in 19-374 --

6     374, you said?

7            MR. SALGADO:  19-CR-374.

8            THE COURT:  19-CR-374.  So I'm going to dismiss all

9     the charges pending against Mr. Nader in this court other than

10    Count 1 of the information in 20-103 to which he's pled guilty.

11           Anything else before we adjourn?

12           MR. SALGADO:  No, Your Honor.  Thank you.

13           MR. JEFFRESS:  No, Your Honor.

14           THE COURT:  Thank you all and good luck to you,

15    Mr. Nader.

16        (Which were all the proceedings had at 1:45 p.m.)

17

18

19

20

21

22

23

24

25

1                CERTIFICATE OF OFFICIAL COURT REPORTER.

2

3             I, TAMARA M. SEFRANEK, do hereby certify that the

4      above and foregoing constitutes a true and accurate transcript

5      of my stenographic notes and is a full, true and complete

6      transcript of the proceedings to the best of my ability.

7                  Dated this 26th day of July, 2023.

8

9

10                           /s/ Tamara M. Sefranek_____
                             Tamara M. Sefranek, RMR, CRR, CRC
11                           Official Court Reporter
                             Room 6714
12                           333 Constitution Avenue, N.W.
                             Washington, D.C.  20001
13

14

15

16

17

18

19

20

21

22

23

24

25

## $

**$100** [3] - 11:2, 31:12, 113:23
**$100,000** [6] - 31:11, 62:9, 62:11, 62:18, 114:19, 118:8
**$2,000** [1] - 106:15
**$25,000** [1] - 11:1
**$250,000** [2] - 10:24, 11:1

## /

**/s** [1] - 121:10

## 0

**00374** [1] - 119:24

## 1

**1** [8] - 3:2, 9:7, 16:12, 54:16, 113:11, 113:12, 113:22, 120:10
**10** [7] - 15:4, 36:18, 42:3, 52:19, 53:17, 62:3, 67:9
**10-year** [1] - 67:7
**100** [2] - 14:16, 88:21
**108** [1] - 95:2
**1099** [1] - 1:16
**10:05** [1] - 1:6
**10th** [1] - 1:13
**11:20** [1] - 52:12
**11:45** [1] - 52:12
**12** [2] - 31:10, 96:5
**1301** [1] - 1:12
**14** [6] - 8:12, 9:5, 47:22, 47:23, 116:10, 116:11
**14-year-old** [4] - 68:7, 68:12, 107:1, 107:4
**14th** [1] - 1:16
**15** [5] - 15:4, 36:18, 52:10, 67:8, 70:13
**15-year** [4] - 67:7, 67:11, 67:12, 67:13
**16** [1] - 78:22
**18** [15] - 1:6, 3:5, 5:15, 7:13, 7:17, 8:5, 10:19, 34:5, 50:9, 55:16, 76:3, 76:5, 113:7, 113:24, 115:23
**18-level** [2] - 8:14, 8:22
**19-374** [1] - 120:5
**19-CR** [1] - 119:24

**19-CR-374** [2] - 120:7, 120:8
**1984** [1] - 113:6
**1991** [1] - 9:20
**1:20-CR-103** [1] - 1:3
**1:45** [1] - 120:16
**1B1.2(d** [1] - 7:17
**1MDB** [1] - 13:10

## 2

**2** [4] - 10:8, 10:10, 16:4, 16:15
**2-level** [1] - 8:25
**2.5** [1] - 84:24
**20** [4] - 13:7, 69:1, 113:10, 115:12
**20-103** [2] - 2:2, 120:10
**2000** [4] - 9:25, 68:2, 68:8, 68:25
**20001** [2] - 1:24, 121:12
**20005** [2] - 1:13, 1:17
**2001** [1] - 114:21
**2004** [2] - 69:3, 69:5
**2009** [2] - 69:13, 90:15
**2012** [1] - 67:24
**2016** [2] - 57:14, 103:17
**2017** [1] - 41:1
**2018** [1] - 85:24
**2019** [8] - 10:3, 49:14, 49:25, 51:9, 51:10, 73:15, 73:23, 96:4
**202-354-3246** [1] - 1:25
**2020** [14] - 5:19, 13:7, 22:20, 25:6, 25:7, 25:16, 33:15, 35:2, 35:10, 49:12, 59:7, 72:18, 72:24, 75:25
**2021** [6] - 25:11, 25:14, 27:3, 33:19, 35:10
**2023** [3] - 1:6, 97:21, 121:7
**22** [1] - 115:13
**2255** [1] - 116:7
**23** [1] - 59:16
**24** [1] - 5:19
**26** [1] - 9:2
**26th** [1] - 121:7
**27** [2] - 9:19, 10:9
**28** [2] - 23:19, 116:7
**29** [1] - 11:24
**2B1.1** [1] - 8:10
**2C1.8** [1] - 9:11
**2C1.8(a** [1] - 8:9
**2J1.2** [1] - 8:12

**2X1.1(a** [1] - 8:4

## 3

**3** [5] - 9:7, 16:12, 16:14, 16:16
**3.5** [3] - 8:16, 40:22, 42:4
**30** [13] - 8:20, 9:12, 12:9, 24:4, 24:21, 24:22, 72:22, 108:14, 114:21, 119:3, 119:5, 119:19
**30116** [1] - 56:7
**30121** [1] - 56:6
**30122** [1] - 56:8
**3013** [1] - 113:24
**31** [2] - 13:4, 20:3
**32** [1] - 13:20
**33** [1] - 11:24
**333** [3] - 1:24, 114:20, 121:12
**35** [19] - 16:21, 19:1, 25:10, 25:13, 26:17, 27:4, 28:1, 33:1, 35:7, 35:10, 46:24, 47:11, 47:25, 70:21, 71:5, 80:18, 97:13, 110:1, 111:19
**3553** [5] - 6:11, 58:16, 88:12, 96:21, 113:7
**3553(a** [5] - 32:8, 34:5, 105:16, 110:18, 111:23
**3553(a)** [1] - 5:15
**3583(b)(2** [1] - 10:20
**3584** [1] - 110:18
**36** [4] - 75:7, 113:11, 113:21, 118:12
**371** [6] - 3:5, 7:14, 7:17, 8:5, 55:16, 56:4
**374** [1] - 120:6
**3742(a** [1] - 115:23
**3D1.3(a** [1] - 9:11
**3E1.1(a** [1] - 9:15
**3E1.1(b)** [1] - 9:18
**3rd** [2] - 47:5, 96:4

## 4

**4-level** [1] - 8:18
**4.9** [7] - 37:16, 38:2, 39:7, 40:22, 42:2, 42:3, 55:9
**40** [6] - 23:20, 54:3, 54:7, 62:4, 112:19, 112:20
**4A** [1] - 110:17
**4B** [1] - 111:2

## 5

**5** [1] - 36:19
**50** [9] - 14:19, 14:23, 15:2, 15:6, 15:10, 16:2, 17:21, 17:23, 23:25
**52** [1] - 56:6
**55** [2] - 56:17, 57:5
**5G1.1(a** [1] - 10:11
**5G1.3** [1] - 110:10
**5K** [2] - 21:17, 88:13
**5K1** [3] - 15:8, 30:8, 53:15
**5K1.1** [3] - 16:21, 21:19, 31:3

## 6

**6** [2] - 8:10, 13:11
**60** [13] - 10:12, 10:13, 27:9, 28:10, 31:8, 54:21, 62:5, 97:4, 97:10, 108:21, 118:21, 118:25, 119:1
**60-month** [1] - 54:1
**61** [1] - 59:12
**64** [4] - 60:21, 76:16, 108:4, 112:16
**67** [1] - 36:21
**6714** [2] - 1:23, 121:11
**6th** [1] - 105:22

## 7

**72** [1] - 37:23
**73.2** [1] - 76:19
**75** [2] - 36:20, 36:21
**78** [1] - 10:11

## 8

**8** [1] - 8:8
**800** [1] - 1:16

## 9

**9.5** [1] - 8:16
**97** [1] - 10:11

## A

**a.m** [3] - 1:6, 52:12
**abandoned** [1] - 79:16
**Abedin** [3] - 39:4, 39:8, 92:21
**abide** [1] - 113:25
**ability** [3] - 47:12, 84:20, 121:6

**able** [7] - 38:13, 45:24, 75:15, 75:16, 92:20, 92:21
**absolutely** [3] - 93:16, 93:18, 94:23
**abuse** [2] - 10:1, 114:11
**abuser** [1] - 61:23
**abusers** [1] - 105:6
**accept** [5] - 7:9, 60:17, 61:4, 61:7, 104:21
**acceptance** [5] - 9:14, 63:4, 63:11, 63:12, 63:23
**accepted** [3] - 67:7, 67:23
**accepting** [1] - 63:6
**access** [7] - 57:9, 72:12, 83:21, 84:16, 104:20, 113:20, 114:14
**accompanying** [1] - 56:24
**accomplished** [1] - 78:8
**accordance** [1] - 113:23
**account** [1] - 58:8
**accountable** [3] - 39:14, 61:22, 62:3
**accurate** [3] - 6:22, 70:17, 121:4
**accusing** [1] - 23:12
**achieve** [2] - 56:18, 110:15
**Act** [1] - 113:6
**acted** [1] - 22:7
**Action** [1] - 1:2
**activities** [4] - 20:9, 20:16, 21:2, 51:17
**activity** [1] - 10:5
**acts** [1] - 9:8
**ADC** [3] - 72:6, 72:17, 75:4
**add** [4] - 11:15, 15:21, 104:16, 112:5
**added** [1] - 55:9
**addition** [5] - 10:19, 34:14, 72:23, 112:6, 113:22
**additional** [9] - 3:12, 8:17, 9:18, 15:21, 15:24, 16:21, 17:22, 24:6, 108:16
**address** [11] - 12:2, 12:3, 32:20, 32:22, 33:25, 34:22, 37:9, 52:15, 86:22, 99:4, 114:22
**addressed** [2] - 17:13,

119:1
**addressing** [2] - 33:7, 55:2
**adds** [1] - 26:25
**adequate** [1] - 34:11
**adjacent** [4] - 64:16, 64:17, 65:10, 84:4
**adjourn** [1] - 120:11
**administered** [1] - 27:14
**administration** [2] - 91:13, 101:10
**admissions** [1] - 28:7
**admitted** [1] - 64:4
**adopt** [2] - 31:5, 113:5
**advance** [2] - 56:19, 60:12
**advantage** [2] - 83:20, 84:11
**advice** [1] - 92:1
**advise** [1] - 36:1
**advising** [2] - 35:25, 90:17
**advisor** [6] - 57:2, 57:8, 64:18, 84:5, 84:13, 84:14
**advisory** [1] - 113:8
**afar** [2] - 15:5, 17:19
**affect** [1] - 22:8
**affected** [1] - 109:17
**affects** [1] - 90:17
**affiliated** [1] - 86:11
**afford** [2] - 34:11, 116:13
**affront** [1] - 61:24
**afraid** [2] - 72:15, 72:16
**aftercare** [2] - 73:16, 73:24
**afternoon** [1] - 18:19
**age** [8] - 9:22, 71:22, 80:20, 80:23, 81:22, 98:18, 107:5, 112:17
**aged** [4] - 77:16, 77:17, 96:6
**agencies** [2] - 114:25, 115:3
**agent** [3] - 96:9, 96:10, 96:16
**Agent** [1] - 2:8
**agents** [1] - 46:9
**aggravating** [1] - 5:6
**ago** [8] - 33:22, 37:20, 66:19, 69:1, 80:16, 84:1, 97:20, 97:23
**agree** [15] - 8:4, 8:7, 8:10, 8:12, 8:14, 8:17, 8:22, 8:25, 19:18, 48:1, 51:3, 58:20, 90:2, 91:22,

106:10
**agreed** [3] - 7:15, 20:6, 22:1
**agreeing** [1] - 27:1
**agreement** [36] - 4:8, 7:15, 8:3, 11:10, 20:1, 20:5, 20:19, 21:9, 21:10, 21:14, 21:15, 21:25, 22:2, 48:10, 49:10, 49:18, 50:2, 50:4, 54:20, 55:10, 56:9, 58:12, 58:19, 58:21, 59:8, 59:24, 86:7, 88:6, 88:15, 89:10, 89:12, 90:8, 90:16, 116:9, 117:18, 117:20
**agreements** [2] - 52:1, 79:4
**agrees** [1] - 7:23
**ahead** [3] - 7:9, 52:7, 61:8
**air** [1] - 77:3
**aisle** [1] - 41:11
**allegation** [1] - 65:20
**alleged** [4] - 20:9, 20:15, 21:1, 35:15
**Allied** [2] - 12:10, 12:12, 12:13, 12:18, 19:10, 19:12, 19:15, 95:6
**allocution** [4] - 11:15, 31:2, 43:14, 58:23
**allow** [3] - 39:20, 106:5, 118:5
**allowed** [4] - 69:7, 73:11, 117:21, 118:1
**ally** [3] - 79:7, 79:9, 79:10
**almost** [4] - 23:21, 27:5, 35:8, 109:3
**Amazon** [1] - 65:4
**Amendment** [3] - 22:9, 96:24, 97:25
**AMERICA** [1] - 1:2
**America** [3] - 2:3, 77:8, 103:21
**American** [3] - 91:25, 102:22
**amount** [4] - 8:15, 52:20, 114:18, 118:22
**amounts** [5] - 83:21, 84:2, 84:6, 84:10, 85:9
**analogous** [1] - 15:18
**analogy** [2] - 110:10, 111:5
**analysis** [3] - 29:16, 34:2, 58:16

**Andy** [8] - 55:11, 56:19, 64:23, 64:25, 65:2, 101:13, 101:20, 102:14
**animal** [1] - 81:12
**animals** [2] - 79:17, 79:23
**answer** [3] - 39:15, 42:22, 46:3
**anticipate** [1] - 4:14
**anxious** [1] - 4:21
**anyway** [2] - 51:11, 88:9
**apart** [1] - 36:3
**apologies** [1] - 16:11
**apologize** [5] - 20:12, 43:13, 60:5, 102:17, 102:18
**appeal** [8] - 115:18, 115:24, 116:5, 116:10, 116:11, 116:13, 116:14, 116:15
**Appeals** [1] - 115:19
**appear** [1] - 23:22
**appearance** [1] - 77:18
**applicable** [2] - 7:16, 69:9
**application** [1] - 116:2
**apply** [8] - 5:5, 23:17, 24:3, 24:20, 24:21, 32:8, 54:19, 116:15
**appointed** [1] - 116:16
**appreciate** [3] - 63:8, 101:2, 102:10
**appreciated** [1] - 82:15
**approach** [1] - 4:4
**appropriate** [7] - 15:7, 54:3, 110:25, 111:25, 112:20, 114:25, 115:1
**April** [1] - 73:23
**Arab** [1] - 57:8
**Arabia** [5] - 21:2, 51:14, 51:23, 96:15, 103:23
**arbitration** [4] - 50:10, 50:13, 51:2, 84:23
**arguably** [1] - 49:23
**argue** [2] - 54:4, 57:24
**argued** [8] - 18:6, 18:9, 28:11, 103:10, 110:3, 110:4, 111:8, 111:9
**arguing** [3] - 71:11, 103:1, 103:3
**argument** [7] - 29:22, 61:2, 61:9, 61:10,

80:22, 88:13, 109:12
**arguments** [4] - 4:10, 31:2, 31:6, 98:9
**Arm** [1] - 46:7
**arrest** [4] - 72:11, 83:18, 87:19, 90:22
**arrested** [1] - 73:14
**articulated** [1] - 11:21
**aspect** [2] - 83:12, 106:11
**assaulted** [3] - 71:21, 72:23, 108:13
**assaulting** [1] - 106:25
**assaults** [2] - 81:11, 105:24
**assertion** [1] - 63:18
**assessed** [1] - 105:15
**assessment** [4] - 11:2, 30:5, 31:11, 113:23
**assist** [1] - 65:25
**assistance** [14] - 5:8, 7:1, 17:7, 18:2, 20:21, 21:18, 29:16, 44:9, 44:20, 52:16, 54:2, 54:9, 55:12, 116:6
**associate** [1] - 93:22
**associates** [1] - 42:15
**assume** [5] - 12:22, 31:25, 110:3, 117:24, 118:3
**assumed** [2] - 18:6, 18:10
**assuming** [1] - 98:4
**astray** [1] - 42:21
**attached** [2] - 3:17, 16:5
**attacked** [1] - 71:24
**attempt** [2] - 53:12, 95:3
**attempted** [1] - 79:3
**attempts** [2] - 81:10, 107:9
**attention** [2] - 35:12, 49:24
**attorney** [1] - 22:21
**Attorney** [1] - 13:14
**Attorney's** [3] - 46:10, 114:17, 117:19
**August** [2] - 51:10, 103:17
**AUSA** [3] - 18:24, 30:19, 30:20
**authorize** [2] - 114:15, 118:16
**available** [2] - 34:20, 108:20
**Avenue** [4] - 1:12, 1:24, 114:20, 121:12

**average** [2] - 76:18, 95:1
**avoid** [1] - 34:18
**award** [1] - 50:13
**aware** [5] - 12:2, 31:7, 31:20, 33:3, 49:13
**awful** [2] - 24:7, 104:8

## B

**background** [3] - 57:16, 60:9, 100:13
**backtracking** [1] - 21:20
**bad** [3] - 65:14, 81:10, 107:9
**badly** [5] - 47:17, 59:25, 64:19, 65:16, 93:5
**balance** [1] - 112:19
**ban** [1] - 38:6
**Bank** [1] - 13:10
**bank** [1] - 13:11
**Barrack** [1] - 47:18
**barred** [2] - 69:4, 69:9
**base** [4] - 8:4, 8:8, 8:10, 8:12
**based** [9] - 5:5, 17:25, 28:12, 28:16, 31:12, 55:4, 58:5, 89:14, 114:9
**basic** [1] - 114:4
**basis** [3] - 43:8, 86:20, 111:7
**basket** [1] - 36:22
**bearing** [1] - 53:12
**beats** [1] - 42:10
**became** [1] - 40:18
**become** [1] - 79:6
**becomes** [1] - 92:4
**BEFORE** [1] - 1:8
**beginning** [4] - 2:16, 47:4, 91:14, 103:23
**behalf** [3] - 2:11, 13:14, 103:20
**behavior** [6] - 60:10, 60:11, 81:24, 107:22, 107:23, 112:15
**behest** [1] - 56:1
**belief** [1] - 102:5
**bench** [1] - 52:11
**benchmark** [1] - 54:8
**benefit** [3] - 50:13, 53:23, 89:11
**benefits** [1] - 65:23
**Bernstein** [1] - 2:12
**best** [12] - 17:12, 30:4, 41:24, 52:23, 91:17, 92:1, 92:7, 92:12,

93:9, 93:10, 96:25,
121:6
**bestiality** [1] - 67:21
**better** [13] - 17:13,
19:24, 28:5, 28:10,
31:4, 77:20, 85:1,
91:18, 92:17, 92:18,
107:16, 109:6,
119:19
**between** [8] - 10:11,
10:22, 11:1, 32:21,
35:9, 50:3, 76:9,
77:10
**bewildering** [1] -
50:20
**beyond** [5] - 17:8,
35:17, 96:5, 102:5
**big** [9] - 28:22, 28:24,
36:4, 61:5, 80:6,
94:7, 108:25
**bit** [8] - 30:7, 48:13,
48:14, 63:17, 69:20,
93:20, 103:19, 109:2
**blame** [1] - 97:25
**block** [3] - 16:12,
16:18, 17:2
**booked** [1] - 31:21
**BOP** [8] - 23:25, 76:2,
76:6, 76:10, 77:20,
77:25, 98:25, 119:15
**BOP's** [1] - 66:18
**bother** [1] - 100:15
**bottom** [3] - 4:21,
23:20, 85:5
**bounds** [2] - 37:15,
55:7
**boys** [1] - 107:1
**bragging** [1] - 94:8
**branch** [1] - 61:21
**breached** [1] - 98:1
**break** [3] - 15:3, 52:5,
52:7
**brief** [14] - 11:21,
11:22, 11:24, 12:11,
14:2, 38:5, 50:6,
55:21, 56:17, 57:5,
60:14, 99:7, 102:12,
104:25
**briefing** [2] - 16:3,
89:11
**briefly** [2] - 33:12,
43:11
**bring** [2] - 35:12,
78:23
**brings** [2] - 59:10,
60:18
**Brinkema** [45] - 14:14,
15:22, 15:23, 16:1,
16:20, 17:17, 17:19,
17:21, 18:1, 18:6,

18:10, 18:24, 23:16,
23:17, 24:8, 24:16,
24:17, 24:25, 26:16,
27:14, 29:22, 30:4,
30:19, 35:5, 36:19,
37:4, 48:6, 53:24,
66:14, 69:7, 71:7,
80:17, 97:1, 97:12,
97:17, 98:7, 98:11,
98:20, 109:10,
109:20, 109:22,
110:3, 111:6, 111:19
**Brinkema's** [1] - 14:21
**Broidy** [31] - 13:4,
13:5, 13:8, 13:13,
13:17, 19:22, 20:20,
21:4, 27:22, 28:7,
38:19, 44:9, 44:15,
44:16, 47:2, 47:17,
49:4, 49:12, 49:18,
51:8, 51:12, 51:13,
51:17, 51:22, 51:25,
64:23, 65:15, 88:2,
101:14, 101:19
**Broidy's** [10] - 20:1,
20:5, 20:7, 20:13,
20:14, 20:16, 20:18,
20:25, 44:7, 51:25
**brother** [1] - 78:12
**brought** [4] - 14:5,
67:25, 69:17, 82:22
**bulk** [1] - 15:18
**bunch** [1] - 83:22
**bundle** [1] - 26:19
**bundler** [2] - 38:21,
38:23
**Bureau** [4] - 75:22,
113:10, 116:23,
119:15
**Bush** [1] - 101:10
**business** [8] - 20:8,
20:13, 20:23, 51:14,
51:22, 51:23, 65:8,
65:13
**Butner** [2] - 76:10,
117:2
**buy** [3] - 38:19, 38:25,
39:1
**bypass** [3] - 73:18,
73:22, 108:3

---

# C

**calculating** [2] - 7:24,
8:4
**calculation** [2] -
58:20, 58:22
**California** [2] - 13:23,
83:13
**campaign** [19] - 32:6,

38:18, 39:3, 40:11,
40:12, 40:22, 41:10,
42:4, 56:20, 61:14,
63:9, 64:1, 65:7,
81:3, 91:10, 91:13,
106:2, 106:14
**camps** [2] - 40:4, 40:8
**cancel** [1] - 107:21
**candidate** [3] - 91:18,
92:7, 93:1
**candidates** [1] - 35:17
**cannot** [7] - 17:18,
73:3, 73:5, 96:19,
101:2, 101:24,
112:15
**caption** [1] - 97:15
**cardiac** [2] - 73:16,
73:24
**care** [7] - 29:2, 32:16,
64:10, 64:12, 74:10,
74:13, 79:23
**career** [5] - 60:12,
78:11, 78:23, 94:15,
94:18
**careful** [1] - 87:13
**carefully** [1] - 50:6
**carries** [1] - 70:8
**Case** [2] - 2:2, 119:23
**case** [113] - 2:16, 5:5,
6:5, 6:14, 6:21, 6:23,
7:1, 10:13, 11:9,
12:12, 12:19, 12:25,
13:9, 14:13, 15:5,
15:14, 15:15, 15:19,
15:25, 18:21, 19:5,
19:12, 19:15, 21:4,
21:5, 22:7, 22:9,
25:20, 25:21, 27:16,
27:19, 29:2, 30:5,
30:16, 31:20, 32:5,
32:6, 32:7, 35:1,
35:5, 37:2, 37:3,
37:4, 37:6, 37:20,
37:21, 41:20, 46:18,
47:5, 47:15, 48:16,
51:9, 51:12, 51:13,
51:15, 53:3, 53:4,
53:11, 53:15, 53:20,
53:24, 54:20, 54:21,
55:21, 59:7, 59:14,
61:11, 63:2, 63:4,
63:7, 63:14, 66:12,
66:15, 66:21, 67:25,
69:15, 70:3, 70:5,
70:6, 70:23, 75:21,
75:25, 80:5, 80:19,
81:2, 81:3, 81:4,
85:8, 85:9, 85:14,
86:13, 86:17, 86:20,
87:1, 89:17, 89:24,

93:21, 94:20, 97:5,
97:16, 102:7,
105:16, 106:21,
110:12, 115:7,
118:19
**cases** [15] - 15:14,
19:23, 22:11, 32:4,
45:13, 46:25, 53:13,
53:22, 59:15,
104:25, 105:1,
105:2, 105:3,
105:22, 105:23
**catch** [2] - 74:1,
106:11
**catches** [1] - 39:13
**category** [2] - 10:8,
10:10
**caught** [2] - 20:11,
74:2
**caused** [1] - 23:13
**causing** [3] - 8:9,
8:11, 9:4
**caveat** [1] - 40:17
**ceased** [1] - 83:25
**celebration** [1] - 103:9
**Center** [1] - 76:18
**certain** [3] - 73:12,
112:12, 115:25
**certainly** [9] - 24:1,
35:25, 36:13, 38:2,
44:16, 50:17, 80:13,
83:5, 88:12
**certainty** [3] - 81:22,
81:23, 83:7
**CERTIFICATE** [1] -
121:1
**certify** [1] - 121:3
**cetera** [1] - 100:24
**challenge** [2] - 99:13,
116:8
**chance** [6] - 14:11,
34:21, 53:5, 85:18,
87:3, 102:21
**change** [5] - 23:9,
69:7, 100:15,
114:21, 114:22
**changed** [6] - 33:24,
35:3, 69:1, 69:2,
69:5
**changes** [2] - 28:16,
41:11
**channels** [2] - 92:24,
93:2
**character** [3] - 68:5,
68:24, 106:23
**characteristics** [8] -
34:16, 59:11, 60:8,
70:2, 78:4, 106:20,
107:25, 112:11
**characterization** [1] -

17:12
**characterized** [1] -
107:9
**charge** [4] - 41:12,
90:14, 91:1, 112:25
**chargeable** [1] - 46:6
**charged** [12] - 30:15,
36:8, 37:15, 38:9,
44:9, 51:14, 55:7,
59:17, 81:15, 105:8,
111:22
**charges** [14] - 12:9,
12:16, 13:6, 13:8,
13:24, 14:5, 30:13,
81:7, 81:20, 89:2,
120:1, 120:4, 120:5,
120:9
**charging** [1] - 7:18
**check** [2] - 78:14,
118:14
**Cheng** [1] - 39:5
**child** [8] - 10:4, 15:17,
32:5, 67:18, 68:7,
68:12, 81:12, 81:17
**child's** [1] - 81:18
**children** [4] - 67:20,
81:9, 81:11, 107:10
**China** [1] - 104:1
**choice** [1] - 80:9
**choices** [1] - 101:13
**chopped** [2] - 36:18,
36:19
**circle** [1] - 64:21
**Circuit** [2] - 115:19,
115:24
**circumstance** [2] -
107:2, 109:24
**circumstances** [13] -
17:5, 31:13, 33:24,
34:15, 55:3, 67:3,
90:3, 91:7, 94:22,
104:10, 108:5,
110:24, 115:25
**cited** [3] - 37:22,
55:21, 104:25
**citizen** [1] - 102:21
**citizenship** [1] -
117:25
**civil** [1] - 13:15
**clarification** [2] -
10:14, 12:18
**clarified** [2] - 43:22,
101:14
**clarify** [2] - 14:7, 51:18
**clause** [3] - 4:9, 50:2,
50:3
**clear** [13] - 16:20,
23:3, 27:10, 27:25,
28:4, 28:8, 42:2,
49:9, 49:11, 56:23,

63:3, 101:9, 110:1
**clearly** [4] - 46:5, 46:6, 51:21, 82:24
**Clerk** [2] - 114:20, 114:22
**client** [4] - 35:25, 45:9, 47:2, 93:6
**Clinton** [12] - 38:18, 39:3, 39:16, 39:19, 40:10, 40:11, 40:15, 40:22, 42:4, 42:10, 92:25, 101:10
**close** [5] - 50:16, 62:5, 80:17, 84:14, 99:10
**closed** [5] - 67:25, 68:1, 68:3, 69:13, 90:15
**closer** [2] - 7:4, 15:14
**co** [7] - 6:12, 6:13, 6:21, 6:23, 29:9, 29:10, 55:11
**co-defendant** [1] - 55:11
**co-defendants** [6] - 6:12, 6:13, 6:21, 6:23, 29:9, 29:10
**coded** [1] - 95:3
**cognitively** [1] - 75:7
**Cohen** [1] - 105:4
**collar** [3] - 46:25, 59:21, 90:17
**colleagues** [1] - 70:11
**collection** [1] - 114:11
**COLUMBIA** [1] - 1:1
**Columbia** [2] - 17:10, 17:14
**combatting** [1] - 89:4
**combination** [1] - 80:23
**coming** [10] - 31:14, 35:23, 38:7, 38:18, 61:16, 72:3, 73:15, 73:24, 83:22, 91:11
**command** [1] - 6:11
**commendable** [1] - 107:22
**commensurate** [1] - 52:20
**comment** [1] - 110:17
**commented** [1] - 44:21
**commerce** [1] - 9:21
**commit** [3] - 7:19, 7:22, 114:7
**committed** [2] - 30:13, 113:9
**committee** [5] - 40:20, 40:23, 40:24, 41:4, 42:12
**committees** [1] - 42:5

**commodity** [1] - 42:13
**common** [3] - 9:9, 9:10, 76:16
**communicated** [1] - 95:3
**communication** [1] - 92:24
**communications** [3] - 79:11, 95:4, 95:18
**comorbid** [1] - 74:2
**company** [2] - 12:25, 65:3
**complaining** [1] - 50:20
**complete** [1] - 121:5
**completely** [2] - 93:12, 93:17
**completion** [1] - 115:4
**compliance** [1] - 106:3
**complications** [1] - 23:13
**comply** [2] - 34:7, 114:13
**complying** [1] - 106:2
**compound** [1] - 103:9
**compromising** [1] - 87:8
**computer** [1] - 82:11
**conceal** [2] - 56:20, 95:4
**conceivably** [1] - 109:20
**concern** [2] - 104:6, 104:9
**concerned** [6] - 43:5, 69:23, 104:22, 107:24, 108:1, 108:2
**concerning** [2] - 44:7, 49:7
**concerns** [2] - 75:10, 104:18
**conclude** [2] - 53:25, 112:19
**concluded** [1] - 101:8
**conclusion** [1] - 111:24
**conclusions** [1] - 14:25
**concurrent** [52] - 18:7, 18:11, 21:25, 22:4, 22:24, 23:6, 24:11, 24:13, 25:19, 26:1, 26:2, 26:11, 27:6, 27:7, 27:8, 27:13, 31:17, 31:24, 32:10, 32:13, 32:20, 32:23, 33:7, 48:11, 48:21, 66:14, 66:16, 70:12, 70:13, 70:14, 70:24,

71:12, 76:4, 85:17, 85:20, 89:16, 97:10, 97:18, 98:15, 98:16, 109:1, 109:4, 109:5, 109:11, 110:2, 111:3, 111:10, 111:14, 111:15, 111:25, 113:3
**concurrently** [5] - 26:7, 31:9, 62:25, 110:14
**condition** [3] - 74:7, 102:4, 114:9
**conditions** [11] - 74:2, 98:25, 99:1, 108:15, 112:7, 112:18, 114:1, 114:2, 114:6, 114:14, 117:1
**conduct** [18] - 20:17, 27:25, 32:4, 32:23, 33:8, 34:12, 34:19, 68:5, 69:11, 84:1, 89:14, 89:15, 90:9, 100:25, 104:22, 107:7, 110:5, 114:4
**conducted** [1] - 16:22
**conducts** [1] - 32:21
**conduit** [14] - 3:3, 7:25, 8:8, 8:13, 35:16, 37:14, 37:21, 38:8, 54:17, 55:6, 55:12, 79:8, 105:8, 106:12
**confidence** [1] - 83:8
**confinement** [13] - 66:17, 72:6, 72:18, 72:21, 72:23, 73:4, 73:8, 73:10, 75:12, 77:22, 78:1, 78:2, 108:14
**conflict** [13] - 21:24, 22:7, 22:15, 23:10, 47:13, 50:7, 50:9, 50:20, 50:21, 64:3, 66:25, 96:23, 98:3
**conflict-free** [1] - 64:3
**conflicted** [2] - 109:17, 109:18
**conflicts** [1] - 23:13
**congregate** [1] - 73:12
**Congress** [4] - 5:13, 34:5, 46:6, 69:4
**congressional** [3] - 38:5, 55:19, 55:25
**connected** [1] - 9:9
**connection** [3] - 14:4, 75:17, 77:5
**consecutive** [8] - 32:22, 33:7, 109:1, 111:9, 111:14,

112:23, 113:4
**consecutively** [2] - 62:25, 110:14
**consent** [1] - 107:6
**consequence** [2] - 94:14, 94:20
**consequences** [1] - 75:5
**consider** [18] - 3:13, 3:24, 6:11, 17:7, 18:2, 26:19, 26:21, 34:1, 34:4, 34:15, 46:23, 58:15, 58:25, 59:2, 96:20, 108:18, 110:18, 111:5
**considerably** [1] - 35:17
**consideration** [11] - 4:13, 6:1, 105:19, 108:6, 108:7, 110:5, 112:1, 112:4, 113:1, 113:2, 113:7
**considered** [4] - 2:23, 18:1, 108:11, 109:10
**considering** [5] - 5:6, 32:23, 96:1, 111:23, 112:2
**consistent** [1] - 111:20
**conspiracies** [4] - 36:8, 36:15, 36:16, 95:10
**conspiracy** [22] - 3:3, 7:19, 7:21, 7:25, 8:1, 8:7, 8:15, 8:24, 35:16, 36:4, 36:11, 40:10, 53:9, 54:16, 55:6, 57:22, 58:6, 95:1, 95:5, 95:11
**conspirators** [1] - 95:8
**conspired** [1] - 7:21
**conspiring** [1] - 72:17
**constantly** [3] - 72:15, 72:16, 79:11
**constitute** [1] - 17:23
**constitutes** [1] - 121:4
**Constitution** [3] - 1:24, 114:20, 121:12
**contact** [1] - 83:14
**contemplated** [1] - 56:8
**context** [4] - 19:19, 31:5, 63:20, 64:22
**continue** [2] - 35:6, 102:21
**continued** [2] - 52:13, 104:20
**continues** [1] - 50:7
**continuing** [1] - 60:24

**continuum** [2] - 112:12, 112:13
**contracting** [2] - 72:25, 73:2
**contrary** [6] - 4:11, 22:5, 22:9, 22:10, 60:11, 103:12
**contribute** [1] - 101:5
**contribution** [11] - 37:14, 37:21, 38:9, 41:3, 41:16, 55:6, 55:12, 99:10, 101:22, 105:8, 106:14
**contributions** [15] - 3:3, 7:25, 8:8, 8:13, 35:16, 35:17, 38:18, 41:10, 42:7, 54:17, 56:7, 56:20, 79:9, 99:15, 106:13
**Control** [1] - 76:18
**controlled** [1] - 114:8
**controlling** [1] - 4:8
**controls** [1] - 56:3
**controversial** [1] - 100:14
**conversation** [3] - 39:8, 70:18, 93:25
**convict** [1] - 83:9
**convicted** [5] - 6:14, 7:20, 9:21, 81:7, 83:24
**conviction** [8] - 7:18, 9:23, 9:25, 10:3, 75:23, 115:18, 116:8
**convince** [1] - 69:25
**convinced** [2] - 109:12, 109:21
**cooperate** [6] - 35:6, 47:8, 53:12, 59:14, 69:25, 114:11
**cooperated** [6] - 47:18, 47:21, 51:24, 64:2, 65:19, 115:14
**cooperating** [10] - 29:11, 45:9, 46:19, 46:25, 47:1, 47:6, 47:16, 83:10, 115:11
**cooperation** [76] - 2:22, 11:20, 11:23, 12:1, 12:12, 13:22, 14:12, 14:13, 14:19, 14:23, 14:24, 15:6, 15:12, 15:16, 15:18, 15:25, 17:5, 18:17, 19:11, 26:18, 26:22, 27:19, 28:11, 29:6, 29:7, 29:16, 30:18, 35:1, 35:11, 37:2, 43:12, 43:18, 43:23,

43:25, 44:5, 45:5,
45:16, 45:25, 47:4,
47:13, 47:18, 48:4,
48:7, 48:9, 48:12,
48:17, 48:23, 49:16,
49:25, 50:3, 51:7,
52:15, 52:20, 52:22,
52:24, 53:1, 53:10,
53:19, 53:23, 59:25,
64:19, 65:9, 65:16,
66:24, 86:6, 86:22,
86:23, 89:9, 89:19,
90:1, 97:5, 98:18,
115:10
**cooperations** [1] -
28:6
**cooperative** [1] - 19:1
**cooperator** [9] -
59:20, 64:15, 65:19,
65:22, 69:19, 85:22,
86:16, 86:18, 87:10
**cooperator's** [1] -
44:12
**core** [1] - 55:19
**correct** [16] - 11:20,
14:15, 14:20, 16:6,
19:8, 19:9, 19:22,
20:1, 35:14, 40:12,
40:16, 68:10, 78:19,
94:23, 105:9, 117:25
**correcting** [1] - 18:16
**corruption** [1] - 89:4
**cost** [9] - 9:17, 47:11,
47:12, 66:20, 76:5,
79:13, 116:13,
116:15
**counsel** [16] - 2:4, 2:5,
2:8, 4:10, 5:10, 5:15,
14:8, 17:10, 22:18,
22:24, 47:1, 64:3,
66:25, 80:22, 116:6,
116:16
**Counsel** [2] - 12:2,
80:22
**counsel's** [7] - 17:11,
47:13, 59:24, 85:25,
87:18, 88:7, 88:11
**count** [5] - 7:16, 7:18,
7:20, 47:23, 68:2
**Count** [6] - 3:2, 54:16,
113:11, 113:12,
113:22, 120:10
**counterclaims** [1] -
50:15
**counterfactual** [2] -
98:13, 110:6
**countries** [9] - 20:22,
45:21, 45:22, 49:7,
49:18, 50:1, 77:23,
104:3, 106:8

**country** [25] - 8:20,
20:8, 20:14, 20:15,
20:24, 21:1, 28:25,
36:13, 45:19, 45:20,
60:23, 61:18, 62:1,
79:8, 93:7, 99:18,
99:20, 99:25,
100:21, 102:20,
106:8, 118:4, 118:9,
118:13, 119:9
**counts** [2] - 56:12,
119:20
**county** [1] - 77:25
**couple** [5] - 19:9,
41:21, 74:15, 102:3,
105:12
**coupled** [1] - 38:9
**course** [13] - 33:5,
41:1, 51:12, 56:4,
56:8, 59:6, 61:20,
73:7, 96:17, 105:1,
118:15, 119:14
**court** [12] - 18:24,
33:5, 35:18, 65:24,
76:14, 86:10,
110:22, 110:23,
110:24, 116:16,
120:9
**COURT** [199] - 1:1,
2:9, 2:14, 3:16, 3:20,
3:23, 4:2, 4:5, 4:16,
4:19, 5:23, 6:2, 6:22,
6:25, 7:3, 7:8, 10:17,
10:19, 11:6, 11:8,
11:25, 12:6, 12:19,
12:22, 13:1, 14:10,
14:17, 14:21, 15:13,
16:5, 16:7, 16:9,
16:14, 16:17, 16:23,
17:1, 17:16, 18:5,
18:9, 18:14, 19:3,
24:7, 24:23, 25:4,
25:7, 25:12, 25:15,
25:21, 25:24, 26:20,
26:25, 28:3, 28:13,
28:20, 29:18, 29:21,
30:3, 30:7, 30:25,
31:22, 32:3, 32:25,
33:10, 33:13, 34:3,
35:13, 36:10, 36:23,
37:1, 37:11, 37:19,
38:1, 38:11, 38:22,
38:25, 39:6, 39:15,
40:9, 41:5, 41:17,
41:19, 41:25, 42:23,
43:5, 44:1, 49:1,
50:24, 51:1, 51:3,
52:4, 52:14, 54:14,
55:23, 57:3, 57:6,
57:11, 57:20, 58:3,

58:9, 58:13, 58:18,
58:24, 59:5, 62:8,
62:11, 62:19, 62:21,
63:1, 63:16, 63:22,
66:2, 67:5, 67:10,
67:13, 68:3, 68:7,
68:11, 68:16, 68:20,
69:22, 70:13, 70:16,
70:22, 71:1, 71:6,
71:9, 71:24, 72:2,
72:8, 72:20, 73:6,
73:18, 73:22, 74:7,
74:12, 74:16, 74:22,
75:1, 75:3, 75:5,
75:18, 75:21, 76:1,
76:21, 76:24, 77:9,
77:12, 78:17, 79:15,
79:23, 81:5, 82:2,
82:14, 83:4, 84:2,
84:6, 84:9, 84:17,
84:19, 85:1, 85:6,
85:12, 86:9, 87:9,
91:20, 91:23, 93:20,
95:9, 95:16, 95:20,
97:8, 97:11, 98:4,
99:6, 104:13,
104:15, 105:11,
105:15, 113:21,
115:15, 116:20,
116:22, 117:3,
117:6, 117:9,
117:12, 117:17,
117:24, 118:2,
118:10, 118:17,
119:3, 119:8,
119:18, 119:25,
120:4, 120:8,
120:14, 121:1
**Court** [78] - 1:22, 1:23,
3:19, 5:12, 6:6, 6:8,
6:11, 8:6, 10:20,
11:9, 12:13, 13:5,
13:21, 14:1, 15:9,
15:23, 17:4, 17:13,
17:20, 21:16, 22:10,
22:11, 25:17, 27:22,
34:1, 34:4, 34:15,
35:9, 36:25, 39:14,
43:1, 43:2, 46:22,
49:17, 50:19, 57:24,
58:15, 58:17, 60:21,
61:6, 61:22, 61:25,
64:25, 66:9, 66:13,
73:1, 80:4, 80:11,
82:1, 83:8, 84:21,
87:3, 87:4, 91:8,
96:20, 99:4, 99:5,
104:19, 105:9,
105:23, 107:19,
108:21, 108:25,
109:11, 110:10,

110:18, 111:5,
112:16, 113:9,
114:20, 114:22,
115:2, 115:18,
116:14, 118:20,
119:5, 120:5, 121:11
**Court's** [6] - 4:13, 6:1,
35:12, 49:24, 80:13,
114:9
**court's** [1] - 18:19
**court-appointed** [1] -
116:16
**Courthouse** [1] - 1:23
**courtroom** [2] - 15:22,
86:10
**COURTROOM** [1] -
2:2
**courts** [1] - 32:17
**covered** [1] - 101:20
**COVID** [6] - 72:25,
73:2, 74:1, 74:2,
77:21, 108:15
**cozy** [1] - 94:5
**crazy** [2] - 90:23,
102:3
**CRC** [2] - 1:22, 121:10
**creating** [1] - 91:12
**creative** [1] - 42:8
**credit** [22] - 14:18,
14:19, 14:23, 15:12,
15:13, 15:15, 15:24,
16:21, 17:8, 17:24,
18:3, 21:13, 21:21,
21:22, 29:17, 30:12,
30:15, 30:20, 36:6,
54:2, 88:12, 109:5
**credited** [1] - 100:10
**credulity** [1] - 49:19
**crime** [1] - 114:7
**crimes** [8] - 15:18,
34:12, 60:18, 61:22,
81:15, 111:15,
111:17, 111:21
**criminal** [11] - 5:5, 9:9,
9:20, 9:23, 10:5,
10:6, 10:7, 10:9,
13:16, 21:5, 34:12
**Criminal** [2] - 1:2, 2:2
**criteria** [3] - 7:12,
11:4, 54:23
**critical** [2] - 44:22,
45:1
**CRM** [1] - 1:12
**CRR** [2] - 1:22, 121:10
**culpability** [7] - 56:23,
58:1, 59:10, 60:18,
61:7, 71:15, 71:16
**curious** [3] - 31:15,
31:16, 31:17
**current** [1] - 74:7

**custody** [1] - 113:10
**cut** [6] - 29:25, 30:1,
44:19, 71:5, 85:18,
97:18
**cuts** [1] - 97:19
**cynical** [1] - 50:8
**cynicism** [1] - 41:9
**Czech** [5] - 9:25, 68:9,
81:7, 83:15, 101:8

**D**

**D.C** [6] - 1:5, 16:22,
114:21, 115:19,
115:24, 121:12
**DA's** [1] - 13:23
**damage** [3] - 93:15,
101:2, 101:12
**danger** [5] - 80:25,
87:8, 87:9, 88:18,
115:14
**dangerous** [1] - 75:16
**dangers** [1] - 73:2
**data** [1] - 15:21
**date** [3] - 37:15, 38:9,
55:7
**Dated** [1] - 121:7
**dating** [1] - 27:12
**David** [4] - 2:8, 13:20,
13:22, 30:9
**days** [10] - 74:15,
114:21, 116:10,
116:11, 118:21,
118:25, 119:2,
119:3, 119:5, 119:19
**DC** [3] - 1:13, 1:17,
1:24
**deal** [10] - 22:25, 23:9,
28:22, 28:23, 28:24,
61:5, 81:22, 89:21,
89:22, 113:16
**dealing** [2] - 32:4,
107:3
**dealt** [2] - 15:18, 96:7
**debate** [1] - 108:25
**debrief** [1] - 45:21
**debriefed** [6] - 4:7,
13:6, 20:17, 30:12,
46:5, 46:8
**debriefings** [5] - 21:4,
44:13, 47:22, 47:23,
96:9
**debriefs** [3] - 16:22,
16:23, 17:8
**debt** [1] - 91:12
**decades** [1] - 94:16
**December** [1] - 75:25
**decent** [1] - 102:21
**decide** [1] - 98:10
**decided** [5] - 32:2,

71:7, 89:13, 97:18,
100:4
**decides** [1] - 119:9
**deciding** [2] - 19:24,
32:9
**decision** [9] - 2:19,
16:2, 24:11, 45:6,
53:4, 53:6, 53:7,
84:23, 119:17
**dedicated** [1] - 78:7
**deduction** [1] - 17:22
**deems** [1] - 36:25
**deeply** [3] - 81:17,
107:10, 108:1
**defect** [1] - 115:21
**defendant** [20] - 4:7,
7:20, 7:21, 12:24,
17:6, 34:13, 34:16,
49:15, 54:15, 55:10,
55:11, 55:16, 56:1,
59:11, 60:3, 60:9,
62:2, 62:14, 87:7,
97:25
**Defendant** [3] - 1:6,
1:15, 95:6
**DEFENDANT** [4] - 7:2,
7:7, 73:21, 99:7
**defendant's** [9] -
11:23, 20:7, 56:13,
56:17, 57:5, 61:3,
104:20, 104:25,
115:4
**defendants** [9] - 6:12,
6:13, 6:21, 6:23,
29:9, 29:10, 34:18,
35:20
**defense** [11] - 5:23,
17:11, 18:5, 18:9,
25:16, 58:4, 60:13,
107:9, 108:23,
111:9, 118:24
**defense's** [1] - 109:12
**defer** [2] - 52:21,
118:23
**defies** [1] - 49:19
**definitely** [2] - 19:12,
30:1
**definition** [2] - 20:21,
73:8
**definitions** [1] - 67:20
**definitive** [1] - 85:7
**dekermenjian** [2] -
29:9, 36:14
**Dekermenjian** [7] -
12:20, 38:19, 42:14,
44:22, 44:25, 57:14,
95:24
**Dekermenjian's** [1] -
53:6, 53:7, 56:25
**delay** [4] - 41:20,

46:24, 47:3, 47:5
**delayed** [2] - 25:17,
35:7
**delays** [1] - 47:11
**delete** [1] - 95:18
**deliberately** [1] -
60:12
**delighted** [2] - 98:9,
101:23
**democracy** [4] -
61:24, 86:2, 102:22,
105:24
**democratic** [4] -
28:21, 105:25,
106:4, 106:5
**demonstrated** [1] -
9:14
**denied** [1] - 50:14
**Dennis** [1] - 39:4
**dent** [1] - 62:15
**denying** [1] - 51:19
**depart** [1] - 54:1
**Department** [5] -
22:17, 23:24, 47:24,
61:21, 91:4
**department** [2] -
46:17, 106:13
**departure** [18] - 3:15,
5:7, 5:8, 11:9, 11:10,
11:11, 11:12, 11:14,
11:16, 19:4, 21:18,
31:5, 52:17, 54:4,
54:8, 58:5, 62:4,
70:6
**deport** [2] - 117:22,
118:1
**deprive** [1] - 65:23
**deprived** [2] - 75:13,
99:14
**DEPUTY** [1] - 2:2
**derivative** [1] - 55:12
**description** [1] - 102:5
**designate** [1] - 76:2
**designed** [1] - 48:19
**despicable** [1] -
107:23
**despite** [1] - 83:20
**detention** [1] - 96:5
**determination** [4] -
31:4, 80:14, 110:25,
114:10
**determine** [3] - 5:2,
5:4, 112:16
**determining** [1] -
108:19
**deterrence** [8] - 28:16,
34:11, 60:20, 61:11,
80:19, 81:1, 104:18,
106:10
**devastated** [1] -

103:10
**Development** [1] -
13:10
**device** [1] - 82:11
**Devon** [1] - 2:12
**devoted** [1] - 107:14
**Diab** [1] - 12:24
**diabetes** [3] - 73:14,
74:11, 108:3
**dictate** [1] - 97:25
**dictating** [1] - 91:24
**difference** [5] - 32:20,
32:23, 33:2, 37:2,
53:21
**differences** [2] - 76:8,
76:9
**different** [23] - 7:23,
14:24, 45:13, 47:24,
48:8, 49:22, 50:11,
58:24, 59:1, 66:1,
67:24, 83:11, 83:17,
88:9, 88:22, 89:3,
106:1, 107:4,
107:18, 110:23
**difficult** [4] - 72:14,
83:6, 108:5, 108:8
**diffusing** [1] - 99:11
**dig** [2] - 89:18, 90:22
**DILLON** [1] - 1:16
**diplomacy** [3] - 60:15,
60:16, 93:2
**direct** [4] - 45:5,
118:18, 118:20,
119:4
**directed** [1] - 114:11
**direction** [4] - 15:10,
17:20, 30:1, 78:11
**directly** [8] - 18:23,
19:19, 20:20, 21:5,
29:7, 41:15, 44:13
**disabled** [1] - 78:15
**disagree** [1] - 15:6
**disagreed** [1] - 97:12
**disagreement** [6] -
4:23, 4:24, 6:3,
10:14, 11:11, 97:2
**disagreements** [1] -
4:25
**discretionary** [1] -
114:1
**discussed** [4] - 2:24,
5:14, 46:1, 74:24
**discusses** [1] - 11:23
**discussing** [1] - 43:9
**Disease** [1] - 76:18
**disease** [2] - 73:13,
108:2
**dismiss** [4] - 120:1,
120:3, 120:4, 120:8
**disparities** [2] - 34:18,

104:24
**distance** [3] - 73:3,
73:4, 73:5
**distinct** [4] - 32:5,
32:20, 33:8, 111:16
**distinction** [1] - 77:10
**distressing** [1] - 81:25
**district** [1] - 115:1
**District** [11] - 12:10,
12:16, 17:9, 17:10,
17:13, 17:14, 27:14,
27:21, 31:10,
111:22, 117:19
**DISTRICT** [3] - 1:1,
1:1, 1:9
**dive** [1] - 34:24
**DNA** [1] - 114:11
**docket** [1] - 18:20
**document** [2] - 49:4,
93:23
**documents** [3] -
37:23, 44:7, 44:14
**dogs** [1] - 79:16
**DOJ** [6] - 1:12, 39:13,
47:3, 47:8, 89:3,
90:21
**DOJ-CRM** [1] - 1:12
**dollar** [2] - 8:24, 41:16
**dollars** [6] - 37:16,
40:19, 42:11, 61:13,
105:2, 105:3
**domestically** [1] -
69:12
**dominos** [1] - 29:14
**Donald** [3] - 39:19,
39:22, 42:10
**donated** [1] - 40:19
**donation** [1] - 41:3
**done** [22] - 2:18,
14:22, 21:19, 22:5,
22:12, 23:15, 28:9,
41:3, 44:14, 52:9,
65:25, 70:4, 70:5,
71:15, 90:12, 97:1,
101:2, 102:18,
109:3, 109:22,
109:23, 117:21
**donors** [1] - 44:23
**door** [1] - 4:12
**double** [4] - 15:12,
17:23, 31:21
**double-booked** [1] -
31:21
**down** [15] - 14:9, 15:4,
31:1, 33:16, 36:18,
36:19, 47:19, 47:20,
54:3, 67:11, 67:12,
67:14, 72:13, 85:18,
90:7

**downstream** [1] -
36:11
**downward** [9] - 3:14,
21:18, 54:5, 58:4,
62:3, 70:6, 109:7,
111:7, 112:20
**draft** [1] - 49:15
**drafted** [2] - 49:25,
59:8
**draw** [1] - 105:23
**drawing** [1] - 77:9
**dream** [2] - 93:6,
94:12
**drifting** [1] - 104:4
**drives** [1] - 64:11
**drop** [1] - 13:15
**dropping** [1] - 94:1
**drops** [1] - 93:24
**drug** [1] - 114:8
**due** [2] - 47:13, 60:17
**Durham** [1] - 47:20
**during** [7] - 12:11,
17:9, 19:11, 72:22,
103:6, 108:9, 108:15
**duty** [4] - 22:8, 88:14,
98:1, 100:7

**E**

**ear** [2] - 78:16, 78:17
**early** [3] - 49:13, 53:4,
99:11
**East** [17] - 56:15,
57:15, 57:18, 65:5,
65:13, 78:9, 80:7,
91:19, 92:2, 92:18,
92:22, 93:3, 93:10,
93:11, 94:16,
102:23, 104:1
**Eastern** [15] - 17:8,
20:8, 20:13, 20:15,
20:24, 21:1, 27:14,
27:21, 31:10, 45:21,
49:7, 49:18, 50:1,
111:22, 117:19
**easy** [1] - 102:11
**echelons** [1] - 61:15
**echoing** [1] - 22:25
**education** [1] - 10:1
**EDVA** [25] - 15:4, 15:5,
16:22, 16:23, 18:4,
32:14, 33:1, 33:16,
36:18, 47:23, 48:16,
59:13, 59:22, 60:4,
63:14, 66:7, 66:11,
80:2, 82:5, 85:14,
89:24, 94:14, 97:15,
97:16, 112:25
**effective** [1] - 39:6
**effort** [3] - 30:18,

56:17, 83:9
**efforts** [8] - 20:8,
20:13, 20:14, 20:23,
20:24, 20:25, 40:14,
79:2
**egregious** [1] - 61:24
**eight** [2] - 33:19, 68:1
**either** [8] - 29:25,
30:17, 32:9, 33:4,
39:23, 46:16, 86:10,
87:11
**elect** [1] - 40:18
**elected** [1] - 91:18
**election** [4] - 40:18,
61:16, 93:14, 103:7
**elections** [6] - 28:23,
35:23, 39:21, 39:23,
61:16, 106:7
**electoral** [7] - 28:25,
37:17, 55:9, 55:13,
55:18, 91:25, 106:9
**Elias** [1] - 2:8
**eligible** [1] - 66:17
**Elkton** [1] - 117:7
**Elliott** [7] - 13:4, 13:5,
19:22, 47:2, 64:23,
88:2, 102:14
**elsewhere** [1] - 96:2
**email** [3] - 22:17,
22:22
**embedded** [2] - 59:18,
82:25
**embezzled** [1] - 13:11
**emergency** [1] - 73:15
**Emirates** [1] - 57:8
**emoji** [1] - 82:10
**emojis** [1] - 82:17
**emotional** [1] - 96:18
**enacting** [2] - 38:6,
55:20
**encounters** [1] - 65:10
**end** [9] - 6:1, 16:19,
56:2, 65:11, 66:4,
77:23, 98:10,
109:20, 110:6
**End** [2] - 54:13, 87:16
**endangering** [2] -
10:1, 10:2
**ended** [5] - 19:7,
19:23, 94:19, 100:5,
100:20
**ends** [1] - 112:11
**endured** [1] - 112:8
**enemy** [1] - 74:5
**enforcement** [2] -
37:13, 55:5
**engage** [1] - 10:5
**engaged** [2] - 60:11,
64:3
**engaging** [1] - 61:23

**English** [1] - 103:12
**enhancement** [7] -
8:14, 8:18, 8:22,
8:25, 58:4, 58:7,
59:2
**enhancements** [1] -
9:3
**enrichment** [1] - 85:10
**ensure** [1] - 34:6
**enter** [3] - 18:10,
25:17, 118:13
**entered** [4] - 9:16,
24:25, 49:11, 116:8
**entire** [2] - 72:22,
109:15
**entirely** [3] - 29:21,
32:4, 107:18
**entirety** [1] - 16:19
**entitled** [3] - 9:17,
39:20, 65:23
**entities** [1] - 9:14
**entries** [5] - 3:4, 8:1,
8:11, 9:4, 54:18
**entry** [4] - 116:10,
118:18, 118:19,
119:6
**equally** [1] - 91:20
**equivalent** [1] -
111:10
**Erik** [3] - 46:3, 46:4,
64:22
**escapes** [1] - 57:18
**especially** [10] -
47:16, 64:20, 65:19,
65:24, 71:22, 76:10,
77:21, 96:1, 96:10,
102:23
**essentially** [3] - 56:16,
108:14, 109:5
**establish** [1] - 114:4
**established** [1] -
116:3
**et** [1] - 100:24
**Europe** [1] - 83:16
**evaluate** [1] - 52:23
**evaluating** [1] - 113:4
**event** [4] - 26:10, 36:5,
59:9, 78:10
**events** [1] - 39:2
**eventually** [2] - 85:19,
88:4
**evermore** [1] - 61:18
**evidence** [2] - 50:11,
70:16
**evil** [1] - 93:15
**ex** [1] - 69:8
**exact** [3] - 21:15,
23:18, 28:1
**exactly** [7] - 17:15,
43:3, 44:14, 52:2,

58:1, 69:18, 91:5
**example** [5] - 2:22,
12:9, 28:21, 43:8,
81:7
**exceptionally** [1] -
18:25
**excess** [1] - 56:7
**excessive** [1] - 111:20
**exchange** [1] - 41:16
**execute** [1] - 115:2
**executed** [1] - 93:17
**executive** [1] - 61:20
**exercise** [1] - 77:4
**exhaustive** [1] - 83:10
**exhibit** [1] - 49:5
**Exhibit** [2] - 16:4,
16:12
**exhibits** [4] - 3:9,
3:17, 16:5, 16:10
**exist** [1] - 4:25
**existed** [1] - 45:23
**expect** [1] - 111:21
**expectancy** [3] -
76:17, 76:18, 77:2
**expectation** [1] -
70:19
**expectations** [1] -
114:4
**expecting** [3] - 4:2,
4:16, 24:10
**experience** [5] - 32:3,
79:19, 80:24, 82:23,
96:19
**experienced** [1] - 24:8
**expert** [2] - 66:12,
76:7
**expiration** [1] - 66:7
**expire** [3] - 66:7,
112:24, 112:25
**expired** [2] - 26:9,
69:14
**expires** [1] - 89:1
**explain** [2] - 92:13,
92:14
**explaining** [1] - 2:19
**explicit** [1] - 9:22
**exposed** [2] - 61:12,
61:18
**exposure** [1] - 70:5
**express** [1] - 101:1
**expressed** [1] - 71:12
**expressly** [2] - 19:25,
20:16
**extensive** [1] - 28:12
**extensively** [1] - 86:23
**extent** [10] - 2:19,
4:10, 14:4, 32:9,
43:2, 43:23, 52:16,
73:12, 112:2, 116:9
**extradition** [1] - 41:17

**extraordinary** [6] -
45:17, 45:25, 48:7,
48:9, 85:22, 98:18
**extreme** [4] - 96:17,
106:22, 111:20,
112:7
**extremely** [6] - 24:8,
45:25, 48:2, 77:3,
107:22, 107:23
**extremes** [2] - 112:11,
112:13
**eye** [2] - 78:17, 78:18

**F**

**face** [4] - 72:4, 72:9,
76:12, 109:23
**faces** [1] - 108:8
**facilities** [1] - 96:5
**facing** [1] - 62:4
**fact** [29] - 7:10, 29:12,
36:2, 38:8, 38:9,
42:19, 43:6, 46:23,
48:7, 58:16, 59:16,
61:3, 61:12, 63:19,
64:11, 82:21, 86:15,
86:17, 87:12,
101:24, 108:12,
108:13, 109:8,
109:22, 110:21,
111:20, 113:13,
115:11, 119:8
**facto** [1] - 69:8
**factor** [9] - 45:5, 55:2,
60:8, 60:19, 81:22,
89:13, 96:20, 111:7,
112:3
**factored** [1] - 16:1
**factors** [16] - 5:6, 5:13,
32:9, 34:4, 34:22,
34:24, 37:10, 88:12,
96:21, 105:16,
105:19, 108:19,
110:18, 111:24,
113:1, 113:2
**facts** [12] - 4:11, 4:13,
6:4, 7:9, 49:21,
50:12, 50:22, 56:24,
59:6, 62:6, 67:3,
105:15
**factual** [7] - 4:2, 4:14,
4:24, 5:21, 5:24,
30:23, 31:12
**failed** [1] - 65:21
**failure** [1] - 28:17
**fainting** [2] - 74:14,
74:22
**fair** [13] - 5:13, 6:5,
15:20, 18:1, 24:19,
30:25, 37:9, 42:17,

59:5, 66:5, 71:1,
110:8, 117:24
**fairly** [2] - 36:5, 52:21
**fairness** [1] - 97:24
**fake** [2] - 45:2, 55:10
**fall** [1] - 49:12
**falling** [1] - 36:3
**false** [14] - 3:4, 8:1,
8:9, 8:11, 8:21, 9:4,
12:15, 13:19, 37:17,
54:17, 55:10
**familiar** [2] - 22:11,
73:1
**family** [4] - 57:8, 99:9,
99:14, 112:8
**far** [7] - 21:11, 38:17,
55:14, 91:18,
100:17, 104:24,
112:16
**FARA** [6] - 13:6,
19:23, 47:19, 51:8,
51:12, 51:13
**fashion** [1] - 5:12
**fault** [1] - 44:16
**favor** [2] - 67:9,
100:22
**FBI** [13] - 2:8, 4:7,
12:17, 45:18, 45:19,
45:20, 46:9, 67:25,
68:1, 69:12, 83:13,
96:9, 96:10
**FCI** [1] - 117:7
**FCP** [1] - 46:7
**fear** [3] - 71:21, 72:24
**FEC** [1] - 106:13
**FECA** [5] - 37:13,
38:6, 55:5, 55:20
**federal** [7] - 13:24,
14:4, 14:17, 32:17,
110:22, 110:24,
114:7
**federally** [1] - 30:14
**feet** [2] - 76:12, 76:13
**fell** [1] - 21:23
**fellow** [1] - 71:21
**felt** [4] - 76:12, 100:7,
103:19, 103:21
**few** [1] - 85:13
**field** [1] - 46:9
**fight** [1] - 65:22
**figure** [5] - 8:24,
11:16, 45:1, 53:21,
77:9
**figuring** [1] - 112:9
**file** [6] - 87:11, 115:17,
116:14, 118:20,
119:4
**filed** [10] - 3:14, 5:19,
21:17, 26:14, 26:23,
53:15, 93:23, 97:16,

116:10
**filing** [2] - 16:14, 116:11
**films** [1] - 81:16
**final** [2] - 5:12, 5:18
**finally** [1] - 23:16
**finance** [6] - 32:7, 63:9, 64:1, 65:7, 81:4, 106:3
**finances** [1] - 85:5
**financial** [5] - 114:15, 114:16, 114:17, 114:19, 114:23
**findings** [1] - 7:10
**fine** [20] - 6:16, 10:24, 11:1, 31:11, 33:13, 59:1, 62:8, 62:11, 62:13, 62:17, 62:18, 84:19, 84:22, 85:2, 113:16, 113:17, 114:18, 115:15, 118:8, 119:12
**fingers** [1] - 70:7
**finish** [1] - 112:17
**finished** [1] - 112:17
**fire** [1] - 100:2
**first** [18] - 5:1, 16:12, 18:15, 18:17, 20:22, 25:2, 26:3, 29:14, 36:3, 44:4, 48:17, 48:22, 55:2, 68:18, 69:20, 95:11, 100:11, 102:1
**firsthand** [1] - 102:8
**fit** [3] - 36:25, 67:20, 88:13
**five** [21] - 7:14, 19:7, 19:8, 26:5, 26:8, 26:9, 27:6, 27:8, 33:1, 33:20, 37:5, 39:10, 48:20, 70:15, 70:24, 71:6, 85:19, 97:17, 97:20, 109:21, 112:18
**five-year** [2] - 109:21, 112:18
**fix** [2] - 21:24, 103:15
**flavor** [1] - 93:20
**flew** [1] - 99:23
**flirting** [1] - 103:4
**Floor** [1] - 1:13
**FMC** [1] - 117:2
**focusing** [1] - 101:17
**fold** [1] - 11:16
**folded** [2] - 27:19, 97:6
**folks** [1] - 87:13
**follow** [1] - 14:21
**following** [5] - 2:1, 17:2, 86:8, 114:1,

114:13
**follows** [1] - 52:13
**foothold** [2] - 40:7, 61:15
**FOR** [1] - 1:1
**force** [2] - 79:7, 80:6
**forced** [1] - 107:3
**foregoing** [1] - 121:4
**foreign** [29] - 8:19, 9:21, 28:24, 35:16, 35:23, 38:3, 38:6, 38:7, 38:10, 39:9, 39:13, 39:20, 42:24, 55:13, 55:17, 56:1, 56:2, 56:6, 56:11, 58:8, 60:24, 61:13, 104:20, 105:3, 105:8, 106:6, 106:8, 106:16
**forgot** [1] - 62:23
**form** [2] - 94:20, 99:2
**formative** [1] - 78:10
**former** [2] - 59:3, 64:20
**forth** [7] - 5:21, 6:17, 6:19, 7:9, 25:18, 31:13, 76:14
**forthcoming** [1] - 13:24
**forthright** [1] - 47:25
**forward** [3] - 12:20, 12:23, 83:19
**forwarded** [2] - 3:18, 82:12
**fought** [1] - 31:18
**foundation** [1] - 102:19
**four** [18] - 4:20, 30:12, 58:7, 69:21, 71:18, 71:20, 77:18, 77:19, 79:19, 88:9, 96:6, 96:19, 97:23, 98:20, 99:8, 99:15, 99:17, 108:5
**four-level** [1] - 58:7
**four-plus** [1] - 99:15
**frail** [1] - 112:16
**frankly** [7] - 24:8, 50:21, 62:14, 63:16, 93:25, 106:21, 111:12
**free** [3] - 54:4, 58:15, 64:3
**fresh** [1] - 77:2
**Friedman** [2] - 37:21, 37:23
**friend** [3] - 78:20, 99:10
**friendly** [1] - 106:6
**friends** [2] - 75:17,

99:21
**frivolous** [1] - 50:16
**front** [17] - 14:13, 22:23, 25:22, 37:3, 37:4, 40:1, 49:5, 53:3, 53:24, 64:5, 69:6, 88:10, 88:20, 90:11, 105:22, 109:19
**fruit** [1] - 53:12
**full** [6] - 26:18, 30:12, 30:15, 35:8, 114:23, 121:5
**fully** [7] - 6:25, 32:9, 63:7, 64:2, 64:14, 96:20, 104:21
**fundamental** [3] - 68:23, 97:24, 115:21
**fundamentally** [2] - 41:11, 66:5
**fundraiser** [1] - 39:8
**funds** [5] - 13:12, 35:23, 38:24, 57:9, 100:23
**fungible** [1] - 40:21
**funnel** [2] - 35:16, 55:13
**funneled** [2] - 39:18, 42:4
**funneling** [2] - 42:8, 95:6
**future** [5] - 17:9, 34:12, 61:1, 105:10, 114:10

## G

**gain** [2] - 10:25, 40:7
**gaining** [1] - 61:19
**game** [1] - 21:9
**garb** [1] - 96:13
**gears** [1] - 42:11
**general** [5] - 11:15, 31:2, 32:8, 61:10, 106:10
**General** [1] - 13:15
**generally** [3] - 34:22, 105:18, 108:16
**generated** [3] - 72:11, 72:19, 83:18
**George** [6] - 2:3, 3:2, 54:15, 80:14, 80:15, 113:9
**GEORGE** [1] - 1:5
**Gilson** [1] - 2:11
**GILSON** [1] - 1:15
**given** [23] - 15:2, 15:3, 16:20, 23:22, 28:1, 29:3, 30:12, 65:24, 66:23, 67:3, 71:22,

73:4, 75:15, 80:5, 80:19, 86:21, 97:4, 98:17, 98:18, 104:21, 113:13, 116:25
**global** [1] - 80:6
**God** [1] - 103:1
**government** [76] - 2:5, 2:7, 3:8, 3:10, 3:13, 4:9, 5:9, 5:20, 6:20, 8:19, 9:13, 9:17, 15:23, 17:10, 19:4, 19:23, 20:6, 20:10, 20:12, 20:18, 21:3, 21:7, 26:23, 27:12, 27:20, 37:16, 38:3, 38:10, 40:3, 44:6, 45:10, 48:11, 50:8, 52:19, 52:23, 53:15, 54:24, 55:2, 55:3, 55:8, 55:18, 58:3, 58:8, 58:16, 59:14, 59:23, 60:24, 61:13, 63:11, 64:4, 64:6, 65:9, 65:22, 65:25, 71:11, 71:13, 79:24, 83:11, 87:5, 89:5, 89:8, 90:8, 94:25, 95:19, 97:11, 97:13, 98:14, 101:15, 104:22, 105:9, 108:23, 110:3, 111:8, 116:12, 119:25
**government's** [9] - 15:2, 16:3, 28:17, 52:22, 53:1, 53:18, 97:6, 97:8, 104:18
**governments** [3] - 39:13, 39:20, 104:20
**grand** [9] - 19:19, 39:25, 40:1, 87:17, 87:20, 88:7, 88:10, 88:25, 90:11
**grant** [9] - 11:9, 11:10, 11:12, 11:17, 31:3, 52:17, 88:23, 90:12, 90:19
**grass** [1] - 76:13
**grateful** [2] - 45:25, 102:13
**gravamen** [1] - 55:17
**gravity** [2] - 60:7, 104:21
**great** [5] - 48:4, 77:20, 81:22, 100:23, 119:18
**greater** [2] - 34:7, 41:9
**grew** [1] - 94:10
**gross** [1] - 28:3

**grounds** [1] - 58:9
**grouped** [1] - 9:7
**grouping** [1] - 9:6
**guards** [1] - 73:9
**guess** [3] - 81:5, 86:25, 113:15
**guest** [1] - 40:25
**guideline** [2] - 9:11, 10:13
**guidelines** [24] - 5:4, 7:15, 7:16, 7:18, 7:24, 8:6, 10:10, 10:12, 10:21, 10:25, 15:7, 34:14, 34:17, 54:8, 54:19, 54:20, 58:20, 58:22, 105:17, 110:11, 110:17, 113:8, 116:2, 116:4
**guilty** [23] - 3:2, 13:7, 13:8, 13:18, 34:19, 35:20, 35:24, 36:2, 37:6, 46:6, 53:4, 53:6, 53:7, 53:9, 54:16, 55:16, 64:2, 67:15, 92:13, 115:19, 115:22, 119:24, 120:10
**guise** [2] - 37:17, 55:9
**guy** [15] - 29:10, 29:12, 39:7, 45:7, 46:11, 65:6, 72:11, 72:12, 83:13, 84:15, 90:23, 94:10, 95:14, 102:14
**guys** [4] - 22:18, 22:22, 23:9, 63:25

## H

**haircut** [1] - 15:11
**half** [4] - 25:9, 27:2, 27:5, 104:19
**halfway** [1] - 23:21
**hand** [3] - 53:18, 78:15, 106:23
**handful** [2] - 59:18, 103:8
**handle** [2] - 52:5, 52:8
**happy** [5] - 11:13, 30:3, 54:22, 99:6, 119:3
**hard** [15] - 31:18, 65:22, 81:16, 82:18, 94:4, 94:15, 96:10, 96:11, 96:17, 102:7, 105:23, 106:11, 106:17, 106:24
**hard-fought** [1] - 31:18

**hardest** [2] - 99:8, 100:19
**harm** [2] - 92:15, 102:18
**harsh** [1] - 112:18
**harshness** [1] - 98:18
**hatched** [1] - 93:15
**Hawaii** [1] - 19:24
**head** [2] - 37:6, 53:15
**health** [7] - 43:19, 44:2, 80:23, 108:1, 108:7, 112:16, 117:1
**hear** [10] - 5:9, 5:10, 5:11, 11:13, 44:1, 51:4, 54:22, 98:9, 99:6, 118:2
**heard** [9] - 5:10, 45:19, 49:8, 51:3, 70:16, 76:17, 92:1, 96:22, 104:19
**hearing** [14] - 4:2, 4:17, 25:13, 27:4, 31:6, 80:18, 87:6, 110:1, 111:19, 118:7, 118:15, 118:18, 118:19, 119:6
**heart** [5] - 38:5, 73:13, 73:16, 104:5, 108:2
**heck** [1] - 36:12
**HELD** [1] - 1:8
**held** [2] - 65:20, 75:18
**help** [3] - 56:18, 100:23, 101:6
**helped** [3] - 78:25, 79:2, 107:15
**helpful** [4] - 33:10, 35:17, 48:2, 53:2
**helping** [3] - 28:24, 78:8, 100:22
**helps** [1] - 92:23
**hereby** [2] - 113:9, 121:3
**high** [4] - 29:2, 42:13, 80:3, 95:21
**higher** [1] - 110:4
**highest** [2] - 9:12, 61:15
**highlight** [1] - 43:1
**highlighted** [2] - 33:21, 60:2
**hill** [1] - 29:9
**Hillary** [11] - 38:17, 39:16, 39:18, 40:14, 40:22, 42:10, 92:7, 92:25, 103:5, 103:9, 103:16
**himself** [2] - 40:25, 42:18
**history** [13] - 5:6, 9:20,

9:23, 10:6, 10:8, 10:10, 34:16, 37:13, 50:23, 55:4, 55:5, 78:4, 78:6
**hold** [3] - 62:2, 75:24, 118:19
**holding** [1] - 61:22
**holds** [1] - 39:14
**hole** [2] - 89:18, 89:19
**home** [13] - 56:19, 66:6, 66:16, 66:17, 78:9, 79:17, 88:17, 89:19, 94:7, 97:20, 97:21, 99:21
**honestly** [1] - 32:12
**honor** [1] - 23:7
**Honor** [129] - 2:6, 2:10, 3:25, 4:1, 4:15, 4:18, 5:22, 5:25, 6:9, 6:24, 7:2, 7:7, 10:16, 10:18, 11:5, 11:7, 11:19, 12:7, 13:3, 14:8, 14:15, 14:20, 15:1, 15:3, 15:20, 16:11, 16:13, 17:3, 17:15, 18:1, 18:2, 18:8, 18:13, 18:15, 18:19, 23:16, 25:6, 25:10, 26:15, 26:17, 26:19, 26:21, 27:16, 28:14, 30:6, 30:10, 31:19, 34:23, 36:24, 37:9, 37:24, 38:4, 38:20, 39:9, 40:16, 41:18, 42:22, 42:24, 44:4, 47:22, 49:3, 49:11, 49:13, 49:20, 50:5, 50:10, 50:12, 50:17, 50:22, 51:2, 51:6, 55:1, 55:15, 55:19, 56:10, 56:13, 57:7, 59:4, 60:6, 60:19, 61:6, 61:9, 61:20, 62:2, 62:6, 62:13, 62:17, 62:20, 63:3, 64:14, 68:10, 74:9, 74:25, 76:7, 78:3, 78:4, 78:18, 78:19, 84:21, 85:14, 85:16, 93:1, 93:18, 94:22, 99:7, 101:25, 102:6, 102:17, 102:25, 103:18, 104:3, 104:10, 104:14, 104:24, 105:5, 105:7, 113:18, 116:21, 116:25, 117:11, 117:15, 117:23, 118:6, 118:23,

118:24, 119:7, 120:12, 120:13
**Honor's** [3] - 30:1, 44:21, 82:20
**honorable** [1] - 102:21
**HONORABLE** [1] - 1:8
**hope** [7] - 83:5, 89:4, 93:9, 93:10, 102:9, 102:20
**hoped** [1] - 56:18
**hopeful** [1] - 86:2
**hoping** [2] - 22:13, 49:3
**horrendous** [1] - 68:5
**horrible** [1] - 90:5
**horrific** [2] - 81:11, 107:7
**Hospital** [1] - 73:17
**hostages** [3] - 79:1, 94:17, 107:16
**hottest** [1] - 42:13
**hour** [1] - 104:19
**hours** [4] - 37:24, 73:10, 73:11, 102:3
**housing** [2] - 118:24, 119:2
**huge** [1] - 89:13
**Huma** [3] - 39:4, 39:8, 92:21
**human** [4] - 75:17, 77:4, 107:18, 107:19
**humane** [2] - 98:25, 99:1
**humor** [2] - 81:10, 107:9
**hundred** [1] - 100:10
**hunt** [2] - 60:4, 101:21
**hurdle** [1] - 119:13
**hustle** [1] - 57:24
**hypertension** [3] - 73:13, 74:16, 108:3
**hypothetical** [1] - 109:25
**hypothetically** [2] - 26:5, 26:6

## I

**idea** [4] - 45:2, 71:4, 85:21, 103:22
**ideal** [1] - 25:24
**identical** [1] - 14:12
**identified** [1] - 58:14
**illegal** [4] - 8:18, 41:10, 64:22, 82:23
**images** [13] - 59:18, 67:18, 81:9, 81:14, 81:15, 82:1, 82:5, 82:7, 82:15, 82:16, 83:2, 107:8, 107:11

**imagine** [2] - 81:17, 106:24
**immediately** [4] - 47:7, 100:4, 114:19, 117:22
**imminent** [2] - 46:12, 46:13
**immune** [1] - 88:6
**immunity** [13] - 59:23, 86:7, 88:5, 88:15, 88:24, 89:10, 89:11, 90:8, 90:12, 90:16, 90:19, 90:25, 101:20
**importance** [1] - 43:16
**important** [16] - 4:22, 38:4, 40:17, 66:9, 71:14, 79:7, 79:10, 79:12, 80:7, 93:22, 94:2, 94:6, 106:11, 106:18, 112:14
**importantly** [2] - 43:3, 49:11
**impose** [26] - 2:17, 5:16, 10:20, 18:7, 26:5, 27:1, 27:4, 34:6, 62:19, 105:13, 107:25, 108:20, 108:21, 109:1, 109:11, 111:9, 111:11, 111:14, 111:15, 112:2, 112:22, 113:3, 113:14, 113:16, 113:19, 113:21
**imposed** [22] - 25:16, 25:25, 26:1, 26:3, 26:4, 26:10, 27:6, 34:9, 34:17, 109:4, 109:20, 110:4, 110:13, 110:22, 111:6, 111:19, 114:3, 116:1, 116:8, 116:17
**imposing** [5] - 2:23, 24:10, 24:12, 111:3, 112:3
**imprisonment** [5] - 7:14, 31:9, 31:10, 110:12, 110:15
**IN** [1] - 1:1
**in-person** [1] - 83:14
**inability** [2] - 60:6, 104:21
**inaugural** [4] - 40:19, 40:24, 41:4, 42:12
**inauguration** [2] - 41:1, 42:18
**inbox** [1] - 83:1
**incarcerated** [3] - 74:10, 79:6, 79:14

**incarceration** [6] - 62:17, 73:2, 108:8, 108:10, 109:9, 115:12
**inclined** [1] - 11:12
**include** [4] - 34:8, 114:6, 114:25, 119:10
**included** [1] - 4:8
**includes** [1] - 23:23
**including** [8] - 5:7, 13:13, 39:3, 39:4, 105:16, 115:25, 119:12, 120:5
**inconsistent** [2] - 23:15, 117:23
**incorrect** [2] - 63:10, 116:2
**increasingly** [1] - 79:6
**incredibly** [2] - 59:12, 106:18
**incremental** [2] - 39:12, 42:25
**independently** [1] - 111:13
**India** [1] - 104:1
**indicate** [1] - 80:24
**indicated** [3] - 68:16, 112:10, 112:25
**indicates** [2] - 9:7, 24:21
**indication** [2] - 24:20, 88:21
**indict** [1] - 19:15
**indicted** [7] - 12:13, 13:6, 13:22, 46:14, 46:16, 47:19, 119:23
**indictment** [5] - 36:9, 46:12, 46:13, 119:21, 120:3
**indirectly** [1] - 36:14
**indiscernible]** [1] - 101:11
**individual** [9] - 28:16, 46:19, 70:3, 70:4, 79:1, 80:19, 80:25, 106:14
**individual's** [1] - 68:5
**individuals** [4] - 13:13, 35:15, 92:4, 105:5
**ineffective** [1] - 116:6
**inference** [4] - 18:1, 40:23, 42:17, 61:6
**influence** [20] - 20:14, 20:25, 38:6, 38:13, 38:17, 38:19, 38:25, 39:1, 39:7, 39:10, 39:21, 39:23, 40:5, 60:25, 91:9, 91:12,

91:16, 96:1, 106:7, 106:9
**information** [35] - 3:3, 6:10, 6:18, 12:11, 12:14, 14:2, 14:6, 19:11, 19:16, 20:7, 20:11, 20:12, 20:19, 21:3, 21:7, 44:10, 44:13, 44:18, 49:6, 49:14, 49:15, 49:25, 51:8, 51:12, 51:16, 51:19, 51:21, 54:16, 65:20, 114:15, 114:16, 114:17, 119:22, 119:24, 120:10
**informations** [2] - 27:21, 97:15
**informative** [1] - 92:22
**informed** [1] - 101:16
**initial** [3] - 3:18, 35:8, 35:14
**initiated** [1] - 59:22
**inject** [1] - 61:13
**injected** [1] - 55:18
**inmate** [1] - 71:22
**inmates** [3] - 73:5, 73:8, 77:24
**inquiry** [1] - 50:12
**inserted** [1] - 50:2
**inside** [1] - 75:17
**insidious** [1] - 92:9
**insinuation** [2] - 64:7, 65:21
**instance** [2] - 48:18, 64:7
**instances** [1] - 61:3
**instant** [2] - 110:13, 110:25
**instead** [2] - 76:6, 89:21
**institutions** [6] - 92:3, 92:6, 92:9, 93:13, 105:25, 106:5
**Integrity** [1] - 49:14
**intend** [1] - 58:1
**intended** [1] - 56:12
**intensive** [2] - 74:10, 74:13
**intent** [6] - 10:5, 23:3, 27:10, 38:6, 55:20, 55:25
**intentions** [2] - 56:14, 93:17
**interconnected** [1] - 61:17
**interest** [5] - 22:7, 43:7, 47:14, 66:25, 100:16
**interested** [4] - 64:9,

67:19, 101:15
**interfere** [1] - 28:23
**International** [1] - 46:7
**international** [3] - 60:15, 107:14, 107:15
**internet** [2] - 65:3, 83:3
**interrupt** [2] - 24:24, 86:9
**introduced** [4] - 57:13, 57:17, 57:19, 57:21
**investigate** [1] - 100:8
**investigated** [1] - 39:9
**investigating** [1] - 86:4
**investigation** [15] - 13:15, 14:4, 30:24, 46:10, 49:22, 83:10, 83:11, 83:12, 86:1, 89:1, 89:6, 100:1, 101:7, 101:9, 114:25
**investigations** [5] - 59:21, 87:7, 88:22, 89:2, 89:7
**investing** [1] - 65:3
**investment** [1] - 65:12
**invoice** [2] - 45:2, 95:25
**involuntary** [1] - 115:20
**involve** [6] - 4:20, 9:8, 15:16, 40:12, 49:22, 95:5
**involved** [20] - 8:15, 8:18, 8:24, 13:10, 28:6, 35:15, 35:22, 40:10, 40:14, 47:5, 49:22, 51:17, 56:11, 63:5, 80:12, 81:17, 105:1, 105:2, 105:5, 107:11
**involvement** [1] - 51:11
**involves** [1] - 9:1
**involving** [5] - 9:22, 12:1, 87:7, 105:8, 110:12
**isolated** [2] - 36:16, 73:8
**issue** [21] - 12:3, 14:12, 14:13, 15:19, 19:17, 30:8, 31:18, 37:19, 62:15, 63:10, 68:23, 69:3, 69:6, 101:16, 102:9, 104:5, 104:6, 107:8, 110:5, 111:15,

113:17
**issues** [3] - 43:19, 44:3, 113:19
**ITAR** [1] - 46:7
**itself** [1] - 46:18

## J

**jail** [28] - 33:18, 33:23, 70:13, 70:15, 71:22, 72:14, 74:4, 75:11, 75:15, 75:16, 75:18, 76:5, 76:9, 76:15, 76:17, 76:19, 76:21, 77:7, 77:10, 77:12, 77:13, 79:19, 96:4, 96:13, 96:19, 98:19, 108:15, 108:17
**jails** [4] - 74:6, 77:25, 98:20, 98:24
**January** [3] - 41:1, 72:18, 105:22
**JEFFRESS** [108] - 1:15, 2:10, 3:25, 4:18, 5:25, 6:6, 6:24, 10:18, 11:7, 18:15, 19:6, 24:19, 25:2, 25:5, 25:8, 25:20, 25:23, 26:12, 26:21, 27:8, 28:5, 28:14, 29:5, 29:19, 29:25, 30:6, 30:9, 44:4, 51:6, 62:23, 63:3, 63:21, 63:24, 66:4, 67:8, 67:12, 67:15, 68:6, 68:8, 68:14, 68:18, 68:25, 70:10, 70:14, 70:20, 70:23, 71:3, 71:7, 71:17, 72:1, 72:3, 72:10, 72:21, 73:9, 73:20, 73:23, 74:9, 74:14, 74:18, 74:24, 75:2, 75:4, 75:7, 75:20, 75:24, 76:2, 76:23, 77:1, 77:11, 77:14, 78:18, 79:18, 80:1, 81:25, 82:3, 82:20, 83:8, 84:4, 84:7, 84:13, 84:18, 84:21, 85:3, 85:8, 85:13, 87:2, 87:17, 91:22, 92:1, 94:10, 95:14, 95:17, 95:24, 97:10, 97:14, 98:12, 104:14, 115:9, 116:21, 116:25, 117:4, 117:7, 117:11, 117:15, 117:18, 118:1, 119:7, 120:13

**Jeffress** [24] - 2:11, 3:23, 4:16, 10:17, 11:6, 11:21, 13:21, 14:11, 18:14, 35:14, 43:12, 43:24, 44:1, 44:2, 50:7, 50:19, 60:5, 62:22, 104:13, 110:7, 116:20, 116:22, 117:13, 119:8
**Jeffress's** [1] - 34:25
**Jho** [2] - 13:11, 13:16
**job** [2] - 56:16, 94:12
**John** [2] - 2:10, 39:5
**JONATHAN** [1] - 1:15
**journalists** [1] - 94:17
**JUDGE** [2] - 1:8, 1:9
**Judge** [68] - 14:13, 14:21, 15:22, 15:23, 16:1, 16:20, 17:14, 17:17, 17:18, 17:21, 18:1, 18:6, 18:10, 18:24, 21:23, 23:16, 24:8, 24:11, 24:12, 24:16, 24:17, 24:25, 26:16, 27:14, 29:22, 30:4, 30:19, 33:14, 34:23, 35:4, 36:19, 37:4, 37:21, 41:20, 48:5, 53:24, 55:1, 55:21, 55:24, 57:2, 60:2, 66:14, 69:7, 69:11, 69:20, 71:7, 72:10, 74:2, 80:17, 96:22, 96:25, 97:12, 97:17, 98:7, 98:11, 98:19, 104:17, 109:10, 109:19, 109:22, 110:3, 111:6, 111:19, 116:19
**judge** [19] - 3:14, 4:4, 4:6, 14:1, 14:17, 23:5, 24:9, 33:11, 36:7, 36:17, 36:21, 37:12, 41:13, 41:23, 43:22, 67:16, 88:25, 105:21, 119:23
**judges** [2] - 14:24, 98:4
**judgment** [4] - 84:25, 113:8, 116:11, 118:19
**Jules** [1] - 2:12
**July** [7] - 1:6, 25:10, 25:14, 33:19, 35:10, 59:7, 121:7
**jumping** [1] - 90:6
**June** [8] - 25:6, 25:7, 35:4, 35:10, 47:3,

47:5, 73:14, 96:4
**jurisdiction** [1] - 118:8
**jury** [9] - 19:20, 39:25, 40:1, 87:17, 87:20, 88:7, 88:10, 88:25, 90:11
**Justice** [6] - 22:18, 23:24, 47:24, 55:24, 61:21, 91:5
**justice** [3] - 46:17, 55:23, 106:13
**justifies** [1] - 60:10
**justify** [1] - 70:5

## K

**KAISER** [1] - 1:16
**Kavanaugh** [3] - 55:22, 55:24, 55:25
**keep** [2] - 50:20, 84:8
**keeping** [1] - 118:7
**keeps** [1] - 67:8
**Keller** [1] - 22:20
**kept** [4] - 86:13, 86:14, 101:17
**key** [2] - 27:9, 44:25
**Khawaja** [36] - 12:21, 12:22, 19:15, 27:22, 28:7, 36:13, 38:20, 38:23, 39:1, 40:13, 40:19, 41:1, 41:2, 41:13, 41:21, 42:6, 42:11, 42:12, 42:19, 55:11, 56:1, 56:20, 56:25, 57:2, 57:7, 57:9, 57:11, 57:14, 57:15, 57:17, 57:23, 64:23, 65:1, 65:2, 95:3
**Khawaja's** [4] - 42:14, 42:15, 45:3, 57:24
**Khawaja/ Dekermenjian** [1] - 17:6
**killed** [2] - 71:21, 78:20
**kind** [6] - 45:24, 56:11, 71:18, 81:10, 91:12, 94:4
**knocked** [1] - 53:16
**knowing** [8] - 31:24, 38:15, 75:9, 75:10, 82:14, 82:22, 82:23, 83:21
**known** [1] - 71:23
**knows** [12] - 15:3, 38:18, 42:9, 50:22, 51:20, 61:25, 63:7, 78:19, 94:3, 106:13, 106:14

**L**

**Lafler** [1] - 22:10
**lamentable** [1] - 61:11
**language** [1] - 95:3
**large** [5] - 83:21, 84:2, 84:6, 84:10, 85:9
**largely** [3] - 78:7, 83:25, 107:21
**largest** [5] - 37:14, 38:8, 55:6, 56:10, 105:7
**last** [15] - 5:16, 20:11, 21:12, 37:23, 39:4, 39:10, 64:9, 69:21, 71:18, 71:20, 96:19, 98:24, 98:25, 103:18, 104:19
**late** [1] - 21:9
**Latham** [19] - 22:19, 23:1, 23:10, 27:20, 46:25, 47:6, 74:19, 84:24, 88:4, 88:5, 89:20, 89:22, 90:5, 91:3, 100:6, 101:15, 101:23, 109:16
**Latham's** [1] - 22:6
**latter** [1] - 59:4
**law** [5] - 34:10, 55:21, 63:20, 64:1, 116:1
**laws** [5] - 93:14, 102:19, 106:3, 106:17
**lawyer** [8] - 7:1, 45:3, 87:21, 88:1, 99:22, 99:23, 100:9, 101:9
**lawyers** [8] - 29:8, 41:19, 45:7, 88:3, 88:16, 90:17, 98:1, 98:5
**lead** [1] - 14:22
**leader** [4] - 56:25, 58:10, 100:24, 103:22
**leading** [1] - 26:15
**leads** [4] - 8:20, 9:1, 9:19, 53:25
**leaps** [2] - 37:15, 55:7
**learn** [1] - 6:15
**lease** [1] - 117:23
**least** [8] - 37:7, 46:6, 59:22, 89:25, 105:4, 109:13, 110:8, 111:7
**leave** [6] - 60:22, 77:7, 87:10, 118:3, 118:5, 119:9
**leaves** [1] - 64:11
**Lebanese** [1] - 57:16
**Lebanon** [1] - 87:25
**led** [3] - 9:12, 21:24,

29:7
**ledger** [1] - 40:6
**left** [3] - 78:15, 89:21, 95:18
**legal** [1] - 4:24
**legitimate** [2] - 29:21, 86:20
**length** [2] - 88:10, 110:19
**lengthy** [4] - 33:9, 81:16, 108:16, 109:9
**less** [6] - 8:16, 19:4, 22:14, 29:4, 69:23, 70:8
**lessen** [1] - 58:1
**lessening** [1] - 59:9
**letter** [2] - 80:1, 80:3
**letters** [1] - 60:14
**letting** [1] - 22:6
**level** [13] - 8:5, 8:8, 8:10, 8:12, 8:20, 9:2, 9:12, 9:15, 9:18, 9:19, 10:9, 41:9, 58:7
**liabilities** [1] - 87:24
**licensing** [2] - 37:18, 55:10
**lied** [2] - 46:5, 48:13
**life** [27] - 28:17, 32:15, 32:18, 45:23, 66:20, 66:21, 75:9, 76:11, 76:17, 76:18, 76:20, 76:25, 77:2, 77:13, 78:7, 78:23, 81:18, 83:12, 94:13, 94:18, 99:9, 99:13, 102:20, 107:6, 107:15, 113:14, 113:15
**lifetime** [3] - 32:14, 32:24, 33:9
**light** [12] - 5:13, 8:24, 11:17, 36:2, 49:23, 54:1, 54:8, 60:17, 61:7, 62:4, 105:16, 109:8
**likelihood** [1] - 104:22
**likely** [6] - 2:16, 26:2, 53:7, 56:18, 80:24, 110:20
**limitations** [5] - 69:2, 69:3, 69:4, 69:10, 69:14
**line** [1] - 4:21
**linked** [1] - 40:24
**links** [1] - 86:5
**listen** [1] - 99:23
**listening** [2] - 43:15, 105:21
**literally** [1] - 78:25
**litigated** [1] - 69:6

**litigation** [1] - 50:9
**live** [8] - 67:4, 71:20, 72:24, 74:1, 74:3, 87:7, 94:13, 102:1
**living** [2] - 76:15, 108:5
**lobbied** [2] - 51:22
**lobby** [1] - 13:13
**local** [3] - 76:9, 77:25, 114:7
**locked** [1] - 80:16
**long-term** [2] - 75:5, 75:12
**look** [21] - 8:6, 15:9, 20:3, 23:18, 26:13, 27:17, 29:6, 35:21, 37:24, 48:3, 53:20, 67:20, 77:16, 83:13, 92:5, 92:6, 92:7, 96:25, 98:12, 100:14, 110:10
**looked** [6] - 14:18, 14:24, 37:23, 39:25, 82:8, 82:9
**looking** [7] - 15:5, 17:19, 19:23, 23:2, 23:3, 29:19, 83:17
**looks** [1] - 24:2
**loss** [1] - 10:25
**lost** [3] - 78:15, 98:2, 99:1
**love** [2] - 93:9, 99:19
**loved** [1] - 66:6
**Low** [2] - 13:11, 13:16
**low** [1] - 114:10
**lowered** [1] - 67:17
**lowers** [1] - 74:17
**loyalty** [2] - 22:8, 98:1
**luck** [1] - 120:14
**Lussier** [1] - 2:12

**M**

**maimed** [1] - 78:21
**maiming** [1] - 78:12
**maintain** [1] - 115:7
**major** [2] - 46:18, 76:8
**Malaysian** [1] - 13:10
**male** [1] - 76:19
**man** [3] - 29:3, 42:15, 80:12
**managed** [1] - 55:12
**management** [1] - 95:13
**manager** [1] - 58:10
**managerial** [1] - 95:7
**mandatory** [5] - 11:1, 23:3, 114:1, 114:6, 114:8
**mann** [2] - 22:21,

23:11
**manner** [1] - 9:16
**March** [4] - 35:2, 57:14, 72:24, 97:21
**marginal** [1] - 70:1
**Maria** [1] - 37:20
**Marina** [1] - 37:20
**mark** [1] - 23:25
**marred** [2] - 107:6, 107:10
**Massachusetts** [2] - 12:10, 12:16
**massive** [1] - 76:11
**material** [3] - 6:7, 9:22, 82:19
**materials** [4] - 3:9, 3:11, 3:12, 3:22
**math** [1] - 36:20
**matter** [14] - 5:19, 5:24, 14:8, 16:22, 17:3, 52:4, 52:5, 52:8, 52:9, 54:12, 99:24, 101:4, 106:3
**matters** [11] - 2:24, 5:21, 17:6, 17:11, 36:7, 45:14, 55:4, 55:5, 59:21, 60:1, 66:1
**max** [1] - 70:25
**maximum** [5] - 7:13, 10:12, 10:24, 96:6, 116:3
**MB** [1] - 64:17
**MBS** [1] - 64:17
**mean** [33] - 23:2, 27:3, 27:9, 27:10, 29:6, 30:9, 32:13, 45:16, 48:6, 48:8, 50:15, 58:9, 58:19, 68:23, 69:25, 70:17, 71:9, 73:3, 77:19, 79:8, 81:11, 81:13, 82:13, 84:4, 84:14, 84:22, 99:8, 101:3, 102:4, 102:8, 103:7, 104:6, 109:4
**means** [4] - 9:1, 23:20, 59:23, 108:9
**meant** [4] - 22:6, 75:12, 78:1
**media** [1] - 103:3
**medical** [1] - 74:7
**medication** [1] - 74:17
**meet** [1] - 57:12
**meeting** [1] - 51:10
**members** [1] - 99:14
**memo** [5] - 20:2, 51:13, 64:8, 69:18, 78:5
**memoranda** [2] - 3:8,

16:4
**memorandum** [3] - 3:11, 3:18, 60:2
**men** [3] - 65:11, 84:5, 84:15
**mental** [2] - 92:14, 96:18
**mentally** [1] - 78:16
**mention** [1] - 49:10
**mentioned** [6] - 16:3, 18:24, 100:10, 101:18, 102:1, 102:25
**message** [9] - 42:5, 61:25, 62:7, 62:16, 83:1, 105:9, 106:19, 112:14
**messages** [2] - 40:2, 59:19
**messing** [1] - 76:3
**met** [7] - 27:22, 44:24, 65:1, 65:5, 65:7, 103:3
**Michael** [1] - 105:4
**microphone** [1] - 7:3
**Middle** [26] - 20:8, 20:13, 20:15, 20:24, 21:1, 45:21, 49:7, 49:18, 50:1, 56:15, 57:15, 57:18, 65:4, 65:13, 78:9, 80:7, 91:19, 92:2, 92:18, 92:22, 93:3, 93:10, 93:11, 94:16, 102:23, 104:1
**might** [10] - 24:15, 27:4, 28:5, 35:18, 36:1, 38:25, 70:4, 81:9, 109:20, 111:21
**million** [12] - 8:16, 13:11, 37:16, 38:2, 39:7, 40:19, 41:16, 42:2, 42:11, 55:9, 84:24
**millions** [8] - 37:15, 61:13, 78:25, 105:1, 105:2
**mind** [10] - 24:5, 30:1, 31:14, 43:18, 79:21, 81:6, 98:21, 101:11, 107:7, 118:7
**mindset** [1] - 92:8
**minimize** [3] - 56:23, 68:22, 81:9
**minimized** [1] - 48:13
**minimizing** [1] - 79:23
**minor** [1] - 10:5
**minors** [3] - 9:22, 61:23, 105:6
**minute** [2] - 21:12,

52:11
**minutes** [3] - 33:22, 52:10, 105:12
**misleading** [1] - 17:12
**misnomer** [1] - 109:2
**misrepresentations** [1] - 43:24
**missed** [2] - 79:5, 79:10
**mistake** [2] - 21:24, 104:8
**mistaken** [2] - 32:13, 103:5
**mitigate** [2] - 70:4, 71:16
**mitigating** [3] - 5:6, 108:19, 111:6
**mitigation** [2] - 108:11, 112:6
**mix** [1] - 39:5
**modification** [1] - 118:4
**money** [45] - 38:7, 38:10, 39:18, 40:21, 40:23, 41:6, 42:8, 42:16, 42:20, 43:4, 55:8, 55:13, 55:18, 56:6, 56:11, 57:10, 62:14, 62:15, 64:8, 64:10, 64:12, 64:13, 64:21, 83:21, 84:3, 84:7, 84:8, 84:10, 84:11, 84:16, 85:8, 85:9, 91:7, 91:10, 91:11, 91:14, 91:16, 95:6, 95:14, 95:15, 105:3, 105:8, 106:15
**Monterey** [1] - 13:23
**months** [51] - 10:11, 10:12, 10:13, 23:19, 24:4, 24:21, 24:22, 25:25, 27:9, 28:11, 31:8, 31:10, 33:15, 33:19, 41:21, 50:9, 53:16, 54:3, 54:7, 54:21, 57:22, 62:4, 62:5, 66:10, 66:19, 66:20, 66:21, 67:2, 72:22, 75:7, 76:3, 76:5, 96:5, 97:4, 97:10, 97:20, 97:22, 97:23, 108:14, 108:21, 109:5, 112:19, 112:21, 113:10, 113:12, 113:21, 115:12, 115:13, 118:12
**moot** [1] - 49:23
**moral** [1] - 10:1
**morality** [1] - 10:2

**morning** [4] - 2:6, 2:9, 2:10, 2:14
**Moss** [4] - 17:14, 24:11, 24:12
**MOSS** [1] - 1:8
**most** [17] - 6:2, 29:16, 31:17, 35:15, 39:6, 48:9, 53:3, 56:18, 61:11, 71:14, 71:20, 80:24, 81:25, 84:15, 93:7, 99:19, 105:3
**motion** [9] - 3:14, 16:21, 31:3, 33:1, 52:16, 53:16, 97:13, 115:17, 119:21
**motivations** [1] - 70:8
**motive** [2] - 63:25, 89:25
**motives** [3] - 69:23, 69:24, 93:11
**Mount** [2] - 73:16, 73:24
**move** [6] - 21:18, 87:5, 120:1, 120:2
**MR** [187] - 2:6, 2:10, 3:14, 3:17, 3:21, 3:25, 4:4, 4:6, 4:18, 5:22, 5:25, 6:6, 6:24, 10:16, 10:18, 11:5, 11:7, 11:19, 12:4, 12:7, 12:21, 12:24, 13:3, 14:15, 14:20, 15:1, 15:20, 16:6, 16:8, 16:11, 16:16, 16:18, 16:25, 17:2, 17:17, 18:8, 18:12, 18:15, 19:6, 24:19, 25:2, 25:5, 25:6, 25:8, 25:10, 25:13, 25:20, 25:23, 26:12, 26:21, 27:8, 28:5, 28:14, 29:5, 29:19, 29:25, 30:6, 30:9, 33:11, 33:14, 34:23, 36:7, 36:17, 36:24, 37:9, 37:12, 37:22, 38:2, 38:20, 38:23, 39:2, 39:9, 39:24, 40:16, 41:13, 41:18, 41:23, 42:1, 42:24, 43:22, 44:4, 49:3, 50:25, 51:2, 51:5, 51:6, 55:1, 55:24, 57:5, 57:7, 57:13, 57:21, 58:7, 58:11, 58:14, 58:22, 59:3, 59:6, 62:10, 62:13, 62:20, 62:23, 63:3, 63:21, 63:24, 66:4, 67:8, 67:12, 67:15,

68:6, 68:8, 68:14, 68:18, 68:25, 70:10, 70:14, 70:20, 70:23, 71:3, 71:7, 71:17, 72:1, 72:3, 72:10, 72:21, 73:9, 73:20, 73:23, 74:9, 74:14, 74:18, 74:24, 75:2, 75:4, 75:7, 75:20, 75:24, 76:2, 76:23, 77:1, 77:11, 77:14, 78:18, 79:18, 80:1, 81:25, 82:3, 82:20, 83:8, 84:4, 84:7, 84:13, 84:18, 84:21, 85:3, 85:8, 85:13, 87:2, 87:5, 87:17, 91:22, 92:1, 94:10, 95:14, 95:17, 95:24, 97:10, 97:14, 98:12, 104:14, 104:17, 115:9, 116:19, 116:21, 116:25, 117:4, 117:7, 117:11, 117:15, 117:18, 118:1, 119:7, 119:23, 120:2, 120:7, 120:12, 120:13
**Mueller** [13] - 85:23, 86:3, 88:20, 88:25, 89:1, 89:6, 99:20, 100:8, 101:18, 103:2, 103:3, 103:11
**multiple** [3] - 46:5, 46:23, 68:20
**must** [8] - 34:15, 96:11, 96:16, 114:6, 114:7, 114:11, 114:14, 116:10
**mysterious** [1] - 46:3

# N

**N.W** [2] - 114:20, 121:12
**Nader** [149] - 2:3, 2:11, 2:13, 3:2, 3:9, 3:10, 4:19, 6:25, 9:13, 10:7, 12:11, 12:14, 12:17, 13:5, 13:6, 13:9, 13:16, 13:18, 13:21, 14:2, 15:3, 15:24, 16:20, 18:25, 19:11, 20:17, 20:20, 21:3, 21:16, 21:17, 22:8, 23:17, 23:19, 24:3, 27:18, 27:23, 27:24, 28:16, 29:14, 30:19, 30:23, 33:15, 33:17, 33:23, 36:8,

36:18, 37:7, 39:2, 40:1, 40:3, 40:10, 40:14, 40:22, 40:24, 40:25, 41:7, 41:16, 42:2, 42:6, 42:11, 42:18, 43:3, 44:6, 44:11, 44:19, 44:23, 45:21, 45:24, 46:8, 46:19, 46:24, 47:12, 48:19, 49:10, 49:19, 51:19, 51:23, 51:24, 53:4, 53:11, 53:22, 54:9, 54:15, 56:22, 57:11, 57:16, 57:23, 59:17, 59:24, 61:7, 63:5, 64:4, 64:9, 64:15, 65:1, 65:6, 66:6, 67:4, 68:9, 68:12, 69:25, 76:10, 76:16, 78:12, 78:13, 78:14, 78:22, 80:12, 80:14, 80:15, 80:23, 81:6, 83:9, 83:14, 83:20, 86:15, 88:8, 89:9, 90:10, 92:20, 93:5, 93:8, 93:24, 94:5, 94:21, 94:24, 95:1, 95:6, 95:7, 96:3, 97:15, 99:4, 105:18, 108:7, 108:12, 108:17, 109:3, 109:8, 109:16, 111:22, 112:7, 113:9, 117:15, 119:8, 120:3, 120:9, 120:15
**NADER** [1] - 1:5
**Nader's** [40] - 2:22, 8:3, 9:20, 11:20, 12:10, 13:22, 15:6, 17:5, 18:17, 22:18, 22:24, 35:1, 37:2, 44:16, 44:22, 45:5, 48:4, 49:25, 50:3, 50:14, 51:7, 51:11, 56:23, 58:5, 65:8, 69:19, 69:21, 71:14, 78:3, 78:10, 83:12, 85:10, 86:6, 86:23, 89:9, 89:25, 108:1, 112:10, 112:24, 117:1
**name** [7] - 2:4, 39:4, 42:7, 57:16, 77:1, 93:24, 94:1
**name-dropping** [1] - 94:1
**name-drops** [1] - 93:24
**names** [1] - 94:7

**nations** [1] - 106:6
**nature** [13] - 34:15, 37:12, 41:11, 55:3, 55:14, 65:13, 75:15, 75:16, 90:3, 91:6, 94:22, 105:20, 106:1
**near** [1] - 13:17
**nearly** [1] - 78:1
**necessarily** [4] - 19:14, 39:16, 71:6, 110:2
**necessary** [2] - 34:7, 81:2
**need** [22] - 2:20, 4:23, 4:24, 6:8, 7:3, 12:3, 28:15, 34:8, 34:17, 50:24, 51:1, 51:4, 60:19, 62:6, 80:19, 86:19, 89:10, 101:14, 103:14, 108:18, 119:1
**needed** [1] - 79:25
**needs** [5] - 6:7, 79:21, 79:22, 115:17
**negotiate** [2] - 88:5, 90:8
**negotiated** [1] - 59:24
**negotiation** [2] - 79:3
**negotiations** [1] - 63:5
**never** [30] - 21:14, 22:1, 22:5, 22:12, 23:15, 27:22, 45:18, 45:22, 46:21, 48:13, 48:14, 59:17, 59:19, 63:6, 63:10, 64:10, 65:22, 73:25, 81:21, 81:24, 82:6, 85:10, 87:25, 100:1, 101:11, 101:16, 102:11, 103:19
**new** [4] - 59:10, 89:4, 102:2, 103:22
**New** [3] - 1:12, 100:11, 103:9
**next** [5] - 11:8, 61:25, 96:12, 103:5, 103:13
**nice** [1] - 94:2
**night** [3] - 20:11, 102:4, 103:7
**nightmare** [1] - 101:25
**nonconcurrent** [1] - 32:10
**none** [6] - 12:16, 14:2, 99:14, 105:1, 105:2, 105:5
**nonetheless** [4] - 17:4, 39:19, 58:15, 113:1
**note** [6] - 15:1, 31:7, 38:5, 87:12, 104:25,

112:6
**Note** [1] - 110:17
**noted** [3] - 5:25,
60:13, 116:18
**notes** [4] - 11:23,
18:23, 55:4, 121:5
**nothing** [11] - 13:9,
18:21, 35:2, 60:9,
60:23, 83:19, 90:19,
101:20, 102:15
**notice** [3] - 102:16,
116:10, 116:11
**noticed** [1] - 49:5
**noticing** [1] - 75:8
**notify** [1] - 114:22
**notion** [1] - 29:1,
29:22
**notwithstanding** [1] -
57:25
**November** [1] - 47:7
**number** [6] - 5:25,
12:18, 13:12, 15:24,
37:6, 79:2
**numerous** [1] - 53:13
**nutrition** [1] - 77:3
**NW** [2] - 1:12, 1:24

### O

**object** [4] - 8:15, 8:23,
9:4, 30:24
**objected** [1] - 21:13
**objection** [5] - 5:20,
5:23, 15:2, 52:2,
117:3
**objections** [3] - 6:1,
6:8, 116:17
**objective** [1] - 9:9
**objectively** [1] - 17:19
**objects** [1] - 9:7
**obligated** [1] - 62:25
**obligation** [1] - 114:23
**obligations** [2] -
39:10, 114:19
**obscure** [2] - 2:21,
2:24
**observation** [3] - 6:9,
33:11, 34:24
**observed** [2] - 21:16,
91:8
**obtain** [5] - 20:8,
20:13, 20:23, 59:25,
107:15
**obtained** [2] - 38:17,
41:15
**obtaining** [1] - 61:14
**obviously** [16] - 4:6,
27:12, 40:21, 41:9,
44:25, 47:15, 49:5,
49:21, 50:17, 54:4,

57:15, 63:5, 67:22,
75:8, 80:4, 105:25
**occasions** [1] - 4:7
**occur** [1] - 81:24
**occurred** [1] - 71:16
**October** [4] - 13:7,
49:13, 49:24, 51:9
**odd** [1] - 91:9
**OF** [4] - 1:1, 1:2, 1:8,
121:1
**offender** [2] - 106:20,
106:23, 108:1
**offenders** [1] - 105:10
**offense** [34] - 5:5,
7:19, 7:21, 8:5, 8:8,
8:10, 8:12, 8:18,
8:20, 8:25, 9:1, 9:12,
9:19, 10:6, 10:9,
10:25, 34:9, 34:11,
34:16, 37:13, 40:3,
55:3, 55:15, 55:17,
61:24, 70:21, 90:3,
91:7, 94:23, 105:20,
110:13, 110:16,
111:1
**offenses** [4] - 7:24,
8:7, 59:13, 60:7
**offer** [3] - 35:18, 76:4,
89:16
**offered** [3] - 48:11,
70:11, 70:20
**offering** [2] - 27:12,
48:20
**offers** [1] - 65:12
**office** [19] - 3:7, 13:23,
31:8, 46:9, 46:18,
59:25, 60:3, 85:25,
87:18, 88:7, 88:11,
108:22, 114:2,
114:14, 114:16,
114:24, 115:4,
118:20, 119:4
**Office** [5] - 12:1,
46:11, 114:17,
115:1, 117:19
**office's** [1] - 27:10
**Officer** [2] - 1:18,
31:20
**officer** [1] - 114:12
**OFFICER** [9] - 31:19,
31:23, 32:12, 33:4,
113:18, 118:6,
118:11, 118:23,
119:14
**offices** [1] - 48:8
**OFFICIAL** [1] - 121:1
**official** [2] - 40:4, 80:3
**Official** [2] - 1:23,
121:11
**officials** [4] - 23:23,

39:3, 56:2
**Ohio** [1] - 117:8
**old** [7] - 60:21, 61:8,
68:22, 69:11, 76:16,
89:14, 108:4
**older** [1] - 72:11
**Once** [1] - 88:21
**once** [14] - 13:4,
21:13, 23:25, 42:10,
44:24, 46:18, 57:25,
68:18, 68:20, 74:14,
80:9, 89:21, 106:25,
118:15
**one** [68] - 6:9, 7:19,
9:12, 9:18, 10:22,
12:4, 12:18, 14:10,
15:13, 15:14, 15:21,
19:24, 21:13, 25:2,
27:15, 27:25, 29:14,
32:5, 34:24, 35:14,
36:11, 38:5, 39:24,
39:25, 40:5, 40:16,
40:19, 41:9, 41:19,
42:11, 42:13, 42:14,
45:1, 46:20, 48:1,
49:22, 51:6, 54:2,
60:13, 64:22, 64:23,
66:5, 68:14, 68:21,
71:11, 72:3, 74:23,
77:13, 77:25, 82:1,
83:19, 84:14, 90:4,
90:5, 91:2, 93:23,
95:12, 95:14, 96:9,
96:23, 103:5,
106:23, 107:12,
111:21
**one-level** [1] - 9:18
**one-third** [1] - 54:2
**ones** [6] - 16:23,
16:25, 47:23, 66:6,
105:24, 107:10
**open** [3] - 43:12,
43:20, 73:16
**opened** [1] - 86:16
**opens** [1] - 4:12
**operation** [2] - 40:6,
91:9
**operations** [4] - 39:11,
42:24, 60:25, 61:19
**opinion** [4] - 50:15,
85:20, 88:3, 88:4
**opportunity** [3] -
79:13, 86:21, 98:2
**oppose** [1] - 63:12
**opposite** [4] - 15:10,
17:20, 21:15, 93:16
**options** [2] - 114:3,
117:5
**order** [2] - 87:2, 115:2
**ordered** [2] - 113:22,

114:18
**ordinarily** [2] - 52:21,
113:2
**origin** [1] - 79:8
**original** [1] - 109:3
**otherwise** [3] - 42:17,
44:17, 112:24
**ought** [3] - 2:18,
15:13, 37:1
**outcome** [1] - 56:18
**outraged** [1] - 91:3
**outrageous** [1] -
84:23
**outright** [1] - 12:14
**outset** [1] - 91:9
**outside** [4] - 75:14,
76:13, 77:3, 118:8
**outstanding** [1] - 5:3
**overall** [2] - 80:5,
111:23
**overlap** [1] - 111:16
**overread** [2] - 98:6,
98:7
**overstated** [1] - 96:19
**overstatement** [1] -
28:3
**owe** [1] - 84:23
**own** [3] - 56:12, 81:6,
96:18

### P

**p.m** [1] - 120:16
**package** [1] - 26:18
**page** [12] - 12:9, 13:4,
13:20, 16:15, 16:16,
20:3, 23:20, 56:17,
56:22, 57:5, 59:12,
59:16
**pages** [1] - 11:24
**paid** [6] - 66:23, 66:24,
84:6, 96:3, 114:23,
119:12
**panel** [2] - 50:10,
50:14
**papers** [6] - 30:16,
63:1, 63:18, 64:7,
93:21, 94:1
**paragraph** [4] - 16:12,
16:14, 16:16, 95:2
**paralegals** [1] - 2:12
**parallels** [1] - 105:23
**paraphrasing** [1] -
22:23
**parcel** [1] - 45:3
**pardon** [2] - 44:19,
49:23
**pardoned** [1] - 44:17
**part** [28] - 5:15, 8:3,
9:10, 12:13, 17:18,

18:3, 20:5, 21:4,
23:1, 24:5, 34:1,
35:5, 44:9, 45:3,
58:11, 58:15, 58:21,
59:1, 59:22, 61:11,
72:17, 80:7, 94:5,
99:18, 100:19,
100:22, 107:19,
118:18
**Part** [1] - 114:2
**partial** [2] - 37:7,
111:7
**partially** [10] - 26:2,
26:11, 27:7, 32:10,
32:12, 32:19, 32:21,
32:22, 110:14, 111:3
**participate** [1] -
102:12
**participated** [1] -
47:22
**particular** [3] - 81:14,
105:15, 110:11
**particularly** [4] - 53:2,
95:5, 96:1, 108:15
**parties** [16] - 7:15, 8:3,
8:7, 8:11, 8:14, 8:17,
8:22, 8:24, 9:3,
11:10, 11:13, 20:6,
31:7, 54:4, 54:22,
98:9
**parties'** [1] - 115:6
**partway** [1] - 43:13
**party** [1] - 44:24
**passed** [1] - 23:25
**passing** [1] - 73:6
**past** [8] - 68:22, 78:2,
87:24, 90:21, 90:25,
99:8, 99:15, 108:5
**patience** [1] - 104:11
**patient** [2] - 39:11,
42:25
**Paul** [1] - 37:22
**pay** [5] - 84:20, 84:22,
85:2, 113:23, 114:18
**payable** [1] - 114:19
**paying** [1] - 39:7
**peace** [8] - 56:14,
56:19, 78:24, 79:3,
93:8, 99:10, 107:14,
107:15
**pecuniary** [1] - 10:24
**Pelak** [2] - 87:22, 88:1
**penalty** [2] - 66:23,
66:24
**pending** [5] - 41:18,
66:22, 119:20,
120:5, 120:9
**penetrate** [1] - 81:12
**people** [50] - 23:22,
24:2, 46:13, 47:9,

**pictures** [1] - 107:18
**pieces** [1] - 104:5
**PIN** [7] - 17:7, 20:17, 21:11, 48:20, 49:25, 50:3, 59:20
**pitch** [1] - 65:2
**pitches** [2] - 64:21, 65:12
**pitching** [1] - 65:8
**place** [8] - 10:7, 21:13, 48:22, 52:25, 68:8, 72:15, 102:2, 107:16
**places** [3] - 75:12, 76:11, 83:17
**Plaintiff** [2] - 1:3, 1:11
**plan** [1] - 9:10
**play** [1] - 118:11
**played** [5] - 27:17, 53:5, 53:7, 95:1, 95:10
**plea** [42] - 7:15, 8:3, 9:16, 13:10, 20:1, 20:5, 20:19, 21:10, 21:15, 21:25, 35:14, 44:7, 44:14, 49:4, 49:11, 49:18, 50:2, 50:4, 51:25, 56:8, 56:24, 56:25, 58:11, 58:18, 58:20, 58:21, 59:8, 63:5, 64:7, 67:1, 67:6, 70:12, 70:13, 70:14, 72:19, 76:4, 89:16, 115:20, 115:22, 116:9, 117:20
**plead** [12] - 29:13, 35:20, 36:2, 36:4, 44:23, 45:6, 53:4, 53:6, 53:7, 59:19, 82:6
**pleaded** [2] - 3:2, 54:15
**pleading** [1] - 53:9
**pleadings** [1] - 26:14
**pleas** [1] - 37:6
**pled** [11] - 13:6, 13:8, 13:18, 35:24, 45:12, 55:16, 64:2, 119:24, 120:10
**plenty** [2] - 62:14, 106:8
**PLLC** [1] - 1:16
**plot** [1] - 93:15
**plus** [2] - 14:7, 99:15
**Podesta** [1] - 39:5
**point** [33] - 9:3, 15:20, 15:21, 16:7, 16:9, 21:8, 23:21, 27:1, 27:7, 33:12, 33:21, 35:21, 36:3, 36:17,

**47**:20, 64:12, 64:13, 64:17, 64:20, 64:25, 67:19, 72:12, 72:16, 73:12, 75:22, 77:5, 78:8, 78:9, 78:25, 79:2, 81:14, 83:2, 83:22, 83:23, 84:10, 84:15, 85:15, 86:2, 88:17, 89:5, 90:17, 91:9, 91:25, 92:21, 93:22, 94:2, 94:3, 94:6, 94:7, 95:12, 100:20, 101:13, 102:3, 103:8, 103:13, 103:14, 106:12, 115:10
**percent** [17] - 14:16, 14:19, 14:23, 15:2, 15:6, 15:10, 16:2, 17:21, 17:23, 23:25, 36:20, 36:21, 52:19, 53:17, 62:3, 88:21
**perhaps** [2] - 15:16, 19:18
**period** [3] - 10:22, 108:9, 108:16
**permissible** [1] - 87:4
**permission** [1] - 116:14
**permit** [1] - 39:22
**permitted** [1] - 116:9
**perplexed** [1] - 41:23
**person** [13] - 32:1, 36:3, 36:4, 38:15, 57:17, 83:14, 85:22, 91:17, 92:12, 94:8, 99:9, 99:15, 103:16
**personal** [4] - 84:14, 85:10, 99:22, 112:10
**personalities** [1] - 92:4
**personally** [1] - 45:6
**persuaded** [1] - 115:15
**perversion** [1] - 28:21
**phone** [5] - 72:4, 81:9, 82:13, 100:13, 100:15
**phones** [4] - 83:11, 87:20, 100:12
**phrased** [1] - 27:11
**physical** [5] - 72:15, 75:11, 77:18, 96:18, 107:2
**physically** [2] - 78:15, 107:3
**picked** [4] - 78:20, 82:1, 82:5, 82:7
**picture** [3] - 23:19, 77:16, 80:6

37:9, 37:10, 44:3, 49:23, 50:5, 51:4, 55:14, 56:10, 63:12, 69:11, 71:4, 82:20, 83:4, 91:23, 95:10, 100:18, 108:24, 109:2, 115:7
**pointing** [1] - 70:7
**points** [5] - 9:24, 10:2, 10:7, 14:7, 49:4
**poles** [1] - 106:22
**police** [1] - 106:17
**policy** [4] - 20:14, 20:25, 34:14, 92:22
**political** [6] - 45:22, 46:16, 60:4, 87:23, 89:25, 96:14
**politics** [2] - 94:11
**poor** [1] - 77:4
**pornography** [5] - 10:4, 15:17, 32:6, 67:19, 101:17
**portion** [6] - 16:3, 40:10, 53:9, 54:13, 66:18, 87:16
**portions** [1] - 89:3
**pose** [1] - 114:10
**position** [4] - 50:16, 52:23, 53:20, 62:24
**positive** [2] - 65:14, 82:17
**possess** [1] - 114:8
**possession** [4] - 10:4, 67:18, 67:23, 70:21
**possibility** [4] - 35:6, 109:9, 110:9, 111:2
**possible** [2] - 41:6, 62:6
**possibly** [2] - 86:1, 104:9
**post** [1] - 69:8
**posture** [1] - 65:16
**potential** [5] - 59:20, 85:22, 91:17, 100:23, 105:10
**powerful** [1] - 56:2
**Prabhu** [11] - 16:19, 18:24, 21:8, 21:20, 30:10, 30:15, 30:19, 30:20, 46:23, 47:10, 47:24
**praise** [1] - 48:4
**pre** [1] - 66:18
**pre-release** [1] - 66:18
**precedent** [1] - 90:5
**prefer** [1] - 11:14
**preferred** [2] - 39:18, 39:22
**prepared** [1] - 33:14
**preparing** [2] - 9:17,

103:8
**Present** [1] - 1:18
**present** [6] - 2:13, 4:13, 20:7, 20:11, 20:12, 44:8
**presentations** [1] - 4:15
**presented** [2] - 107:19, 111:12
**presentence** [16] - 3:6, 5:2, 5:3, 5:17, 5:18, 5:21, 7:6, 7:10, 9:6, 31:13, 74:24, 77:16, 78:5, 114:3, 114:24, 115:3
**president** [3] - 40:18, 91:18, 100:24
**President** [4] - 13:14, 38:14, 44:17, 103:13
**President's** [2] - 46:17, 64:21
**president-elect** [1] - 40:18
**presidential** [4] - 40:18, 61:14, 91:10, 91:13
**pressure** [2] - 36:12, 36:14
**presumably** [5] - 37:3, 37:7, 82:14, 82:16, 84:24
**pretrial** [1] - 75:25
**pretty** [2] - 68:5, 68:23
**prevailing** [1] - 9:11
**prevents** [1] - 60:23
**previous** [2] - 101:8, 102:12
**previously** [1] - 2:24
**price** [1] - 96:3
**prince** [1] - 65:15
**Prince** [3] - 46:3, 46:4, 64:22
**principle** [3] - 33:6, 102:22, 103:25
**prison** [6] - 77:10, 80:24, 81:19, 87:9, 108:13, 108:21
**prisoner** [4] - 23:18, 24:4, 24:20, 24:22
**Prisons** [4] - 75:22, 113:10, 116:24, 119:15
**private** [3] - 43:19, 44:2, 70:18
**PROBATION** [9] - 31:19, 31:23, 32:12, 33:4, 113:18, 118:6, 118:11, 118:23, 119:14
**Probation** [2] - 1:18,

115:1
**probation** [24] - 3:7, 27:10, 31:8, 31:14, 32:17, 33:22, 58:14, 60:3, 62:8, 62:11, 94:23, 98:15, 108:22, 113:13, 114:2, 114:12, 114:14, 114:16, 114:24, 115:4, 118:2, 118:20, 119:4, 119:10
**problem** [3] - 56:21, 63:6, 89:8
**problems** [1] - 67:16
**procedural** [1] - 50:22
**proceed** [3] - 11:18, 54:12, 119:11
**proceeding** [8] - 2:15, 2:17, 4:19, 43:6, 43:13, 43:17, 43:21, 86:11
**proceedings** [12] - 2:1, 17:3, 17:18, 33:22, 54:13, 86:8, 86:14, 87:6, 87:16, 115:21, 120:16, 121:6
**process** [8] - 5:1, 28:22, 91:25, 92:14, 106:5, 106:9, 109:2, 119:16
**professional** [1] - 78:7
**proffer** [1] - 4:7
**proffers** [1] - 4:8
**programming** [2] - 117:13, 117:16
**programs** [1] - 66:18
**progress** [8] - 39:12, 40:4, 43:1, 61:20, 79:7, 80:7, 93:11, 103:23
**progressive** [1] - 93:7
**prohibition** [2] - 56:6, 56:7
**prominent** [1] - 95:11
**promise** [2] - 69:19, 70:21
**promised** [1] - 100:6
**promising** [1] - 64:15
**promote** [2] - 34:9, 34:13
**promoter** [1] - 107:14
**promoting** [1] - 99:11
**proof** [1] - 67:16
**proper** [4] - 96:20, 107:24, 108:19, 113:4
**propose** [1] - 87:3
**proposed** [1] - 27:20

**prosecute** [3] - 69:15, 89:14, 101:21
**prosecuted** [1] - 59:13
**prosecution** [8] - 13:16, 48:19, 59:22, 60:4, 69:12, 89:3, 94:14, 94:19
**prosecutor** [1] - 102:11
**prosecutor's** [1] - 69:23
**prosecutors** [4] - 17:7, 22:3, 22:14, 102:12
**protect** [2] - 34:12, 86:15
**protecting** [1] - 106:4
**protection** [1] - 4:8
**protracted** [1] - 50:9
**provide** [6] - 21:17, 34:10, 45:24, 47:12, 105:17, 114:14
**provided** [14] - 4:9, 12:11, 12:14, 14:3, 14:6, 19:11, 19:16, 21:3, 44:6, 44:8, 49:7, 51:21, 52:20, 54:9
**provisions** [1] - 113:7
**proviso** [2] - 4:12, 57:25
**PSR** [4] - 33:14, 33:17, 85:4, 85:6
**Public** [1] - 49:14
**public** [11] - 2:19, 34:12, 43:7, 43:16, 49:2, 66:3, 86:16, 86:23, 87:12, 87:13, 87:15
**publicity** [5] - 72:12, 72:19, 83:18, 99:22, 101:6
**pun** [1] - 56:12
**punched** [2] - 72:4, 72:8
**punishment** [7] - 34:10, 71:19, 74:4, 94:20, 96:18, 99:2, 110:16
**puppets** [1] - 98:4
**purchase** [3] - 38:13, 39:6, 91:16
**purely** [3] - 111:4, 111:15, 111:24
**purpose** [5] - 38:12, 50:9, 59:2, 61:14, 63:19
**purposefully** [1] - 60:12
**purposes** [9] - 7:10,

7:24, 34:7, 34:8, 54:3, 54:6, 94:6, 107:21, 113:4
**pursuant** [6] - 8:8, 8:10, 9:10, 113:6, 115:23, 116:7
**pursuing** [1] - 100:17
**purview** [2] - 32:16, 33:5
**pushed** [3] - 35:7, 78:11, 78:22
**pushing** [1] - 23:22
**put** [10] - 26:16, 31:25, 36:13, 44:13, 72:6, 72:18, 85:23, 89:18, 102:7, 110:7
**putative** [2] - 38:20, 38:23
**Putin** [3] - 93:24, 93:25, 103:10
**puts** [3] - 36:12, 56:11, 60:16

**Q**

**quadruple** [4] - 73:20, 73:21, 73:22, 108:3
**questionable** [2] - 59:18, 89:14
**questions** [5] - 5:3, 42:22, 43:2, 68:4, 99:5
**quickly** [2] - 82:9, 119:1
**quite** [8] - 17:21, 50:21, 60:14, 62:14, 106:21, 111:12, 112:15
**quote** [7] - 16:12, 16:18, 16:19, 17:2, 20:3, 23:18, 59:16

**R**

**raise** [3] - 11:25, 12:5, 54:11
**RANDOLPH** [1] - 1:8
**Randy** [2] - 17:14
**range** [2] - 34:17, 116:4
**ranging** [1] - 79:1
**rape** [1] - 107:2
**raping** [1] - 68:7
**rather** [5] - 6:3, 13:21, 14:23, 15:15, 110:22
**re** [4] - 118:13, 118:18, 118:19, 119:6
**re-enter** [1] - 118:13
**re-entry** [2] - 118:18, 118:19, 119:6

**reach** [2] - 61:6, 111:24
**reached** [2] - 14:24, 23:21
**reaching** [1] - 119:15
**read** [9] - 3:20, 16:18, 17:25, 23:4, 29:23, 30:10, 31:23, 78:4, 93:21
**readily** [2] - 48:20, 89:15
**reading** [7] - 24:7, 24:15, 24:16, 50:15, 57:3, 63:18, 94:11
**reads** [1] - 50:17
**ready** [1] - 47:8
**real** [3] - 104:4, 105:4
**reality** [1] - 76:15
**realize** [2] - 66:9, 82:24
**really** [19] - 6:2, 19:20, 24:18, 41:6, 41:11, 44:18, 53:13, 53:21, 55:16, 84:7, 85:3, 86:20, 91:14, 100:16, 100:19, 102:17, 103:6, 112:14
**realm** [1] - 45:17
**reason** [14] - 8:23, 19:25, 25:15, 41:8, 46:14, 46:16, 46:20, 59:13, 64:14, 64:19, 83:25, 92:13, 93:4, 109:6
**reasonable** [1] - 110:15
**reasons** [2] - 39:24, 40:1
**receive** [1] - 79:11
**received** [9] - 3:6, 8:19, 16:10, 25:2, 30:21, 53:23, 66:13, 66:14, 116:6
**receiving** [1] - 65:11
**recent** [1] - 28:18
**receptive** [1] - 39:17
**Recess** [1] - 52:12
**recess** [1] - 105:14
**recidivism** [2] - 83:5, 104:23
**recipient** [1] - 82:18
**recognize** [4] - 53:22, 55:15, 109:9, 109:13
**recollection** [1] - 81:6
**recommend** [6] - 10:10, 10:22, 10:25, 54:21, 97:14, 118:7
**recommendation** [11] - 3:7, 5:18, 10:13,

27:11, 31:12, 33:17, 97:7, 97:8, 117:1, 117:12, 119:11
**recommendations** [2] - 116:23, 117:10
**recommended** [7] - 31:8, 31:24, 62:8, 62:11, 108:22, 108:23, 114:2
**reconnecting** [1] - 60:24
**reconstruct** [1] - 89:22
**reconvene** [1] - 52:10
**record** [23] - 2:4, 2:7, 2:19, 11:20, 17:25, 19:2, 22:22, 28:20, 30:11, 30:16, 42:1, 43:23, 47:10, 49:2, 49:9, 66:3, 86:16, 86:24, 87:12, 87:14, 87:15, 105:18, 116:18
**records** [6] - 3:4, 8:2, 8:11, 9:4, 34:19, 54:18
**recovered** [1] - 73:23
**recruit** [1] - 13:12
**redact** [1] - 92:25
**redactions** [1] - 87:3
**reduced** [4] - 19:7, 19:8, 33:1, 33:20
**reduces** [2] - 26:6, 26:8
**reduction** [8] - 9:15, 9:18, 15:2, 15:7, 16:2, 36:20, 48:5, 48:10
**refer** [1] - 2:20
**reference** [3] - 13:17, 49:6, 49:17
**referenced** [1] - 14:8
**referred** [2] - 80:11, 86:17
**referring** [4] - 20:16, 20:22, 21:2, 63:14
**refers** [1] - 89:2
**reflect** [2] - 34:9, 96:7
**reflections** [1] - 48:12
**reflects** [1] - 6:18
**Reform** [1] - 113:6
**refusal** [4] - 60:17, 61:4, 61:7
**regard** [2] - 100:5, 101:24
**regarding** [7] - 12:9, 13:4, 13:20, 14:3, 49:4, 50:1, 104:18
**regardless** [1] - 49:9
**region** [9] - 56:19,

78:9, 78:24, 79:4, 79:7, 82:13, 93:7, 100:22, 102:24
**regrets** [1] - 63:19
**Regulations** [1] - 46:7
**regulatory** [1] - 106:4
**rehabilitation** [1] - 34:13
**reiterate** [1] - 104:17
**rejection** [1] - 21:25
**related** [1] - 42:4
**relates** [1] - 17:3
**relating** [4] - 5:3, 15:17, 20:7, 20:12
**relation** [5] - 50:2, 99:18, 102:18, 103:25
**relationship** [1] - 103:15
**relative** [1] - 75:13
**relatives** [2] - 42:15, 75:14
**release** [16] - 10:21, 10:22, 31:11, 66:18, 107:16, 110:21, 113:12, 113:14, 113:19, 113:22, 114:15, 114:24, 118:4, 119:15, 119:16
**released** [5] - 66:11, 79:1, 94:17, 118:15, 118:22
**relevance** [2] - 6:3, 70:1
**relevant** [10] - 6:4, 6:17, 34:4, 54:22, 70:2, 80:13, 88:10, 105:16, 105:19, 110:24
**remain** [3] - 48:24, 54:4, 115:16
**remaining** [1] - 61:21
**remains** [2] - 78:12, 78:13
**remarkable** [1] - 78:6
**remarks** [1] - 105:17
**remember** [9] - 37:20, 41:19, 42:5, 53:13, 53:14, 96:9, 96:10, 98:23, 119:22
**remind** [2] - 66:3, 67:5
**remorse** [1] - 108:12
**remove** [1] - 119:13
**repeat** [1] - 80:25
**repeated** [2] - 61:3, 104:10
**repeatedly** [4] - 65:10, 68:7, 86:17, 106:25
**replicated** [1] - 117:21

report [24] - 3:6, 5:2, 5:4, 5:17, 5:18, 5:21, 7:6, 7:10, 9:6, 31:13, 66:12, 74:25, 76:7, 77:17, 78:5, 94:23, 99:21, 101:19, 114:3, 114:25, 115:3, 118:20, 119:4, 119:11
REPORTER [1] - 121:1
Reporter [3] - 1:22, 1:23, 121:11
reporting [1] - 40:3
reports [2] - 26:14, 26:23
represent [3] - 14:1, 15:23, 35:9
representation [1] - 109:16
represented [1] - 9:13
represents [1] - 106:22
Republic [5] - 9:25, 68:9, 81:7, 83:15, 86:4
request [3] - 3:13, 116:14, 116:22
requested [1] - 114:15
requesting [3] - 47:4, 58:19, 62:19
requests [1] - 58:17
required [2] - 59:19, 118:14
residence [1] - 115:2
resilient [1] - 42:8
resolution [2] - 50:23
resolve [4] - 4:24, 5:3, 6:7, 17:4
resolved [1] - 6:8
resources [2] - 84:22, 85:2
respect [50] - 2:22, 6:13, 7:14, 8:13, 8:21, 8:23, 9:4, 9:6, 9:20, 10:14, 11:3, 11:14, 11:15, 12:20, 19:22, 21:7, 31:5, 31:6, 31:16, 34:10, 44:15, 52:22, 53:1, 53:2, 53:8, 53:18, 53:19, 54:19, 54:22, 70:7, 71:12, 79:24, 84:19, 86:15, 93:13, 93:14, 97:13, 105:18, 105:24, 106:20, 106:23, 107:17, 107:24, 108:11, 108:20, 109:15, 111:17,

112:7, 116:23, 117:13
respectfully [3] - 15:4, 15:9, 58:16
respecting [1] - 106:2
respects [1] - 112:12
respond [2] - 14:11, 43:24
responded [1] - 82:9
responds [1] - 82:17
response [1] - 56:13
responsibility [8] - 9:14, 37:8, 61:4, 63:4, 63:6, 63:11, 63:12, 63:23
rest [4] - 32:15, 32:17, 75:9, 79:22
restraints [1] - 96:13
result [5] - 9:23, 22:14, 23:14, 37:8, 116:2
results [2] - 10:2, 10:6
retract [1] - 60:5
retrospect [1] - 99:17
return [4] - 41:15, 43:4, 66:6, 115:3
review [1] - 7:5
reviewed [4] - 3:6, 5:2, 68:1, 69:12
richest [2] - 84:5, 84:14
rid [1] - 100:15
rights [1] - 94:9
risk [5] - 67:22, 83:5, 108:7, 108:9, 114:10
risky [1] - 87:23
RMR [2] - 1:22, 121:10
road [1] - 31:1
ROBERT [1] - 1:18
Robert [2] - 86:2, 86:3
role [10] - 44:22, 53:5, 53:8, 58:5, 59:1, 80:5, 95:1, 95:8, 95:11
Romano [3] - 18:18, 22:2, 22:16
room [1] - 97:2
Room [2] - 1:23, 121:11
rounded [1] - 40:7
routinely [1] - 65:24
royal [1] - 57:8
Rudy [2] - 56:24, 95:24
ruin [1] - 81:18
Rule [19] - 16:21, 19:1, 25:10, 25:13, 26:17, 27:4, 28:1, 33:1, 35:7, 35:10, 46:24, 47:11, 47:25, 70:21,

71:5, 80:18, 97:13, 110:1, 111:19
ruler [1] - 96:12
rules [3] - 7:12, 50:11, 91:23
run [10] - 26:7, 31:9, 32:21, 33:6, 46:10, 56:2, 62:24, 70:23, 110:13, 112:23
running [1] - 70:15
Russia [6] - 39:22, 86:5, 91:24, 103:4, 104:1

## S

safety [2] - 72:16, 75:11
sake [1] - 30:22
SALGADO [81] - 1:11, 2:6, 3:14, 3:17, 3:21, 4:4, 4:6, 5:22, 10:16, 11:5, 11:19, 12:4, 12:7, 12:21, 12:24, 13:3, 14:15, 14:20, 15:1, 15:20, 16:6, 16:8, 16:11, 16:16, 16:18, 16:25, 17:2, 17:17, 18:8, 18:12, 25:6, 25:10, 25:13, 33:11, 33:14, 34:23, 36:7, 36:17, 36:24, 37:9, 37:12, 37:22, 38:2, 38:20, 38:23, 39:2, 39:9, 39:24, 40:16, 41:13, 41:18, 41:23, 42:1, 42:24, 43:22, 49:3, 50:25, 51:2, 51:5, 55:1, 55:24, 57:5, 57:7, 57:13, 57:21, 58:7, 58:11, 58:14, 58:22, 59:3, 59:6, 62:10, 62:13, 62:20, 87:5, 104:17, 116:19, 119:23, 120:2, 120:7, 120:12
Salgado [23] - 2:7, 3:12, 4:3, 10:15, 11:3, 11:18, 18:20, 19:3, 21:6, 22:4, 22:20, 26:13, 30:17, 34:21, 51:7, 54:25, 62:23, 63:17, 104:15, 104:16, 106:10, 116:18, 119:20
sand [1] - 76:13
sat [1] - 33:16
satisfied [1] - 7:1

Saudi [6] - 21:2, 45:19, 51:14, 51:23, 96:15, 103:22
save [1] - 86:4
saved [3] - 9:16, 82:11
saving [1] - 86:1
saw [5] - 18:19, 31:23, 51:10, 85:16, 94:8
scarring [1] - 81:17
schedule [2] - 118:18, 119:5
scheme [12] - 9:10, 13:9, 37:14, 38:9, 38:11, 38:13, 38:16, 55:7, 55:12, 57:1, 65:7, 94:24
seal [26] - 2:1, 2:15, 2:20, 6:13, 6:17, 43:19, 45:11, 45:13, 46:4, 48:24, 50:24, 51:1, 52:13, 52:14, 54:11, 86:8, 86:12, 86:13, 86:14, 86:22, 93:23, 115:8, 115:16, 115:17
sealed [4] - 43:6, 43:17, 54:13, 87:16
sealing [2] - 43:8, 86:21
sealings [1] - 115:7
search [1] - 13:24
seat [1] - 7:8
second [18] - 5:4, 9:25, 20:15, 20:24, 20:25, 31:15, 50:5, 60:8, 63:15, 65:17, 66:2, 86:9, 88:3, 95:11, 95:12, 117:4, 117:7
Section [16] - 3:5, 5:15, 7:14, 7:17, 8:4, 8:5, 9:11, 10:11, 10:20, 34:5, 49:14, 113:7, 113:24, 115:23, 116:7
sections [1] - 47:24
securing [1] - 89:25
see [17] - 18:12, 26:16, 28:15, 45:13, 56:17, 57:6, 60:7, 60:18, 61:4, 80:10, 80:15, 83:2, 92:3, 96:2, 112:4, 112:13, 119:17
seek [1] - 56:22
seeking [6] - 52:19, 56:14, 58:4, 100:22, 100:23
seeks [1] - 108:23
seem [3] - 41:19,

51:18, 52:18
SEFRANEK [1] - 121:3
Sefranek [3] - 1:22, 121:10, 121:10
seized [1] - 87:19
self [2] - 117:22, 118:1
self-deport [2] - 117:22, 118:1
send [8] - 61:25, 62:6, 62:16, 82:15, 105:9, 106:19, 112:14
senior [5] - 36:4, 39:3, 40:3, 40:8, 57:8
sense [5] - 24:6, 26:23, 43:10, 107:2, 107:20
sensical [1] - 49:20
sensitive [1] - 2:20
sent [10] - 27:20, 42:2, 49:15, 75:22, 82:3, 82:5, 82:8, 82:13, 82:25, 97:14
sentence [92] - 2:17, 2:23, 5:13, 5:16, 6:18, 7:13, 10:10, 18:7, 18:11, 19:7, 24:10, 24:12, 25:1, 25:16, 25:17, 25:25, 26:1, 26:3, 26:4, 26:5, 26:8, 26:9, 26:10, 27:2, 27:4, 27:5, 27:6, 27:8, 27:13, 28:6, 28:10, 30:23, 31:8, 31:9, 31:18, 31:24, 32:11, 32:25, 33:9, 33:20, 34:6, 34:8, 34:11, 34:17, 34:18, 53:16, 54:1, 54:21, 60:22, 62:24, 66:7, 66:11, 67:13, 70:24, 71:1, 71:3, 71:12, 105:13, 107:25, 108:19, 108:21, 109:1, 109:3, 109:4, 109:11, 109:19, 109:21, 110:4, 110:13, 110:19, 110:20, 110:21, 110:25, 111:6, 111:9, 111:10, 111:11, 111:14, 111:15, 111:18, 111:21, 111:25, 112:9, 112:22, 115:2, 115:24, 116:1, 116:5, 116:8, 116:17
sentenced [9] - 6:21,

6:23, 27:24, 33:16,
35:4, 66:15, 76:3,
109:19, 113:11
**sentences** [6] - 6:11,
27:13, 28:2, 34:20,
108:20, 111:3
**Sentencing** [1] - 113:6
**sentencing** [51] - 3:1,
3:8, 3:11, 3:18, 4:11,
5:18, 6:10, 7:11,
7:12, 11:4, 11:15,
15:7, 16:4, 17:9,
18:3, 20:2, 20:6,
21:12, 26:16, 30:11,
31:6, 34:8, 34:22,
35:4, 35:8, 35:10,
44:8, 44:18, 46:24,
47:11, 47:25, 49:7,
51:13, 51:25, 54:15,
54:23, 60:2, 64:8,
65:18, 69:18, 75:19,
75:21, 75:23, 78:5,
104:24, 106:18,
107:21, 113:8,
114:3, 116:2, 116:6
**SENTENCING** [2] -
1:4, 1:8
**separate** [4] - 7:20,
36:15, 51:12, 51:17
**separately** [1] - 40:13
**September** [6] - 5:19,
33:15, 66:8, 66:20,
97:22, 112:24
**serious** [2] - 74:14,
106:7
**seriously** [3] - 58:2,
61:5, 102:8
**seriousness** [2] -
34:9, 60:7
**serve** [1] - 113:11
**served** [9] - 23:19,
27:5, 68:9, 108:23,
109:8, 110:19,
110:20, 111:11,
112:17
**service** [1] - 103:21
**services** [1] - 65:12
**serving** [4] - 32:14,
32:24, 33:8, 109:3
**set** [3] - 5:21, 7:9,
31:13
**setting** [1] - 73:2
**seven** [2] - 19:6, 85:19
**several** [4] - 47:11,
56:5, 117:4
**severe** [2] - 108:2,
116:3
**sex** [8] - 59:13, 67:20,
68:2, 68:12, 80:11,
81:7, 81:15, 81:19

**sexual** [5] - 10:1, 10:5,
61:23, 105:6, 107:8
**sexually** [2] - 9:21,
106:25
**shadow** [1] - 60:16
**shake** [1] - 72:13
**shall** [7] - 7:19, 10:20,
21:18, 113:25,
114:22, 114:24,
115:3
**sham** [3] - 95:20,
95:23, 95:24
**share** [1] - 114:16
**Shea** [1] - 37:20
**shift** [1] - 42:11
**short** [1] - 86:12
**shortens** [1] - 77:2
**shorter** [1] - 81:15
**showed** [2] - 96:11,
108:12
**shown** [1] - 108:12
**sickler** [2] - 66:12,
76:8
**side** [5] - 40:5, 40:6,
87:11, 107:12,
107:13
**sides** [3] - 24:15,
41:10, 70:7
**significant** [5] - 15:11,
35:15, 53:8, 53:11,
53:23
**similar** [4] - 34:19,
72:5, 83:24
**similarly** [2] - 6:12,
13:20
**simple** [1] - 52:1
**simply** [1] - 111:10
**Sinai** [2] - 73:16,
73:25
**sit** [2] - 4:20, 14:9
**sitting** [7] - 19:13,
31:21, 32:1, 43:15,
96:12, 96:13, 105:21
**situated** [1] - 6:12
**situation** [5] - 77:21,
87:23, 96:14, 105:7,
118:25
**situations** [1] - 45:22
**six** [10] - 37:5, 53:16,
66:10, 66:19, 66:20,
66:21, 67:2, 83:11,
97:20, 97:22
**Sixth** [3] - 22:9, 96:24,
97:24
**size** [2] - 11:11, 11:16
**skillful** [1] - 24:9
**skip** [1] - 12:7
**sleeping** [1] - 102:3
**slightest** [1] - 63:6
**smaller** [1] - 19:9

**smarter** [1] - 60:25
**socially** [2] - 73:3,
73:5
**solid** [1] - 99:22
**solitary** [10] - 72:6,
72:18, 72:21, 72:23,
73:4, 73:7, 73:10,
77:22, 108:14
**someone** [12] - 38:14,
65:25, 72:14, 77:6,
82:3, 82:12, 82:15,
86:11, 92:16, 92:17,
106:22, 107:5
**sometime** [1] - 27:3
**sometimes** [1] - 78:13
**somewhat** [1] - 33:24
**soon** [4] - 41:22, 52:8,
64:2, 99:21
**sooner** [1] - 119:19
**sophisticated** [6] -
9:1, 94:24, 95:5,
95:17, 95:22, 96:1
**sorrow** [1] - 102:10
**sorry** [18] - 16:8,
16:14, 18:8, 24:23,
25:12, 32:22, 38:22,
50:25, 56:5, 57:3,
57:23, 58:18, 62:10,
66:2, 74:25, 76:21,
78:18, 104:8
**sort** [18] - 2:18, 6:10,
65:4, 65:15, 67:9,
70:7, 70:18, 73:6,
73:11, 80:9, 80:11,
82:18, 89:4, 90:6,
92:8, 93:24, 94:1,
94:8
**sorts** [2] - 65:11,
86:14
**sought** [5] - 19:4,
53:16, 59:25, 64:19,
65:9
**sounds** [1] - 41:5
**source** [2] - 35:23,
84:2
**space** [1] - 60:15
**spaces** [1] - 40:8
**Special** [3] - 2:8, 12:1,
30:20
**special** [10] - 11:2,
31:11, 59:24, 73:1,
85:25, 87:18, 88:7,
88:11, 113:23,
114:13
**species** [1] - 56:12
**specific** [4] - 60:19,
81:1, 101:23, 104:18
**specifically** [4] -
11:21, 16:2, 33:7,
47:10

**specifics** [1] - 48:23
**specified** [2] - 5:14,
34:5
**spectrum** [2] - 107:12,
107:13
**speculate** [4] - 30:3,
41:6, 46:15, 98:13
**spell** [2] - 74:15, 74:22
**spend** [2] - 33:23,
79:15
**spent** [4] - 40:22,
81:19, 98:24
**spinoff** [2] - 89:2, 89:6
**spirit** [1] - 90:16
**spring** [1] - 22:20
**squad** [2] - 45:20
**squads** [1] - 45:19
**stability** [1] - 78:24
**staff** [1] - 86:11
**Stamm** [7] - 13:20,
13:22, 14:3, 30:9,
30:13, 83:13
**stamm's** [1] - 13:25
**stand** [4] - 21:6,
41:14, 49:17, 50:19
**standard** [1] - 50:11
**stands** [2] - 33:6,
72:10
**start** [13] - 5:17, 37:12,
54:7, 54:24, 55:2,
57:22, 65:3, 87:6,
105:20, 112:19,
112:23, 118:14,
119:16
**started** [1] - 29:15
**starting** [4] - 2:5,
36:17, 55:14, 94:16
**state** [4] - 2:4, 106:16,
110:22, 114:7
**statement** [8] - 6:22,
20:18, 34:25, 40:2,
56:24, 60:3, 60:5,
86:12
**statements** [9] - 3:4,
4:10, 8:1, 8:9, 8:21,
18:16, 34:14, 54:17,
104:19
**states** [3] - 13:5,
56:22, 59:12
**STATES** [3] - 1:1, 1:2,
1:9
**States** [24] - 1:23, 2:3,
13:14, 38:7, 38:15,
42:4, 46:10, 57:10,
68:13, 68:15, 73:15,
77:7, 81:8, 82:22,
87:22, 88:1, 90:18,
92:16, 93:16, 99:19,
104:1, 114:17,
115:1, 117:19

**States'** [1] - 93:10
**status** [6] - 12:19,
26:14, 26:23, 41:17,
71:22, 71:23
**statute** [7] - 5:14,
69:1, 69:2, 69:4,
69:9, 69:13, 116:9
**statutes** [1] - 56:5
**statutory** [4] - 7:13,
10:12, 70:25, 115:24
**stay** [5] - 33:18, 46:4,
87:19, 87:24, 88:18,
100:2
**stayed** [2] - 88:8,
88:16
**staying** [1] - 76:9
**stellar** [1] - 60:15
**stenographic** [1] -
121:5
**step** [8] - 5:1, 5:4, 5:9,
5:12, 5:16, 39:12,
52:11
**STEPHEN** [1] - 1:15
**steps** [3] - 4:20, 4:22,
39:12
**Steve** [3] - 2:11, 87:22,
88:1
**still** [28] - 19:25, 33:6,
33:8, 36:12, 41:18,
43:20, 46:2, 46:11,
47:1, 51:1, 52:14,
52:25, 68:21, 73:9,
73:10, 73:11, 74:11,
77:8, 78:15, 78:16,
81:8, 82:24, 90:13,
93:9, 97:8, 97:19,
102:20, 115:11
**stop** [2] - 51:5, 100:11
**stopped** [1] - 100:11
**stops** [1] - 61:19
**story** [2] - 78:19,
103:2
**straight** [1] - 60:8
**strange** [1] - 103:20
**strategic** [1] - 103:25
**strategy** [1] - 40:7
**straw** [1] - 44:23
**Street** [1] - 1:16
**stress** [2] - 74:20, 75:9
**stretch** [3] - 28:13,
29:4, 29:24
**strike** [5] - 35:13,
63:16, 63:17, 93:3,
112:19
**strikes** [1] - 55:19
**stroke** [5] - 74:25,
75:1, 75:3, 75:6,
108:4
**strong** [7] - 27:16,
79:9, 80:18, 80:22,

92:2, 106:19, 112:14
**strongest** [2] - 61:9, 61:10
**strongly** [1] - 97:3
**stuck** [1] - 91:1
**stuff** [13] - 67:21, 68:8, 74:19, 78:14, 80:12, 81:3, 81:14, 82:21, 82:24, 90:25, 93:1, 100:17, 101:17
**subject** [2] - 10:5, 95:13
**submission** [2] - 8:9, 8:21
**submit** [2] - 80:1, 80:2
**submitted** [4] - 3:8, 3:10, 66:13, 76:7
**subpoena** [2] - 87:17, 87:20
**subsection** [1] - 110:11
**subsequently** [1] - 44:17
**substance** [2] - 114:8, 114:10
**substantial** [16] - 5:7, 17:7, 17:22, 18:2, 19:4, 20:21, 21:17, 29:16, 36:5, 41:2, 52:25, 54:2, 54:8
**substantially** [1] - 52:21
**substantive** [1] - 8:6
**subtle** [2] - 39:11, 42:25
**succeeded** [1] - 40:17
**successfully** [1] - 65:19
**suffice** [1] - 32:13
**sufficient** [2] - 34:6, 97:4
**suggest** [1] - 110:17
**suggests** [1] - 12:12
**suicide** [2] - 13:25, 30:13
**Suite** [1] - 1:16
**sun** [1] - 76:12
**super** [1] - 95:21
**supervised** [10] - 10:20, 10:22, 31:11, 113:12, 113:14, 113:19, 113:22, 117:23, 118:4
**supervision** [7] - 32:15, 32:24, 33:9, 113:25, 114:5, 118:14
**supervisor** [1] - 22:21
**support** [9] - 3:10,

20:9, 20:15, 21:1, 24:2, 32:1, 40:14, 92:12, 100:23
**supports** [1] - 97:3
**suppose** [2] - 39:15, 112:23
**supposed** [5] - 38:16, 38:17, 42:3, 90:1, 90:13
**supposedly** [1] - 18:16
**Supreme** [1] - 22:10
**surgery** [3] - 73:16, 73:18, 108:3
**surprise** [2] - 23:24, 83:15
**surprising** [1] - 35:19
**surrogates** [1] - 40:11
**surveyed** [1] - 37:13
**surveying** [1] - 55:4
**suspect** [4] - 24:17, 35:7, 39:24, 109:25
**suspended** [1] - 114:9
**swear** [1] - 103:1
**switched** [1] - 22:14
**sympathy** [1] - 96:11
**system** [5] - 28:25, 37:17, 55:9, 55:13, 55:18

---

# T

**table** [2] - 2:8, 22:25
**taint** [1] - 96:24
**talks** [3] - 55:22, 55:25, 111:2
**TAMARA** [1] - 121:3
**Tamara** [3] - 1:22, 121:10, 121:10
**tangible** [1] - 44:5
**target** [1] - 99:24
**target's** [1] - 44:14
**technical** [1] - 106:3
**ten** [18] - 23:3, 25:3, 26:3, 26:4, 32:14, 32:24, 32:25, 33:16, 33:18, 33:19, 33:20, 33:23, 67:17, 70:20, 71:2, 71:3, 85:18, 97:17
**ten-year** [3] - 32:25, 33:20, 70:20
**tend** [1] - 52:21
**tension** [1] - 99:11
**term** [13] - 10:20, 33:9, 75:5, 75:12, 109:9, 110:12, 110:15, 111:11, 112:18, 112:24, 113:10, 113:11, 113:21

**termination** [1] - 115:4
**terms** [9] - 44:19, 48:23, 63:4, 63:22, 68:4, 77:18, 81:1, 89:25, 92:3
**terrible** [1] - 101:13
**terribly** [1] - 85:6
**terrorist** [2] - 20:9, 20:16, 21:1
**tertiary** [1] - 37:3
**testified** [1] - 40:1
**testifies** [3] - 88:9, 88:14, 90:11
**testify** [2] - 88:19, 90:18
**testimony** [2] - 35:18, 39:25
**testing** [1] - 114:9
**text** [2] - 40:2, 42:5
**THE** [214] - 1:1, 1:1, 1:8, 2:2, 2:9, 2:14, 3:16, 3:20, 3:23, 4:2, 4:5, 4:16, 4:19, 5:23, 6:2, 6:22, 6:25, 7:2, 7:3, 7:7, 7:8, 10:17, 10:19, 11:6, 11:8, 11:25, 12:6, 12:19, 12:22, 13:1, 14:10, 14:17, 14:21, 15:13, 16:5, 16:7, 16:9, 16:14, 16:17, 16:23, 17:1, 17:16, 18:5, 18:9, 18:14, 19:3, 24:7, 24:23, 25:4, 25:7, 25:12, 25:15, 25:21, 25:24, 26:20, 26:25, 28:3, 28:13, 28:20, 29:18, 29:21, 30:3, 30:7, 30:25, 31:19, 31:22, 31:23, 32:3, 32:12, 32:25, 33:4, 33:10, 33:13, 34:3, 35:13, 36:10, 36:23, 37:1, 37:11, 37:19, 38:1, 38:11, 38:22, 38:25, 39:6, 39:15, 40:9, 41:5, 41:17, 41:19, 41:25, 42:23, 43:5, 44:1, 49:1, 50:24, 51:1, 51:3, 52:4, 52:14, 54:14, 55:23, 57:3, 57:6, 57:11, 57:20, 58:3, 58:9, 58:13, 58:18, 58:24, 59:5, 62:8, 62:11, 62:19, 62:21, 63:1, 63:16, 63:22, 66:2, 67:5, 67:10, 67:13, 68:3,

68:7, 68:11, 68:16, 68:20, 69:22, 70:13, 70:16, 70:22, 71:1, 71:6, 71:9, 71:24, 72:2, 72:8, 72:20, 73:6, 73:18, 73:21, 73:22, 74:7, 74:12, 74:16, 74:22, 75:1, 75:3, 75:5, 75:18, 75:21, 76:1, 76:21, 76:24, 77:9, 77:12, 78:17, 79:15, 79:23, 81:5, 82:2, 82:14, 83:4, 84:2, 84:6, 84:9, 84:17, 84:19, 85:1, 85:6, 85:12, 86:9, 87:9, 91:20, 91:23, 93:20, 95:9, 95:16, 95:20, 97:8, 97:11, 98:4, 99:6, 99:7, 104:13, 104:15, 105:11, 105:15, 113:18, 113:21, 115:15, 116:20, 116:22, 117:3, 117:6, 117:9, 117:12, 117:17, 117:24, 118:2, 118:6, 118:10, 118:11, 118:17, 118:23, 119:3, 119:8, 119:14, 119:18, 119:25, 120:4, 120:8, 120:14
**theme** [1] - 59:9
**then-potential** [1] - 100:23
**they've** [1] - 21:19
**thinking** [10] - 24:16, 24:17, 26:4, 30:4, 43:16, 94:4, 100:21, 103:11, 103:16, 111:4
**thinks** [2] - 84:21, 93:9
**third** [6] - 5:9, 10:3, 54:2, 60:19, 63:12, 77:23
**thousandth** [1] - 83:1
**three** [12] - 4:7, 7:23, 10:6, 10:21, 10:23, 14:7, 19:8, 33:15, 42:12, 98:24, 102:1, 105:4
**throughout** [1] - 94:1
**throw** [1] - 43:14
**thumb** [1] - 32:16
**ticket** [2] - 41:15, 42:13
**tickets** [2] - 41:2,

42:12
**timeline** [1] - 49:24
**timely** [2] - 9:16, 47:12
**timing** [1] - 19:17
**Title** [1] - 56:6
**titles** [1] - 56:5
**today** [16] - 3:1, 3:13, 3:24, 4:3, 4:17, 7:11, 14:1, 22:3, 22:16, 40:5, 43:6, 54:14, 61:2, 62:7, 80:15, 108:12
**today's** [1] - 4:19
**together** [2] - 79:21, 80:9
**tolerated** [1] - 112:15
**toll** [1] - 108:16
**tolled** [1] - 118:12
**Tom** [1] - 47:18
**tomorrow** [1] - 101:5
**Tony** [1] - 78:12
**took** [6] - 45:17, 55:17, 68:8, 82:10, 100:11, 100:19
**top** [2] - 37:6, 53:14
**topics** [1] - 88:10
**torn** [1] - 104:5
**torturous** [1] - 102:5
**total** [3] - 8:20, 9:1, 22:17
**totality** [1] - 3:21
**totally** [2] - 101:1, 103:17
**touch** [3] - 47:7, 78:13, 101:24
**tough** [1] - 112:9
**towards** [4] - 20:15, 20:25, 78:8, 78:23
**town** [1] - 42:13
**toy** [1] - 78:20
**track** [1] - 22:13
**tracking** [1] - 12:8
**traction** [1] - 61:19
**traditional** [1] - 29:15
**Traffic** [1] - 46:7
**trafficking** [2] - 15:17, 68:2
**transaction** [3] - 8:19, 95:20, 95:23
**transactional** [2] - 48:18, 89:17
**transactions** [1] - 9:9
**transcript** [11] - 19:1, 23:20, 24:10, 28:1, 28:4, 29:23, 48:3, 87:2, 97:19, 121:4, 121:6
**TRANSCRIPT** [1] - 1:8
**transcripts** [1] - 18:12
**transfer** [5] - 23:18,

24:4, 24:21, 24:22,
57:10
**transferred** [2] -
37:16, 55:8
**transient** [1] - 75:15
**transportation** [1] -
10:4
**transported** [1] -
76:14
**transporting** [3] -
9:21, 59:17, 83:2
**traumatized** [2] -
78:16, 99:25
**traumatizing** [2] -
79:19, 79:20
**traveling** [2] - 57:14,
57:17
**tread** [1] - 50:6
**treat** [1] - 77:23
**treated** [1] - 7:19
**Treatment** [1] - 115:3
**treatment** [1] - 115:5
**treaty** [3] - 24:4,
24:21, 24:22
**tremendous** [2] -
75:9, 99:13
**tremendously** [1] -
77:17
**trial** [4] - 9:17, 13:1,
13:2, 19:17
**tried** [5] - 6:10, 56:14,
56:16, 64:21, 65:2
**triple** [2] - 73:18,
73:20
**trouble** [3] - 99:24,
104:4, 106:7
**troublesome** [1] -
61:15
**troubling** [1] - 106:24
**true** [4] - 33:24,
102:21, 121:4, 121:5
**truly** [3] - 48:7, 48:18,
103:18
**Trump** [13] - 39:19,
39:22, 40:12, 40:17,
41:7, 42:10, 44:17,
46:17, 92:7, 103:4,
103:13
**trust** [1] - 90:24
**trusting** [1] - 23:7
**truth** [3] - 17:5, 30:23,
88:22
**truthful** [2] - 65:20,
88:21
**try** [5] - 30:4, 30:18,
84:25, 89:22, 92:9
**trying** [12] - 21:24,
28:23, 30:22, 41:23,
44:6, 65:3, 78:23,
91:16, 92:12, 92:14,

92:15, 96:14
**tune** [1] - 67:2
**turmoil** [1] - 99:25
**turn** [2] - 100:25,
101:25
**turned** [3] - 67:11,
67:12, 67:14
**turning** [1] - 7:12
**turns** [2] - 83:14,
83:15
**twice** [6] - 10:24,
71:25, 72:1, 74:10,
76:3, 108:13
**two** [33] - 9:8, 9:15,
14:23, 15:14, 19:23,
20:22, 27:2, 32:21,
36:8, 45:13, 45:14,
49:4, 49:7, 56:12,
60:23, 61:17, 64:16,
65:11, 67:10, 73:10,
73:11, 76:19, 76:24,
77:12, 77:13, 84:5,
95:9, 101:5, 102:23,
109:5, 117:8
**two-level** [1] - 9:15
**type** [8] - 23:22, 60:10,
60:11, 81:23, 107:7,
110:18, 111:21,
112:14
**types** [3] - 34:20,
61:19, 108:20
**typical** [3] - 67:18,
81:13, 81:14
**typically** [1] - 118:12

# U

**U.S** [13] - 17:13, 20:14,
20:25, 35:23, 37:17,
64:1, 79:7, 79:9,
79:10, 100:22,
101:6, 115:18,
117:25
**U.S.C** [12] - 3:5, 5:15,
7:13, 7:17, 8:5,
10:19, 34:5, 55:16,
113:7, 113:24,
115:23, 116:7
**UAE** [33] - 20:23,
37:16, 38:13, 38:16,
39:1, 39:16, 40:3,
43:3, 51:15, 51:22,
55:8, 56:20, 57:9,
57:10, 61:8, 65:2,
79:6, 79:8, 79:24,
80:5, 85:9, 87:21,
87:25, 91:24, 93:4,
93:5, 93:6, 94:6,
96:12, 103:20,
103:21

**unable** [2] - 6:15,
116:13
**unanimously** [1] -
50:14
**uncertain** [1] - 81:5
**unclear** [1] - 82:8
**uncontested** [1] -
73:14
**under** [59] - 2:1, 2:20,
4:7, 6:10, 6:13, 6:17,
7:17, 8:4, 8:12, 9:15,
9:18, 10:11, 10:19,
15:7, 16:21, 21:19,
32:16, 33:1, 37:17,
43:19, 45:11, 45:13,
46:4, 48:24, 50:24,
51:1, 52:13, 52:14,
54:11, 55:9, 66:11,
66:18, 70:12, 71:5,
75:8, 86:8, 86:13,
86:14, 86:22, 88:12,
88:14, 88:23, 90:1,
90:11, 90:19, 93:23,
96:20, 98:25, 99:1,
104:10, 112:18,
115:8, 115:16,
115:17, 115:25,
117:18
**undermine** [3] - 28:25,
30:18, 92:9
**undersigned** [1] -
17:10
**undischarged** [5] -
110:12, 110:15,
110:19, 110:20,
110:21
**undo** [2] - 96:24,
101:12
**undoubtedly** [1] -
107:10
**unfair** [1] - 32:19
**unfortunately** [3] -
33:25, 100:5, 100:20
**unfriendly** [1] - 106:6
**unique** [1] - 105:7
**unit** [2] - 74:10, 74:13
**United** [26] - 1:23, 2:3,
13:14, 38:7, 38:15,
42:3, 46:10, 57:8,
57:10, 68:12, 68:15,
73:15, 77:7, 81:8,
82:22, 87:22, 87:25,
90:18, 92:16, 93:10,
93:15, 99:19,
103:25, 114:17,
115:1, 117:19
**UNITED** [3] - 1:1, 1:2,
1:9
**unlawful** [1] - 115:20
**unlawfully** [1] - 114:8

**unless** [2] - 39:13,
54:10
**unseal** [6] - 2:16,
54:12, 86:19, 86:25,
87:6, 87:14
**unsophisticated** [2] -
95:21, 95:22
**unusual** [2] - 44:12,
65:18
**unwarranted** [1] -
34:18
**unwilling** [1] - 82:18
**up** [39] - 11:17, 19:7,
19:23, 21:6, 26:15,
26:18, 31:15, 35:1,
37:25, 42:7, 43:21,
45:1, 49:5, 49:15,
51:8, 51:16, 55:9,
61:16, 64:4, 67:25,
69:17, 70:24, 78:20,
80:16, 86:17, 89:1,
90:6, 90:12, 90:22,
91:25, 94:5, 94:10,
95:20, 95:22, 95:24,
100:5, 100:20,
108:21, 117:25
**update** [1] - 74:8
**upstream** [1] - 36:11
**upward** [3] - 54:5,
61:10, 62:5
**urge** [2] - 36:2, 105:9
**useful** [1] - 21:7

# V

**value** [5] - 11:20,
14:25, 43:23, 44:20,
53:19
**variance** [11] - 54:5,
58:5, 58:23, 59:1,
61:10, 62:5, 109:8,
111:7, 112:2, 112:3,
113:4
**various** [5] - 24:2,
64:22, 89:2, 101:10,
115:10
**vary** [1] - 112:20
**vast** [1] - 79:2
**veer** [2] - 15:10, 17:20
**venued** [1] - 27:21
**versus** [1] - 92:7
**victim** [2] - 9:8, 68:16
**Victor** [1] - 2:6
**VICTOR** [1] - 1:11
**view** [4] - 18:10, 62:9,
62:12, 84:19
**viewing** [1] - 27:18
**views** [7] - 29:5,
31:16, 31:17, 52:22,
53:1, 53:19, 115:6

**vigilant** [1] - 61:21
**vintage** [1] - 28:18
**violate** [2] - 58:18,
69:8
**violated** [3] - 56:4,
63:20, 64:1
**violating** [1] - 22:8
**violation** [7] - 3:5,
7:13, 7:17, 8:5,
96:24, 96:25, 116:1
**violations** [4] - 46:7,
46:8, 47:19, 81:4
**violators** [1] - 61:22
**Virginia** [6] - 17:9,
27:15, 27:21, 31:10,
111:22, 117:20
**visibly** [1] - 96:6
**visited** [2] - 67:2, 99:2
**visits** [2] - 75:13,
75:14
**Vladimir** [2] - 93:24,
93:25
**voraciously** [1] -
94:11
**vs** [1] - 1:4
**vulnerabilities** [1] -
61:12
**vulnerable** [1] - 64:11

# W

**wait** [1] - 27:1
**waited** [1] - 27:3
**waived** [1] - 115:21
**walking** [1] - 46:12
**Wallet** [8] - 12:10,
12:12, 12:13, 12:18,
19:10, 19:12, 19:15,
95:7
**WALTERS** [1] - 1:18
**wants** [5] - 24:11,
24:14, 54:11, 79:18,
99:4
**warrant** [3] - 5:7,
13:24, 62:6
**Washington** [7] - 1:5,
1:13, 1:17, 1:24,
46:9, 114:21, 121:12
**Watkins** [5] - 84:24,
89:20, 89:22, 91:3,
109:16
**ways** [3] - 61:8, 81:18,
93:2
**weak** [1] - 63:22
**wealth** [1] - 72:12
**wealthiest** [1] - 44:16
**weigh** [2] - 36:24,
113:3
**weighing** [1] - 37:1
**weight** [3] - 52:25,

70:8, 112:4
**welcome** [2] - 44:3,
69:22
**well-received** [1] -
30:21
**West** [1] - 1:16
**WhatsApp** [3] - 59:18,
82:4, 83:1
**whatsoever** [3] -
35:11, 104:9, 104:10
**white** [3] - 46:25,
59:21, 90:17
**whole** [6] - 21:23,
23:19, 87:1, 91:23,
97:3, 103:2
**Willett** [4] - 31:25,
33:14, 33:25, 95:2
**Willett's** [1] - 31:20
**win** [1] - 92:11
**wish** [2] - 5:10, 49:21
**wishful** [2] - 103:10,
103:16
**witch** [1] - 60:4
**withdraw** [1] - 74:19
**withdrew** [3] - 22:19,
47:7, 89:22
**witness** [2] - 14:6,
28:8
**women** [1] - 93:7
**won** [1] - 93:2
**wonderful** [1] - 29:3
**wondering** [1] - 43:10
**woodwork** [1] - 83:23
**word** [3] - 29:23, 50:8
**words** [3] - 85:13,
90:10, 99:16
**works** [1] - 98:6
**world** [9] - 25:24,
61:17, 64:17, 77:23,
84:5, 84:15, 94:13,
106:4, 107:16
**worldwide** [3] - 72:11,
83:18, 102:22
**worse** [1] - 100:5
**worst** [2] - 74:5, 77:6
**worth** [1] - 35:11
**worthy** [2] - 36:5, 48:4
**wrapped** [3] - 26:18,
35:1, 90:12
**wraps** [1] - 89:1
**write** [1] - 51:9
**written** [2] - 51:16,
51:25
**wrongdoings** [1] -
95:4
**wrote** [5] - 22:16,
33:17, 45:1, 51:8,
51:9

## Y

**year** [20] - 25:9, 25:11,
25:13, 26:6, 32:25,
33:20, 35:8, 50:1,
60:23, 68:25, 70:20,
76:20, 76:21, 77:13,
78:2, 81:19, 101:5,
102:2, 109:21,
112:18
**years** [73] - 7:14,
10:21, 10:23, 15:4,
19:6, 19:8, 23:3,
25:3, 26:3, 26:5,
26:8, 26:9, 27:2,
27:6, 27:9, 32:14,
32:24, 33:1, 33:16,
33:18, 33:23, 36:18,
37:20, 39:10, 48:20,
60:21, 60:23, 61:17,
68:1, 69:1, 69:21,
70:13, 70:15, 70:24,
71:2, 71:3, 71:6,
71:18, 71:21, 76:16,
76:19, 76:24, 77:12,
77:13, 77:18, 77:19,
79:19, 80:16, 85:18,
85:19, 86:14, 96:7,
96:19, 97:17, 97:20,
98:20, 98:24, 98:25,
99:8, 99:12, 99:15,
99:17, 102:2, 105:4,
108:4, 108:5, 112:8,
112:16
**York** [3] - 1:12,
100:11, 103:9
**you-all** [2] - 31:1,
109:19
**young** [1] - 81:12
**younger** [2] - 78:12,
80:12
**yourself** [4] - 23:5,
73:3, 73:5, 85:23
**yourselves** [1] - 23:5
**youth** [2] - 10:1, 78:10

## Z

**Zayed** [1] - 64:17
**zero** [2] - 10:2, 26:22

SEALED PROCEEDINGS