IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 1:20-cr-00103 (RDM) |
| : | |
| GEORGE NADER : | |
| : | |
| : | |

**DEFENDANT'S EMERGENCY MOTION FOR
LIMITED DISCLOSURE OF SEALED MATERIALS RELATING TO MOTION FOR
SPECIFIC PERFORMANCE**

Defendant George Nader, through counsel, respectfully submits this Emergency Motion for Limited Disclosure of Sealed Materials Relating to Motion for Specific Performance. Mr. Nader seeks an Order from this Court authorizing the disclosure of sealed materials relating to his Motion for Specific Performance of Plea Offer Tendered to Conflicted Counsel ("Motion for Specific Performance") to Mr. Nader's counsel at Coburn & Greenbaum PLLC and the opposing party, Latham & Watkins LLP ("Latham"), in the case Mr. Nader has filed in this Court seeking to vacate the arbitration award issued against him, Case No. 23-cv-02520 (the "Vacatur Case").

The government takes no position on this Motion.

**DISCUSSION**

1.  On October 10, 2023, Mr. Nader filed a First Amended Petition to Vacate Arbitration Award against Latham ("Petition to Vacate"). Vacatur Case, ECF No. 15. Mr. Nader is represented in that case by Mr. Barry Coburn at Coburn & Greenbaum PLLC, and not by undersigned counsel who represented him in this case, Case No. 1:20-cr-00103 (RDM) (the "Criminal Case"). Latham is represented in the Vacatur Case by Brian Kowalski, Natalie Rao, Rebekah Soule, and Richard Owens at Latham.

2.  Neither Mr. Coburn nor Latham were parties or counsel in the Criminal Case.

3. Latham filed its opposition to Mr. Nader's Petition to Vacate on November 8, 2023. Vacatur Case, ECF No. 21.

4. Mr. Nader's reply to Latham's opposition is due on Tuesday, December 5, 2023. Vacatur Case, Minute Order (Nov. 11, 2023). Mr. Nader thus respectfully requests expedited consideration of this Motion.

5. In the Vacatur Case, Mr. Nader argues that the arbitration award against him should be vacated, *inter alia*, "because the award is contrary to public policy, fundamental principles of attorney ethics, and the Sixth Amendment of the United States Constitution, and hence is unreasonable." Vacatur Case, ECF No. 15 at 1.

6. As the Court is aware, in connection with Mr. Nader's Motion for Specific Performance, the parties in the Criminal Case extensively briefed the ethical and Sixth Amendment issues raised by Latham's prior representation of Mr. Nader and its simultaneous representation of another individual. All of that briefing remains under seal.

7. Over two days, on May 12 and May 26, 2023, the Court held a hearing on Mr. Nader's Motion for Specific Performance. The transcripts of those hearings are also under seal.

8. Mr. Nader seeks an order authorizing him to disclose the sealed materials relating to his Motion for Specific Performance, including all briefing and transcripts, to his counsel in the Vacatur Case so that Mr. Coburn may review, reference, and cite to them as appropriate. Mr. Nader respectfully submits that such an order will allow Mr. Coburn to represent him most efficiently and effectively in the Vacatur Case without necessitating duplication of prior counsel's efforts and associated attorneys' fees and costs.

9. Mr. Nader also seeks an order authorizing him to disclose the sealed materials relating to his Motion for Specific Performance to the respondent in the Vacatur Case, Latham, so that Latham is not disadvantaged.

10. Other than the limited disclosures discussed above and enumerated in Mr. Nader's proposed order, the materials relating to Mr. Nader's Motion for Specific Performance will otherwise remain under seal. If the content of the materials relating to the Motion for Specific Performance is referenced, cited, or quoted in any filings in the Vacatur Case, that content should remain under seal and be redacted from public filings.

7. On November 28, 2023, undersigned counsel informed the government regarding the filing of this motion and described to the government the nature of the requested relief. On the same day, counsel for the government, Jordan Dickson, notified undersigned counsel by email that the government will take no position on the motion.

8. In consideration of the above, Mr. Nader respectfully requests that the Court sign the attached Order for the Limited Disclosure of Sealed Materials Relating to Motion for Specific Performance.

Dated:  November 28, 2023                Respectfully submitted,

By /s/ Courtney R. Forrest

Courtney R. Forrest (D.D.C. Bar No. 996740)
Jonathan Jeffress (D.D.C. Bar No. 479074)
Stephen Gilson (D.D.C. Bar No. 1022855)
KaiserDillon PLLC
1099 14th St. NW, 8th Floor West
Washington, D.C. 20005
Phone: (202) 683-6150
Fax: (202) 280-1034
cforrest@kaiserdillon.com

3

jjeffress@kaiserdillon.com
sgilson@kaiserdillon.com

John Nassikas (D.D.C. Bar No. 387167)
Arnold & Porter
601 Massachusetts Ave., NW
Washington, D.C. 20001
Phone: (202) 942-6820
John.Nassikas@arnoldporter.com

*Attorneys for Defendant
George Nader*

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of this motion was served by email upon counsel for the government on the 28th day of November, 2023.

>*/s/ Courtney R. Forrest*
>Courtney R. Forrest