IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **Crim. No. 20-cr-103 (RDM)** |
| ) | |
| **GEORGE NADER,** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

Jordan Dickson hereby enters an appearance on behalf of the United States in the above-captioned matter.

James C. Mann, Michael J. Romano, Michelle Parikh, Tanya D. Senanayake, Victor R. Salgado, and Jolee Porter, each of whom may have previously appeared on behalf of the United States, will no longer appear on behalf of the United States in this matter.

Respectfully submitted,

COREY R. AMUNDSON
Chief, Public Integrity Section
Criminal Division
U.S. Department of Justice

By:   */s/ Jordan Dickson*
      Jordan Dickson
      CA Bar. No. 324406
      Trial Attorney
      Public Integrity Section
      Criminal Division
      U.S. Department of Justice

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record for the defendants.

Dated: November 28, 2023

/s/ Jordan Dickson
Jordan Dickson
Trial Attorney
Public Integrity Section
Criminal Division
U.S. Department of Justice