UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.  : | Criminal No. 1:20-cr-00103 (RDM) |
| : | |
| **GEORGE NADER,** : | |
| : | |
| **Defendant.** : | |

## ORDER

Upon consideration of Defendant's Emergency Motion for Limited Disclosure of Sealed Materials Relating to Motion for Specific Performance, it is hereby

**ORDERED** that Defendant's motion is **GRANTED**; and it is further

**ORDERED** that the following sealed materials relating to Mr. Nader's Motion for Specific Performance of Plea Offer Tendered to Conflicted Counsel may be disclosed to Mr. Nader's counsel at Coburn & Greenbaum PLLC, as well as to Brian Kowalski, Natalie Rao, Rebekah Soule, and Richard Owens of Latham & Watkins LLP:

- Motion for Specific Performance of Plea Offer Tendered to Conflicted Counsel and all exhibits (Dec. 17, 2021);

- Government's Response to Defendant Nader's Motion for Specific Performance of Plea Offer Tendered to Conflicted Counsel and all exhibits (Jan. 28, 2022);

- Reply to Government's Response to Mr. Nader's Motion for Specific Performance of Plea Offer Tendered to Conflicted Counsel and all exhibits (Feb. 11, 2022);

- Supplement to Motion for Specific Performance of Plea Offer Tendered to Conflicted Counsel and all exhibits (Feb. 25, 2022);

- Second Supplement to Motion for Specific Performance of Plea Offer Tendered to Conflicted Counsel and all exhibits (Aug. 29, 2022);

- Government's Response to the Defendant's Second Supplement to Motion for Specific Performance of Plea Offer Tendered to Conflicted Counsel and all exhibits (Oct. 21, 2022);

- Reply to Government's Response to Mr. Nader's Second Supplement to Motion for Specific Performance of Plea Offer Tendered to Conflicted Counsel and all exhibits (Nov. 4, 2022);

- Transcript of Motions Hearing (May 12, 2023); and

- Transcript of Motions Hearing (May 26, 2023, AM and PM)

It is further **ORDERED** that the above materials remain **UNDER SEAL** and any discussions of, or quotations from, these materials made in other proceedings must be filed **UNDER SEAL**.

**SO ORDERED**.

_/s/ Randolph D. Moss_____
THE HONORABLE RANDOLPH MOSS
UNITED STATES DISTRICT JUDGE