**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

v.

GEORGE AREF NADER

Case No. 1:20-CR-00103-RDM
Honorable Randolph D. Moss

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF COUNSEL**

Undersigned defense counsel respectfully moves this Honorable Court for the entry of an

Order granting Stephen Gilson leave to withdraw his appearance as an attorney for Mr. George

Aref Nader. Pursuant to Local Criminal Rule 44.5, Stephen Gilson previously entered an

appearance as an attorney for Mr. Nader. Mr. Gilson will no longer be employed at Kaiser PLLC

as of August 8, 2025, and will no longer represent Mr. Nader. I therefore move to withdraw his

appearance as counsel in this matter. Undersigned counsel, along with co-counsel, will continue

to represent Mr. Nader.

In light of the above, undersigned counsel respectfully moves the Court for the entry of

an Order, a proposed copy of which is filed contemporaneously with this Motion, permitting Mr.

Gilson to withdraw his appearance of counsel for Mr. Nader.

DATED:   August 4, 2025

Respectfully submitted,

*/s/ Jonathan Jeffress*
Jonathan Jeffress (D.C. Bar No. 479074)
Kaiser PLLC
1099 14th Street NW, 8th Floor West
Washington, DC 20005
T: (202) 640-2850
jjeffress@kaiserlaw.com

*Counsel for Defendant for George Aref Nader*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of August 2025, the foregoing was served electronically on the counsel of record through the US  District Court for the District of Columbia Electronic Document Filing System (ECF) and the document is available on the ECF system.

DATED:   August 4, 2025                                      Respectfully submitted,

*/s/ Jonathan Jeffress*
Jonathan Jeffress
